1/20/26 Provided to Madison C.I. for mailing by ERC Date Initials Legal Mail RW

4-26CV-921-P

U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JUL 27 2026 CLERK, U.S. DISTRICT COURT By [signature] Deputy

# IN THE UNITED STATES DISTRICT COURT OF TEXAS

The following Section 1983 is Emancipation Proclamation Treaty (EPT) Certified!
The following Section 1983 is Absolute Natural Unalienable Right (ANUR) Approved!

Raynard-Deanco Wilder
Natural Living Being
The Heaven
Principal & Plaintiff
v.
Securus Technologies/JPay
United States Person
The Earth
Deputy & Defendant

Asseveration
Seal: EPT Certified
ANUR Approved
Raynard-Deanco Wilder
Delivered as Beneficiary to the complete Capacity of the Original Jurisdiction

## Section 1983 Federal Cause of Action

WHEREAS, Section 1983 is the primary vehicle for obtaing damages & equitable relief against state & local officials who violate the constitution.

WHERE, every being who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the united states or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the constitution & laws, shall be liable to the party injured in an action of law, suit in equity, or other proper proceeding for redress.

# INVOKING JUDICIARY DUTY AND DEBT

I, Me, My, MySelf : Raynard-Deanco Wilder, natural breathing living being, an "Independent" · "Private" · & "Unenfranchised" Man, non-fourteenth amendment subject & 'color of citizenship' person, Do Hereby Proclaim that in the united states, sovereignty is in the private unenfranchised Man & the People & IS NOT inherent in the united states government ; & all that government do ligitimately is in its duty & debt to protect Me, My, MySelf's private Rights. In light of this Identity, I, Me, My, MySelf : Raynard-Deanco Wilder, "Independent" · "Private" · "Unenfranchised" Man, Do Hereby via Special Appearance & In Personam, Sui Juris, enter upon this united states tribunal ~~territoy~~ territory - inferior to the supreme Court - to call upon its duty & debt, as spoken above, to administer the law in accord to its fundamentality & remedy the injustice perpetuated upon My private Rights as presented hereto!

# JURISDICTION

Suits under Section 1983 arise under federal law. Plaintiff may therefore bring them in federal court under the general federal question statute, 28 U.S.C. 1331 : all constitutional violations & violations of federal statute, whether or not they relate to equal rights. Furthermore :

a) The district court shall have original jurisdiction, exclusive of the courts of the states, for any seizure under any law of the united states on land or upon waters not within admiralty & meritime jurisdiction,

b) The district court shall have original jurisdiction of all

civil actions arising under the constitution, laws, or treaties of the united states, &
c) The district court shall have original jurisdiction of all civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest & costs, & is inbetween a foreign state (private unenfranchised Man) as Plaintiff & citizen of a state or a different state.

## VENUE

Under the current venue statute, 28 U.S.C. 1391(b), the proper federal judicial district in which to bring a Section 1983 suit is the one in which the defendant resides.

## BURDEN OF PROOF: SUABLE 'PERSON'

State cannot be made defendants in actions brought under Section 1983. First: doctrines of sovereign immunity associated with the eleventh amendment prevent federal courts from exercising jurisdiction over suits by private parties against a state without its consent. Second: states are NOT suable 'persons' within the meaning of Section 1983. The sovereign immunity & statutory barriers to suings states are only applicable against the state itself, its agencies, & other arms of the state; whereas being an arm of the state will imply that payment of any judgment 'must' come from the state. None of the above is in relation to Securus Technologies/JPay, the defendant in this case, for they stand in their own individual capacity. This is proven, or verified, by their own Terms of Agreement contract, for if they did infact bear any state immunity, they would have no reason to seek an Arbitration Agree-

ment.

Also, law enforcements & most other administrative officials enjoy qualified immunity which enable them to avoid personal damages liability if they can show that they acted in objective good faith - i.e., that a reasonable officer would not have known that their actions violated the constitution. By contrast, 'private parties' (the other party to this case) who act in concert (under contract) with state or local officials can act 'under color of' law for purposes of Section 1983, & even engage in state action for Amendment purposes, & yet may be 'unable' to invoke official immunity. In their contract - the coat of their authority - with the state of Florida's Department of Corrections, Securus Technologies/JPay is unable to invoke this 'Good Faith Immunity', for it is shown herein that their actions are driven by malice & bad faith (Harlow v. Fitzgerald) & in their own capacity; therefore, they should be held personally accountable in Section 1983, for their unconstitutional acts violates clearly established constitutionally protected Rights of which a reasonable 'person' would have known (Davis v. Scherer).

By way of the notices presented herein as Exhibits A, B, & C, Securus Technologies/JPay was given direct awareness of their torts; as with the facts presented herein, this should lawfully enable Me, My, MySelf to succeed in imposing liability of malice & bad faith upon Securus Technologies/JPay, & enable Me, My, MySelf to avoid dismissal on summary judgment under Rule 56, Federal Rule Civil Procedure, without prejudice, because of the presence of factual questions surrounding Securus Technologies/JPay's state of mind.

## PUBLIC DEBT OBLIGATION

The "Emergency [Banking] Rule" of 1933, which includes the "Proposed Executive Order" of March 3, 1933; the "Proclamation 2039" of March 6, 1933; the "War Powers" of March 9, 1933; & the "Executive Order" of

April 5, 1933 has deprived Me of My Right to pursue Happiness by forbidding & preventing Me of possession of lawful money of the United States, rendering Me bankrupt & insolvant. Therefore, as it lawfully stands, the United States has 'pledged' a "public debt obligation" to pay all My debts (dollar for dollar) via a "Joint Resolution" (HJR 192) until the return of lawful money circulation; thus, court fee Liability is Discharged: 1-207, 3:305, & 3-601, les mercatory, without prejudice, Accepted for Value (A4V), Raynahd-Deanco Wilder, Beneficiary!

If it appear that I have received any benefit from the government, they are received without prejudice. If I give the appearance of being indebted to the government in any way, it is because I Am left without action or recourse - **NO REMEDY AVAILABLE!**

## ACKNOWLEDGEMENT

I, Me, My, MySelf: Raynard-Deanco Wilder, Natural Breathing Living Being, Independent & Emancipated DO NOT have the right to deceive anyone, to deliberately harm anyone, nor to impersonate a government official or professional person in order to gain what does not rightly belong to Me: These are selfish aspirations & not in the interest of justice. But as your Declaration of attest: "that all men are created equal, that they are endowed by their Creator with certain unalienable Rights..." & the Scriptures affirmed: "The secret matters belong to 𐤄𐤅𐤄𐤉 (YHVH) our 𐤌𐤉𐤄𐤋𐤀 (Elohim), but what is revealed belongs to us & our children forever, to do all the Words of this Torah." (Debarim/Deuteronomy 29:29, & Abraham Lincoln confirmed: "I believe the entire records of

the world, from the date of the Declaration of Independence ~~upto~~ up to within three years ago, may be searched in vain for one single affirmation, from one single man, that the negro was not included in the Declaration of Independence; I think I may defy Judge Douglas to show that he ever said so, that Washington ever said so, that any president ever said so, that any member in Congress ever said so, or that any living man upon the whole earth ever said so, until the necessities of the present policy of the Democratic Party, in regard to slavery, had to invent that affirmation."", the Rights infringed upon by the aforesaid Party, as provided herein, are Mine & are unalienable by creation & legislation.

# PLEADINGS

Herein this Section 1983 the court will be called to witness the Plaintiff's Breach of Contract Notice with Termination, Notice of Tort Claim, & Notice to Correct A Fundamental Error by way of Exhibits, where the Federal Rules of Civil Procedure & the court in Conley v. Gibson, under protest, has required not the Pleading of specific facts in some degree of particularized detail, but the providing of notice sufficient to apprise the defendant of the legal & factual basis of the suit. As stated in Conley: The Federal Rules . . . do not require a claimant to set out in detail the facts upon which he basis his claim. To the contrary, all the Rule require is a "short & plain statement of the claim" that will give the defendant fair notice of what the Plaintiff's claim is & the grounds on which it rests.

## DIVERSITY OF CITIZENSHIP

### Right To Antecedent Claim & Preexiting Promise

It is paramount that it is clearly acknowledged & enforced, that as a military necessity, in the vested power of Commander-In-Chief of the United States, President Abraham Lincoln, & two-thirds (at the least) of the Senate present, issued, ordained, & established an irrevocable promise upon the enslaved "African" sojourner & settlers called the Emancipation Proclamation as a fit & necessary measure during the time of actual rebellion against the government & authority of the United States, & as a purpose to suppress said rebellion. This irrevocable (preexisting) promise was entered into on September 22, 1862 & reached its maturity on January 1, 1863. Eve-

ntually, this antecedent claim called a Treaty, made under the Authority of the United States, was lawfully ratified into the constitutional protection of the United States by congressional power/authority/delegation via an Amendment Thirteen, Section 12 on April 9, 1865, Saturday, by the Thirty-Eighth Congress, as affirmed & confirmed by the Congressional Globe: The Official Proceedings of Congress.

By military necessity, it is warranted (lifetime warranty) by the constitution, as a supreme Law of the Land, that the "African" sojourner & settlers & their Posterity are Forever Free of 'Repressed' act(s) from the executive government & the military & naval authority (Congress) of the United States, & said Freedom is Forever protected (warranted) by the constitution "& the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." Whereas, Emancipation means Independence, & Independence means Emancipation, thus is the "African" sojourner & settlers & their Posterity 'acknowledged' as a private unenfranchised Nation of People!

Thus, Emancipation Proclamation (Treaty): a consideration (antecedent claim) the United States has 'offered' (entered/issued) as 'evidence' of the Obligation they have to Me (Posterity of the "African" sojourner & settlers) as a beneficiary of their preexisting promise. Accepted for Value (A4V), without prejudice, Raynard-Deanco Wilder, Beneficiary.

Thus, Constitution for the several states of the Union, United States, United States of America (North): a consideration (duty & debt) the United States has 'offered' (vowed & pledged) as 'evidence' of the Obligation they have to Me (Posterity of the Freed "African" sojourner & settlers) as a beneficiary of the protection thereof. Accepted for Value (A4V), without prejudice, Raynard-Deanco Wilder, Beneficiary.

Therefore, let it hereby be 'recognised & maintained' that I,

Me, My, MySelf : Raynard-Deanco (personal name) Wilder (family name) – properly spelled : capital letter "R", lower case letters "a", "y", "n", "a", "r", "d", dash, capital letter "D", lower case letters "e", "a", "n", "c", "o", space, capital letter "W", lower case letters "i", "l", "d", "e", "r" – Am the image & likeness Elohim whom He called Adam, originally spelled : א (aleph), ד (daleth), מ (mem) - NO CAPITAL or LOWER CASE LETTERS. I Am a Natural Breathing Living Being ; a Free man on the Land, a Private man on the Land, an Unenfranchised man on the Land, an Emancipated / Independent man on the Land, & a Sojourner & Settler on the Land, within the domains of the Florida Republic. I Am NOT a citizen, subject, individual, entity, resident, employee, instrumentality, or any derivative thereof the federal UNITED STATES, or any derivative thereof, nor any of its territories, properties, forts, vessels, yards, buildings, or any derivative thereof. I Am NOT a fourteenth amendment citizen or subject. I Am NOT a citizen of any corporation conglamerate state government. I have NOT knowingly, willingly, intentially, no voluntarily made MySelf subject to the colorable law jurisdiction of the UNITED STATES in the corporate monopoly of the federal &/or the state governments ; for purposes of the Internal Revenue Code, I Am an non-resident alien. Any contract in place that identify's Me as anyThing other then what I[have]present-(-ed) herein is done so under color of law & false presumptions, & made under threat, duress, &/or coercion, & must be conducted ambiguously.

Also, I DO NOT accept benefits thereof openly ; if I have received a benefit, it was 'received' ambigueously because of the fraud in the essence. I would not have accepted a benefit if I have known the ramifications of the presumed agreement. I DO NOT accept said benefit openly & voluntarily.

Also, I Am therefore NOT subject to or in the jurisdiction of

the color of law jurisdiction of the UNITED STATES in the corporate monopoly of the federal &/or state governments.

If it appear that I have received any benefit from the government, they were received without prejudice. If I give the appearance of being indebted to the government in any way, it is because I Am left without action or recourse - NO REMEDY AVAILABLE!

Therefore: Liability DISCHARGED, without prejudice 1-207, 3-305, & 3-601, les mercatory Accepted for Value (A4V), Raynard-Deanco Wilder, Beneficiary.

For The Record: I Am NOT willing to participate in the federal UNITED STATES bankruptcy that is being administrated against Me without My prior knowledge & consent. I Am NOT willing to appear in an equity, maritime, or admiralty jurisdiction court, WITHOUT My ACCUSER &/or CREDITOR present, &/or WITHOUT the specific signed & authorized international contract presented as evidence of My voluntary consent.

"Entity cannot compel specific performance upon its corporate statutes or corporate rules unless it, like any other corporation, is the holder-in-due-course of some commercial or contract agreement between it & the one whom demands of performance is made, & is willing to produce said document & place it into evidence before trying to enforce its demands called statutes." Clearfield Trust Co. v. United States, without prejudice, A4V, Raynard-Deanco Wilder, Beneficiary.

"All that government does & provides ligitimately is in pursuit of its duty to provide protection for private rights . . . which duty is a debt owed to its creator, We the People & the private un-enfranchised individual; which debt & duty is never extinguished nor discharged, & is perpetual. No matter what the government provides for us in manner of convenience & safty, the unfranch-

"ised individual owes nothing to the government." Hale v. Henkel, les mercatory 3-305, 3-601, without prejudice, A4V Raynard-Deanes Wilder, Beneificiary.

## STATEMENT OF FACTS

In the autumn of 2018 the 'person' known as JPay made an offer to the "INMATE" population of the state of Florida's Department of Corrections consiting of the following terms:

1. for said population to purchase their JPay 5 tablet at the prescribed price of approximately $130.00 or a smaller version at approximately $65.00, or to turn in one's ProMaxx MP3 or MP4 Player as a half price trade for the JPay 5 tablet & a full price trade for the smaller version.
2. they will provide a selection of music & games for a permanent possession & families can send videograms for a permanent possession at a specifred price, for one's own personal use & enjoyment for as long as one is incarcerated or as long as they are under contract with the state of Florida's Department of Corrections.
3. in the event one is released from their Incarceration, that person will have the option of taking his tablet home with all his possessions (property) still functional or turn in the tablet & have all his possessions transferred to a hard-drive & mailed to him.

Therefore, as an acceptance to this offer, I turned in My ProMaxx MP4 Player as a trade for the smaller version tablet, & at all opportunities when allowed, I commenced to purchase for a permanent possession particular music, voice instructions, games, etc from their available selection

from autumn 2018 to June, 2023 without discrepancy. Within the approximation of December 2022 & January 2023, a merger took place between the persons JPay & Securus Technologies Inc. with Securus buying the majority of the shares. Thus, six months later, in June, 2023, Securus Technologies Inc. offered/issued a New Terms of Agreement contract, which I had declined. Hence spawns the "Fruit of the Poisonous Tree"!

## CONTRACTS

Article One, Section Ten of the Constitution for the several states of the Union, United States, United States of America (North) provides that "no state shall . . . pass any . . . Law impairing the Obligation of Contract," & in implimenting Laws in pursuant thereof, Congress has legislated the following, in part:

a) all commerce is ruled by contract,
b) a valid contract has four (4) essential elements: (i) capacity of the parties, (ii) mutual agreement or meeting of the minds, (iii) consideration, & (iv) legality of subject matter,
c) an offer & acceptance communicates the mutual consent that is essential to form a contract,
d) an offer & acceptance communicates an unconditional willingness to be bound,
e) an offer cannot be revoked once the offeree has clearly commenced to perform,
f) the acceptance of the offer clinches the contract,
g) once a contract has been made, that contract is as binding upon the parties as any statute or any other law,
h) mere informalities does not make a contract less binding,
i) one party cannot withdraw without additional agreement by the other party or parties, &
j) if one party does not hold up to its end of the bargain, the other party has legal remedies.

It is evident by the elements that form a simple contract that in autumn of 2018, Me, MySelf, & I, had formed a valid contract with the person, JPay - the People thereof - via My commencement as an agreement to their offer. This contract proceeded the merger between the persons JPay & Securus Technologies Inc. via the original course of business being conducted accordingly, which will indicate the person Securus Technologies Inc. as an inherent party to the offer & agreement already communicated & the simple contract already formed. But yet, in June, 2023, that simplicity became ultra complicated.

## BREACH·OF·CONTRACT: Constitutional Violation

I, Me, My, MySelf: Raynard-Deanco Wilder, Natural Breathing Living Being, Posterity of the Freed "African" sojourners & settlers, Am the legal & lawful Principal & Beneficiary of the Trust & accommodation Party: RAYNARD D. WILDER, & all derivatives thereof, DO HEREBY PROCEED, sui juris, & in proper personam - here & henceforward presented as Plaintiff - proclaiming personal interest as the injured party, due to the attacks on & the infringements of My fundamentally protected private Rights, perpetrated by the association of men parading under the name, SECURUS TECHNOLOGIES INC./JPay - here & henceforward presented as Defendant.

Thus, in Order to establish Justice, promote the general Welfare, & secure the Blessings of Liberty ordained & established as a supreme Law of the Land, without prejudice, the Plaintiff invokes the considerate judgment of mankind & the gracious favor of YHVH Elohim to recognise & maintain the supreme Law of the Land, & any Thing in the constitutions & laws of the states to the Contrary not-with-standing.

LET THE RECORD REFLECT: an offer & acceptance communicates an unconditional willingness to be bound, so once a contract has been made, that contract is as binding upon the parties as any statute or any other law; therefore, as a Law to prevent the impairment of contract Obligations it has been ordained & established that "the Contract is the **Law** of the Case." This will mean that the Defendant is 'bound' by Law to perform the duty of providing their product & service to the Plaintiff until the day he is released from incarceration or the day that their contract with the state of Florida's Department of Corrections is discontinued. Furthermore, the Defendant is 'bound' by Law to assure that the Plaintiff maintains permanent possession, use, & enjoyment of all products that he purchased from them for a permanent possession (property).

But to the Contrary, as an United States person, the Defendant has a duty & debt to protect the Constitution, whose duty & debt is to protect the independent unalienable Rights of man: Life, Liberty, & the pursuit of Happiness (accumulation of property), from infringement; but instead, has opted to violate their constitutional duty & debt by way of infringing upon the ~~conts~~ constitutionally protected Rights of Plaintiff's "Liberty" & "Property" as follows:

In June, 2023, the Defendant came with a counteroffer to the initial contract under a New Terms of Agreement contract that requires the Plaintiff to give up his Article Three judiciary protection, without prejudice, in favor of arbitration. The Plaintiff declined the counteroffer & as a result, the Defendant unlawfully restricted the Plaintiff from the possession, use, & enjoyment of his property & the access of their product & services.

Identifying this as a breach, Plaintiff delivered a Breach of Contract Notice with Termination & Affidavits seeking compensation or some form of remedy to their legal office via United States Mail at the address then provided (Exhibit A) on September

23, 2024. As a result the Defendant responded with silence.

At this point, the Defendant has officially infringed upon the Plaintiff's private Rights of Liberty & pursuit of Happiness & fundamentally breached (impaired) their initial contract with the Plaintiff, violating their duty & debt to the constitution, whose duty & debt is to protect the private Rights of man from infringement.

Thus, by restricting Plaintiff's property from his possession, use, & enjoyment, the Defendant has breached their promise that the Plaintiff will have permanent possession, use, & enjoyment of his property until the day he is released from incarceration: this is a 'deprivation' of property. By denying Plaintiff the right to their product & services, the Defendant has breached their promise to perform their merchant duty to provide Plaintiff with product & service until the day he is released from incarceration or the day they discontinue their contract with the state of Florida's Department of Corrections: this is a deprivation to 'pursue' Happiness (property). These are actions of infringement upon the Plaintiff's private Right of the pursuit of Happiness initiated by the Defendant.

Furthermore, by the Defendant's silence towards the Plaintiff's Notice with affidavits, it is evident that the Defendant is exercizing an unwillingness to move forward with the initial contract & perform their Obligations thereof, denying the Plaintiff his lawful & legal right to enforce the contract, of their own volition: this a 'deprivation' of Liberty via arbitrary. Also, by the Defendant's silence - in word & action - towards the Plaintiff's Notice with affidavits & their persistance to move/proceed in accord to their New Terms of Agreement contract, it is evident that they had made the legal determination to nullify & void the initial contract without the consent of the Plaintiff, denying Plaintiff of his right

to contract: this is an infringement of Liberty via arbitrary.

As an egregious result of these injuries to the Plaintiff's private Right via the Defendant's constitutional violation, the Plaintiff was made to suffer multiple damages, both punitive & compensatory, with some being incurable outside of the ability to turn back time.

## DAMAGES

Whereas it can be said that the injuries the Defendant has initiated upon the Plaintiff's private Right via the constitutional violation to their duty & debt thereof is the Poisonous Tree, the damages resulting from it will ~~the~~ be its "Fruit".

## PUNITIVE DAMAGES

Punitive damages are available against individuals, & only when there has been "reckless or callous indifference" to constitutionally protected Rights, or when the defendant was motivated by "evil intent". Such damages have historically been available under ordinary tort law to deter & punish egregious behavior. Punitive damages are available under 1983 (Section) to achieve similar goals. "When a defendant's unconstitutional conduct is shown to be motivated by evil intent, or when it involves reckless or callous indifference to the [federally protected rights] of others, a jury may award punitive damages against the defendant." Smith v. Wade, under protest, A4V Raynard-Deanco Wilder, Principal.

"A distinct majority of the states do not allow punitive damages for breach of contract. However, when a breach of contract is accomplished by a seperate, independant tort (e.g. fraud) this tort may give rise to punitive damages. (This is the rule formulated in RESTATEMENT

(SECOND) OF CONTRACTS §335 (1981)) Also, actions that breach a contract may be considered tortious (constitute a tort), too, in which case the suit may have contract & tort courts, the latter seeking punitive damages... Indeed, most courts remain adament that for punitive damage to be in play, something else must be present - a tort, a special fiduciary relationship - something besides just a deal "gone bad", no matter how outrageous one side's breach may seem."

FIRST TORT: FRAUD

It is 'fundamental' that no state shall make any law impairing the Obligation of Contract. Among these obligations are the safeguards that governs a valid contract; whereas, a contract is a legally enforceable meeting of the minds - mutual assent or agreement - manifested by words - oral or written - by actions, or by both words & actions: a meeting of the minds is a necessary element of a contract, without it, the contract is void or voidable.

There was NO meeting of the mind, either in words or action, that communicated the Defendant's ability to deny Plaintiff his property at any time/for any reason, to back out of the contract at any time/for any reason, nor to deny Plaintiff his right to the contract at any time/for any reason within the Law of the Contract: there is NO existing agreement to these terms. The Defendant erred when they made the legal determination to nullify & void the initial contract without the permission or consent of the Plaintiff via their unwillingness to move forward with their Obligation to the contract. But when Defendant made the sound dicision to ignore the Plaintiff's Notice & affidavits, that error officially became a fundamental breach based on the intentional misrepresentation of their authority to the contract. The Defendant portrays to be the holder-in-due-course to the contract without their being any document or instrument or showing of any agreement that gives the

Defendant the security interest over Plaintiff's property & private Rights, or over the contract:

"Entity cannot compel specific performance upon its corporate statutes or corporate rules unless it, like any other corporation, is the hold-in-due-course of some commercial or contract agreement between it & the one for demands of performance is made, & is willing to produce said document & place it in evidence before trying to enforce its demands called statutes."

The Defendant portrays as if they have the authority to deny Plaintiff product & service unless he accepts the new terms of agreement. This portrayal is also present in their illegal seizure of Plaintiff's property & Right to the initial contract. All these portrayals are instruments of falsehood that bears real damages upon the Plaintiff. This intentional misrepresentation is fraudulant in nature for it portrays a false authority that is being used to force the Plaintiff into accepting a fraudulent document.

By looking into their New Terms of Agreement contract, it is found that the Fraud thickens, for these terms seeks to supplant the constitution in certain areas of judicial proceedings, to wit:

a) Section 2: Dispute Resolution & Arbitration Agreement ("Arbitration Agreement")
b) Section 3: Waiver of Rights to Jury Trial, to Bring a Class Action, & Claim Representatives, &
c) Section 4: Governing Law,

whereas 'arbitration' is non-constitutional, & an 'arbitrator' is not a judge. Looking at this accordingly: 'Section 2' is requiring Plaintiff to forfeit his Amendment Five & Amendment Nine protection of his Liberty; 'Section 3' is requiring Plaintiff to forfeit his Amendment Seven & Amendment Six protection of Life, Liberty & Property; 'Section 4' is requireing Plaintiff to forfeit his Article Three protection of jurisd-

iction authority. In exchange for these Rights, the Defendant is offering 'to continue performing their Obligation to the initial contract of providing product & services'. This is evidenced by their Terms of Agreement contract: "By using our product & services, you agree to these Terms & Conditions," June, 2023 version, & "If you do not agree to these terms, you may not use any of our products & services... By clicking "accept" button or using our product & services you are indicating that you agree to these terms," current version. Therefore, in accord to the Law of Contracts, the New Terms of Agreement is not a valid contract, for it lacks consideration.

Before 1933, gold & silver, things, & promises of performance (energy) were consideration. Consideration was & still is anything sufficient to support a simple contract. If you take gold, silver, & things away from the list of what is consideration, the only thing left to be consideration for a modern-day contract is a promise. The definition of value includes "any consideration sufficient to support a simple contract". Thus, anything that is consideration is also value. "The consideration on both sides ~~be~~ must be equal for the transaction to be balanced." Value on one side = Value on the other side. Where there is no balance, there is no value; where there is no value, there is no consideration; where their is no consideration, there is no validity; where there is no validity, there is NO CONTRACT. Thus is the fraudulant nature of the Defendant's Terms of Agreement contract: it provides NO consideration. The Defendant is asking for Rights, but is offering NO 'value'.

Thus comes the second nature of the New Terms of Agreement contract's fraudulant existance: there is NO 'offer'! Both common law & the UCC presceribes that a valid contract consist of an [offer] & acceptance, not one or the other. The offer should contain the fundamental ingrediants of the contract: value

for rights, rights for value: something for something. Being that the providance of product & service was already in conformity to the valid contract in progress, the New Terms of Agreement contract didn't/doesn't communicate a 'new' offer to consolidate their 'new' terms: it only promises to 'continue' the same performance already in progress, but for a far "greater consideration" from the Plaintiff. Thus, the New Terms of Agreement contract is a Fraud portraying validity.

Both frauds presented are two heads of one body. In the light of this Fraud, the Defendant has impaired their Obligation to ~~pefo~~ perform in conformity to the Law of the Contract; & in its wake, they have infringed upon the Plaintiff's private Rights of Liberty & Property, violating their duty & debt to the protective vow & pledge of the Constitution. Within their Intent to uphold this Fraud, the Defendant continue to perpetuate injustice upon the Plaintiff by victimizing him with undue influence, duress, substantive unconscionability, as well as oppression & extortion by way of their superior position of a monopoly.

## SECOND TORT: UNDUE INFLUENCE

"Undue Influence" occurs when one party takes advantage of another by reason of a superior position in a close or confidential relationship. In this case, in the eye of the Defendant, it is falsely considered that the relationship between them & the Plaintiff is equivalent to that of a principal & agent, or a guardian & ward, or a master & servant, due to their contract with the state of Florida's Department of Corrections. In their position as a merchant under contract with the state, their percentage of trustworthiness skyrockets. For as merchants, they bear the identity of one who operates in 'good faith' & 'fair dealing'; but as an associate with the

state, they bear the identity of one who conducts "fundamental" fairness; but it is proven herein that they are actually "wolves in sheep's clothing".

As demonstrated above, Defendant's new terms of agreement is a waiver of constitutional protection of private Rights; but because the Plaintiff chose (free-will = autonomy) NOT to accept this waiver, the Defendant chose to infringe upon Plaintiff's private Rights protected by Amendment Four - without prejudice, A4V Raynahd-Deanco Wilder, Principal - by unreasonably seizing access of Plaintiff's property stored in his tablet or their kiosk. Because the Defendant hold the reigns of a monopoly with exclusive control over said technologies, returning the possession, use, & enjoyment of Plaintiff's property back to him is wholly upon their discretion & upon their terms.

This false perception of suzerainty & subject leads the Defendant into believing that they have the authority of "police power" to influence the regulation of Plaintiff's private Rights of Life, Liberty, & Property & as to what conditions he can exercise his Rights; this will also be oppression, for it denies Plaintiff of a reasonable degree of autonomy in the retention of his private Rights. In all Truths, the Defendant is using their monopoly to take advantage of the Plaintiff, & uses that advantage to try to influence the Plaintiff to accept their new terms of agreement.

## THIRD TORT: DURESS

"Duress" is coercion, either physical or mental, that deprives a man of free-will (autonomy) & leave that man with no reasonable alternative other than to accept the contract terms as imposed. In this case, withholding the Plaintiff's property legally tendered by consideration through Defendant's service because he chose to decline their new terms of agreement is an act of mental coercion implying: "If you want your property, you'll agree to the terms."

~~you'll agree to the terms.~~" This is causing a mental anguish upon the Plaintiff that is leaving him with an intense longing that can't be reached & a deep emptiness that can't be filled, resulting in a continueous mourn for his loss. The continueous silence & refusal to entertain any notion of compromising & resoluting a satisfactory remedy for both parties is proof that the Defendant will aceept no other term exept the terms they imposed.

## FOURTH TORT: SUBSTANTIVE UNCONSCIONABILITY

"Substantive Unconscionability" describes special situations in which an overbearing party in a superior position imposes outrageous unfair terms on some other party: maybe through small print, fast talks, etc. In this case, the new terms of agreement is proven to be on a "take it or leave it" basis, due to the Defendant's refusal to 'allow' the Plaintiff to exercise his Right to his property & the contract agreement. This unlawful seizure has the element of a kidnapping where the ransom recovery of Plaintiff's possessions is the extremely high price of waiving constitutional protection of certain private Rights; whereas the only thing more valuable than a man's Rights is a man's soul: both needing to be diligently protected from damnation.

To this present day & moment, it is witnessed by the heaven & the earth that there was never any form of 'Discharge of Agreement' to the initial contract; there was no 'Mutual Rescission': a contract to end a contract; there was no 'Accord & Satisfaction': an agreement to substitute a new performance in place of, & in satisfaction of, an existing obligation; there was no 'Payment in Full' check; there was no 'Release': an agreement of one party to excuse the other party from performance of his contract obligation; & there was no 'Waiver': voluntary relinquishment of a parties right in a contract.

In addition to this fact, it should be noted, that aside from the terms expressed in Section 2, Section 3, & Section 4 of Defendant's Terms of Agreement contract, there is basically NO CHANGE of significance from the contract in play. The Defendant offered NO new 'terms' to the benefit of the Plaintiff that may equate to the new 'terms' that they are seeking the Plaintiff to accept: the only one stands to benefit from this New Terms of Agreement contract is the Defendant. This is the ultimate equation: for the Defendant wants the Plaintiff to 'Discharge' them from the original contract agreement in order to 'validate' the New Terms of Agreement contract while relinquishing his Article Three protection, Amendment Five & Amendment Nine protection, Amendment Six protection, & Amendment Seven protection in order for them to continue with their Obligation to provide product & service. That is a very outrageous price to pay for nothing.

## FIFTH TORT: OPPRESSION

Oppression is understood as being (a) the act or an instance of unjustly exercising authority or power so that one or more people are unfairly or cruelly prevented from enjoying the same rights that other people have, (b) an offense consulting in the abuse of discretionary authority of a public officer who has an improper motive as a result of which a person is injured. this offense does not include extortion, which is typically a more serious crime, (c) coercion to enter into an illegal contract.

Therefore, at this point, let the court understand the meaning of the following terms, as used here:

1. a 'monopoly' is a strength & power held by the one who has monopoly status; whereas, 'monopoly status' is the exclusive or practically exclusive control of the supply &/or sale of product & service, & the ability to dictate what takes place in a given market

2. 'force' is a strength & power exerted upon an object, &
3. 'usurp' is to (a) seize & hold without legal right or by force, (b) use without authority of right; employ wrongfully, & (c) commit forcible or illegal seizure of an office, power, etc.

Thus, critical thinking will perceive that (a) 'monopoly' is a strength & power, (b) 'force' is a strength or power, therefore (c) 'monopoly' is [a] 'force'. Also, critical thinking will perceive that (a) monopoly is a strength & power, (b) force is a strength or power; (c) 'usurp' is to seize & hold by 'force', therefore (d) a 'monopoly' is to 'usurp' an office, power, etc.

As a matter of clearity, the court need recognise, that by the language of Defendant's New Terms of Agreement contract 'counteroffer' only communicates a direct reference to that which is 'theirs': "By using our product & services, you agree to these Terms & Conditions," June, 2023, & "If you do not agree to these terms, you may not use any of our products & services . . . By clicking "accept" button or using our product & service you are indicating that you agree to these terms," current version.

As a matter of law: les mercatory, the UCC requires that the seller of goods 'tender' their delivery as a condition to the buyer's duties to accept them &, unless agreed otherwise, to pay for them; whereas 'tender', as used here (& herein), means merely 'to proffer' or 'make available'. The UCC regards the seller's obligation to tender conforming goods; the goods must be made available strictly in conformity with the contract. Once the seller has made the goods available to the buyer, the buyer must tender payment before 'taking possession', where 'payment' is sufficient if in accord with the ordinary course of business. This constitutes as a 'transfer of title' from the seller for the 'paid consideration' of the buyer, which gives the buyer the lawful 'possession of title' for the goods.

Therefore, all transactions transpired between the Plaintiff & all

other parties to the contract before June, 2023 were in compliance with the UCC & the common law, which renders all possessions tendered by consideration from the Plaintiff in the said timeline is the legal & lawful property of the Plaintiff. Thus, the Defendant's clear communication of 'their' product & service will make all which belongs to the Plaintiff ex-communicated & excluded & all Rights of possession, use, & enjoyment is reserved & preserved unto the Plaintiff & preserved by the Constitution for the several states of the Union, United States, United States of America (North).

Therefore, as an act of oppression, the Defendant unlawfully restrained the Plaintiff of his lawful right to possess, use, & enjoy his lawful property as everybody else. For by their own words - if the New Terms of Agreement contract would have been lawful - the Defendant would 'only' be limited to restricting the Plaintiff of 'their' product & service. This undue restraint executed by the Defendant (& still in execution) upon the Plaintiff is a clear forcible seizure & hold (abuse of authority/monopoly), for they are unfairly preventing the Plaintiff from exercising the possession, use, & enjoyment of the same 'proprietary right' as everybody else. Also, because Plaintiff made NO agreement to discharge the Defendant of their Obligation to the contract, then their contract is NOT 'null', 'void', nor 'discharged': meaning that, by law (les mercatory), the Defendant has NO STANDING or AUTHORITY to deny Plaintiff their product & service, for per UCC & common law, **all has to be in conformity to the contract!** Therefore, by Defendant not tendering their product & service to the Plaintiff like everybody else, they are unfairly preventing the Plaintiff from being honored with the conformity of a contract as everybody else.

Furthermore, the Defendant's continuous use of their 'exclusive control' (monopoly) to forcibly seize & hold the Plaintiff's property, while unjustly denying him his right the contract, as a

means to coerce him to discharge the contract & waive his judicial Right by accepting their fraudulant terms of agreement counter-offer constitutes as an abuse of discretionary authority in pursuit of an 'improper motive'.

A valid contract has four elements: (1) capacity of the party, (2) mutual agreement/meeting of the minds, (3) consideration, & (4) legality. Consideration is offering something of value for something of equal value. In the contract between the Defendant & Plaintiff, product & service was already offered 'in exchange' for consideration in accordance with the ordinary course of business. Contrarily, the terms of agreement counteroffer is the continuous offer of product & service, only this time, there is a 'requirement' of judiciary transfer added to the consideration exchange. The New Terms of Agreement contract IS NOT an 'offer' of anything, it is the 'forcing' of a consumer to give up their constitutionally protected judiciary Right of due process in order to 'continue' the availability of their product & service. But, with new demands of value comes new offers of value, where there is NO offer there is NO consideration. The new terms of agreement provides No new offer, yet it demands new consideration: it's either give the Defendant what they want in exchange for nothing, or forfeit the right to continue receiving their product & services. Therefore, the New Terms of Agreement contract is founded on force, & coercion, rendering it illegal, invalid, & voidable. The Defendant's undue restraint of Plaintiff's property & Right to the conformity of the contract is a means to coerce him into accepting an invalid contract.

Furthermore, amongst the property of the Plaintiff that is being forcefully seized & held by the Defendant are study semanars, foreign languages, vocational/career studies, & the like, to provide Plaintiff with information on diverse career

~~car~~ choices so that he may have multiple options for rehabilitating success, re-entry success, job building/searching success, career starting success, & financial success. Thus, the liberty mentioned in Amendment Five, which is guaranteed against interferences on the part of the states, means not only one's right to be free of the mere physical restraint of their person as by incarceration, but also one's right to enjoy their faculties; to be free to use them in all lawful ways; to live & work where one wishes; to earn one's livelihood by any lawful calling; to pursue any livelihood or avocation; & to enter into all contracts that are proper, necessary, & essential to carry out these purposes; thus is the definition of 'Life'.

Before the enactment of any antitrust laws, the common law found in agreements that unreasonably restrained trade to be illegal. Typical of such agreements were those restricting a party in pursuit of their livelihood. In determining the illegality of such restrictions, the courts consider the 'ligitimatic' interest of the party that the agreement seeks to protect as well as the negative effect on the party being restricted. In all cases, however, the parties should refrain from 'total restriction'. This is oppression, for total restriction restrains a man from any 'reasonable degree' of autonomy; in which the Law has determined:

> "Oppression such as to justify intervention may be defined as the abusive denial of ~~the~~ a people under the control of a sovereign state of a reasonable degree of autonomy, & the right to the retention of their language & racial & religious institutions." without prejudice. A4V Raynard-Deanco Wilder, Principal

The undue restraint of property & Rights being suffered by the Plaintiff on the account of the monopoly of the Defendant, has totally restricted the Plaintiff of all possession, use, & enjoyment of his property & Rights communicated herein, infringing on his pursuit of any & all livelihood & avocations 'of his choice'. As being

demonstrated herein, the Defendant's actions is based on their insistance & persistance to coerce the Plaintiff into accepting an invalid contract that is designed to benefit the Defendant (only) with the insurance of escaping liability or full liability of any act or acts that warrants more than a nominal or small claims remedy. Therefore, there is NO ligitimatic interest of the Defendant to justify their intervention of Plaintiff's Rights & property via an abusive denial (total restriction): The Law has adjudicated these actions of the Defendant to be that of Oppression, & an injury to Plaintiff's unalienable Right to 'Life'.

## SIXTH TORT: EXTORTION

Being that fundamentally protected Rights were made unalienable by the Creator & legislature, & cannot be given, exchanged, changed, surrendered, deprived, etc., one can only relinquish the 'protection' thereof. It is this protection that the Defendant is 'requiring' the Plaintiff to waiver in exchange for the return of his property & restoration of his Rights. Basically, the Defendant requires that the Plaintiff waive his Rights to receive his Rights taken: giving up what is his in order to have what is his returned to him. Extortion!

This has the makings of a double jeopardy scenerio. The Defendant has already transferred the titles of said property to the Plaintiff in exchange for his consideration, then as of June, 2023, the Defendant seized & held those possessions of the ~~Defende~~ Plaintiff (an unlaw taking: theft, robbery) & is now 'demanding' Plaintiff to tender a far more steeper consideration in exchange for them to 'retransfer the same tites' he already paid them for: twice pay for the same offer = twice tried for the same offense. Extortion!

By the Law of the Contract which was never discharged, Plaintiff already holds the Right to the perform-

ance of product & service from the Defendant; furthermore, by Law (les mercatory), the Plaintiff already holds the security interest & rights of ownership to the property he lawfully tendered by consideration from autumn 2018 to June, 2023; so by their action, the Defendant is basically indicating that none of the above legalities is of any relevence: either the Plaintiff submit to their terms & have everything returned to him, both property & Rights, or the Plaintiff continues to decline the terms & be left with 'nothing' - NO THING! These actions of Extortion are Amendment Four, Amendment Five, Amendment Six, & Amendment Eight infringements. Without prejudice. A4V Raynard-Deanco Wilder, Principal!

It Should Be Noted: That on September 23, 2024, the Plaintiff delivered to the legal department of the Defendant via United States Mail a certified copy of a Breach of Contract Notice with Termination, along with Affidavits, which the Defendant responded by silence (Exhibit A). Then, in June, 2025, the Plaintiff delivered to the legal department of the Defendant, the Office of the Secretary: Risk Management Department, & the Office of the Governor of Florida, a certified copy of a Notice of Tort Claim, along with Affidavits (Exhibit B), which included the informing of their mail violation just instituted on January 25, 2025 (Exhibit B, pgs. 13-14), which the Defendant responded by silence. Then, in February & March of 2026, Plaintiff again gave Notice to the Defendant that they were infringing upon his fundamentally protected Right to communicate & circulate communication, via their state of Florida's Department of Corrections affiliate at Quincy Annex Correctional Institution on February 3, 2026 & February 9, 2026, to NO avail (Exhibit C, pgs. 1 & 2); so on February 24, 2026,

Plaintiff delivered to the legal department of the Defendant a Notice to Correct A Fundamental Error by United States Mail, which the Defendant responded via silence (Exhibit C, pg. 3); in a final attempt, Plaintiff again reached out to the state of Florida's Department of Corrections' affiliate at Quincy Annex Correctional Institution on March 24, 2026, for which she innocently yet knowingly responded: "As long as you ~~keep~~ continue to decline the Terms of Agreement, you will not gain access to Securus/JPay/EMail." (Exhibit C, pg. 4). Voila, without understanding the gravity of her statement, she just innocently confirmed that all these torts performed by the Defendant is due to Plaintiff's refusal to accept the new terms & that they will continue these torts unless Plaintiff agree to waive his just Rights by accepting the terms.

**EVIL INTENT & CALLOUS INDIFFERENCE:**

Liberty is the Freedom of arbitrary & the exercise of undue external restraint: an Amendment Nine recognition, & Article Three gives [supreme] jurisdictional protection from the impairment, infringement, & deprivation of this Right: an Amendment Five recognition; whereas the Law supports that people whose constitutionally protected Rights have been violated can sue the wrongdoer personally for redress & that the damages awarded serves to vindicate the underlying constitutional protection & deter future illegality. In all Cases arising, Judges are bound thereby, & no Thing in the constitution & laws of the states to the Contrary NOT-WITH-STANDING.

But to the Contrary, arbitration is NOT constitutional & arbitrators are NOT judges; therefore, the same rules don't apply, for arbitrary does NOT protect the private Rights of man; meaning: arbitrators can be swayed & influenced (physically, politically, financially, etc.). To escape Article Three ~~leg~~ litigation & gain arbitration influence, the Defendant requires everyone using their product & service to submit to the Governing Power

of arbitration in their jurisdiction: in this, they eliminate all possibilities of being held accountable, or fully accountable, of any & all liabilities they have incurred that warrants any remedy greater than nominal or small claim recovery.

Nothing other than is acceptable; including the contract engagement which the Defendant is already obligated to perform. As revealed herein, the Defendant IS NOT concerned with any loss or sufferings of loss expended at the Plaintiff's expense: the only Thing that is of any concern is their attainment of judiciary Governing Power - which is 'only' for their benefit. It is clearly evident that the Defendant will give up nothing - NO THING - (hence, their offer) in the retention or place of this Governing Power. These indifferences of the Defendant is proven to be callous - even malicious - without any promotion to the general Wellfare, establishment of Justice, or security of Blessings of Liberty: meaning that their callous indifference is NOT ONLY against the Plaintiff, personally, but also against the very constitution they 'pledged' a duty & debt to protect. This callous indifference are in Truth & Fact an act of selfishness & greed fully engulfed with the improper motive & evil intent to gain Governing Power.

## COMPENSATORY DAMAGES

Accordingly, it is possible to recover the traditional range of compensatory damages from a person for the harm they inflicts because of their constitutional violations. The basic purpose for the Section 1983 action for damages "is to compensate persons for injuries that are caused by the deprivation of constitutional rights." Carey v. Piphus, under protest. A4V Raynard-Deanco Wilder, Principal.

The Defendant has partook in multiple infringements of Pla-

intiff's private Rights, such as that of (a) "Liberty", via their decision to ~~move forward~~ cease moving forward with their contract with the Plaintiff to provide product & service to the Plaintiff in exchange for consideration in accordance with the normal course of business so long as Plaintiff is incarcerated &/or Defendant is in contract with the State of Florida's Department of Corrections. Whereas, one party to a contract cannot withdraw without additional agreement from the other party; thus, Defendant's actions is that of Arbitrary, (b) "Liberty", via Defendant's refusal to perform their Obligation to the contract & ignore Plaintiff's Notice for compensation (Exhibit A) - or enforce the contract - is a legal determination to nullify & void the contract without a "Discharge Agreement" with the Plaintiff, is an act of Arbitrary by the Defendant, (c) "Liberty" & "Property", via their unlawful seizure of Plaintiff's property, where their contractual promise assured Plaintiff permanent possession, use, & enjoyment of his property until the day he is released from incarceration, at which time he will have the option of keeping his tablet in full functioning condition or having all his property converted to a hard-drive & sent to ~~them~~ him. Thus, the Defendant's actions is that of Undue External Restraint & Deprivation.

In respect to Article Three: Due Process, all that government does & provides ligitimately is in pursuit of its duty to provide protection of private Rights, which duty is a debt that is never extinguished nor discharged but is perpetual. The makers of the constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized that the significance of man's spiritual nature, & of his feelings, & of his intellect. They knew that only a part of the pain, pleasure, & satisfaction of life are to be found in material things. They sought to protect people in their beliefs, their thoughts, their emotions, & their sensations. Therefore, people whose Rights have been violated can sue the wrongdoer "personally" for redress.

Typically, liability will attach if (1) the defendant has acted 'under color of' law, & (2) the defendant's action deprived the plaintiff of some right, privilege, or immunity secured (protected) by the constitution.

As a state of Florida's Department of Corrections contractor having 'exclusive control' that don't supercede the statutory rules & regulations of the state, the Defendant, granted monopolistic authority over certain commercial & mailing provisions within the state of Florida's Department of Corrections, abused the authority of the monopoly they are clothed in via the undue restraint & total restriction of Plaintiff's property & private Right ~~protection~~ constitutional protection. Fundamental protected Rights could be violated by those who exercise state & local governmental power & who happened to act contrary to the command of state law "where an officer... in the exercise of the authority with which he is clothed misuses the power ~~possed~~ possessed to do a wrong forbidden by the Constitution." It therefore reaches an 'abuse of power' by any person "who is the repository of state power." Home Tel & Tel Co. v. Los Angeles, Under protest. A4V Raynard-Deanco-Wilder, Principal!

It is engraved in law that all men are created equal & have been endowed by the Creator with certain unalienable Rights such as Life, Liberty, & the pursuit of Happiness. The constitution & its Bill of Rights was created by an association of men dedicated to providing protection for these private Rights from impairment & infringement. In legislating laws in pursuant thereof, it is found that as merchants, the Defendant has a high standard conduct that 'must' prevail: that is their Obligation of 'Good Faith', where good faith in a merchant means both "honest" & observance of reasonable commercial standards of fair dealing in trade. In terms of honesty, both the UCC & the common law agree that a 'sale' of goods

is the transfer of title from a seller to a buyer for a consideration known as a price, & once the seller made the goods available to the buyer, the buyer must tender payment before 'taking possession' of the goods: where payment is sufficient if in accordance with the ordinary course of business. This transfer of title is a transfer of ownership. At this point, & beyond, all rights to the goods are reserved to the buyer, & the goods cannot be deprived (restricted) from the buyer & his pursuit to possess, use, & enjoy a determinate thing without proper 'Due Process of Law'.

## 'UNDER COLOR OF' LAW: DUE PROCESS

The united states & its agencies, boards, commissions, instrumentalities, etc. have Vowed by Oath, as a duty & debt, NOT to deprive any person (private or citizen, national or subject) of life, liberty, & property without due ~~processes of~~ process of 'Law'. Due Process is established via jurisdiction, jurisdiction is in accord to fundamental Law, fundamental Law is in pursuance of the constitution, the constitution is a duty & debt to the protection of the private (unalienable) Rights of mankind, & these private Rights are endowed by the Creator. Thus, as a constitutional provision to insure that the private Rights of man is NOT impaired, infringed, or violated without just retribution, the judicial Power has been vested in one supreme Court & in such inferior Courts as the Congress may, from time to time ordain & establish, & the judicial Power shall extend to all Cases arising under their Authority.

The Defendant, clothed in the authority of their monopoly that grants them 'exclusive control' has acted under this authority to deprive the Plaintiff of his Right to possess, use, & enjoy his property that he legally tendered consideration to possess for a permanent possession. Though this authority only grants them exclusive control over supply & sale

of their product & service, they have utilized their monopolistic Power to restrict & deprive Plaintiff of property that is no longer their product (possession) & services that is no longer of their service (use & enjoyment).

To deprive a man of his Right, one must have the delegated Power & Authority to do so, & it must be done by way of due process. The Defendant bears NO delegated Power or Authority to deprive Plaintiff of his property; therefore, in absense of judicial delegation, the Defendant acted strickly 'under the color of' law granted by their monopolistic 'exclusive control' to deprive Plaintiff of his property.

'UNDER COLOR OF' LAW: POLICE POWER

Within the proper scope, it is legislative who has been delegated with the power to control & regulate individual's conduct in the exercise of their rights of liberty, property, & life, with what is usually designated as 'police power'; whereas:

> "The police power may be defined in general terms as that power which inheres in the legislature to make, ordain, & establish all manner of reasonable regulations & laws whereby to the peace & order of society & the safty of its members & to preserve the mode & manner in which everyone may use & enjoy that which is his own as not to preclude a corresponding use & en-~~joyment~~ gagement of their own by others."

Basically, for the conveniance, the exercise of the police power 'inherent in the legislative department' may be considered as involving 'the control over individuals' enjoyment of life, liberty, & property, as long as these Rights are not exercised in a way that interfers with the equal enjoyment of the same right by others.

Apparently, the Defendant perceives that their mono-

poly have granted them 'police power' to control & regulate the Plaintiff's liberty & property; whereas police power is an authority only delegated to the legislative body. The Defendant has taken the commercial power granted to them by their monopolistic contract with the state of Florida to steal the cloths of the legislature so as to impersonate the authority of the state in its police power statute. The Defendant was never granted such power, by legislation, the court, or agreement; therefore, they can only be acting 'under color of' law in their undue restraint of Plaintiff's fundamentally protected private Rights. This presumed state authority is lodged in Defendant's monopolistic authority to "dictate what takes place" with Plaintiff's Right to property & mail: "Monroe means that state officers act under color of law whenever they are carrying out tasks they ordinarily perform, as ~~who~~ well as when their actions are rendered possible of efficiently aided by the state authority lodged in them." (referencing Monroe v. Pape) Under protest. A4V Raynard-Deanco Wilder, Principal! Thus, 'under color of' law of their monopolistic authority to "dictate what takes place," the Defendant is under the false assumption that they bear the authority to control & regulate - upon their terms - when & when not the Plaintiff may possess, use, & enjoy his property & exercise his private Right to communicate & circulate communication.

The color of law for which the Defendant exercised to deprive & restrict the Plaintiff of his property & Rights bears the weight of multiple infringements of Plaintiff's constitutionally protected Rights; whereas:

1. the Defendant had nor has ANY/NO jurisdiction to deprive the Plaintiff of his Right to possess, use, & enjoy a deter-

minate thing: as exercised in their Breach of Contract by refusing Plaintiff his Right to tender consideration for their product & services,

2. the Defendant had nor has ANY/NO jurisdiction to deprive the Plaintiff of his Right to pursue any livelihood or avocation of his choice: as exercised in their Breach of Contract by refusing Plaintiff access to his property & his Right to tender consideration for their product & services,

3. the Defendant had nor has ANY/NO jurisdiction to deprive the Plaintiff of his Right to communicate & circulate communication ~~as~~: as exercised in their Breach of Contract by restricting the Plaintiff of access of his tablet & their kiosk, both being a certified United States Post Office,

4. the Defendant had nor has ANY/NO jurisdiction to seize the Plaintiff's property lawfully considerated through their services,

5. the Defendant had nor has ANY/NO jurisdiction to deprive the Plaintiff of his Right to contract: as exercised in their evil intent to coerce Plaintiff to accept their Terms of Agreement contract via total restriction of Rights mentioned herein,

6. the Defendant had nor has ANY/NO jurisdiction to subject the Plaintiff to undue restraint,

7. the Defendant had nor has ANY/NO jurisdiction to deprive the Plaintiff of a reasonable degree of autonomy, &

8. the Defendant had nor has ANY/NO jurisdiction to cease moving forward with their contractual Obligation without the Plaintiff's mutual agreement: as exercised in Defendant's refusal to tender product & service to the Plaintiff.

In accord to the contract In Full Life & the ~~relationspi~~ relationship between buyer & seller, the Defendant had transferred the title of the determinate Things to the Plaintiff that he had tendered

consideration for a permanent possession. Along with the passing of title is the passing of rights to the title. The Defendant no longer reserved the right to seize the possessions they no longer possessed, for all security interest to the possessions were transferred over with the title; thus, the contract promised permanent possession, use, & enjoyment & never communicated a reserved interest or right to seize property at any particular time &/or for any particular reason. The Defendant acting 'under color of' law of their monopoly which grants the (1) 'exclusive control' over supply &/or product & service, & (2) 'the ability to dictate what takes place' in a given market as a justifiable means to deprive & restrict Plaintiff of his lawful property & Rights. The Law provides that even if the wrong committed by the defendant is not itself authorized by state law, "if the commission of the wrong is itself rendered possible or is efficiently aided by the statutory authority lodged in the wrongdoer," the state-action requirement is satisfied (Home Tel. & Tel. Co. v. Los Angeles): Thus identifies the Defendant's monopoly authority, granted by the state of Florida, over Florida's Department of Corrections.

The Defendant acted under the color of law of 'exclusive control' over product & services to breach their contractual Obligation by denying Plaintiff his right to said product & service & depriving Plaintiff of product he lawfully possess & services he's lawfully entited to (use & enjoyment). Also, the Defendant acted under the color of law of 'the ability to dictate what takes place' by (1) their unwillingness to move forward with their ~~performance~~ performance to the contract, (2) making a legal determination to nullify & void the contract without Plaintiff's agreement, & (3) their exclusive ability to dictate the terms in which Plaintiff can possess, use, & enjoy his lawful property & exercise his private Rights. Because a monopoly in itself bears its own force of law, this force intensifies when it is emerged with the power of the state. Thus it is recognized, that an official could not be said to act "under color of" law unless he acted pursuant to some

unconstitutional law or pursuant to some custom or policy having the force of law. Monroe v. Pape, under protest. A4V Raynard-Deanco Wilder, Principal!

Section 1983 was/is designed to open up the federal courts by giving litigants a direct federal cause of action against those who, acting 'under color of' law, deprived them of their constitutional protection.

## CONSTITUTIONAL DAMAGE:

Throughout this Section 1983 the Plaintiff has shown multiple constitutional violations, impairments, & infringements executed by the Defendant against him. The Defendant, just as every other United States person, has a duty & debt to provide protection for the private Rights of the private unenfranchised living being, for which duty & debt is never extinguished nor discharged & is perpetual. The private unfranchised being owes them nothing for ligitimate protection. For any person of the United States to bring harm upon the private unenfranchised being is to bring harm upon the Constitution's duty & debt to protect him.

The Plaintiff, as herein identified, is the victim of injuries, herein communicated, inflicted by the Defendant & the cause of various constitutional damages. These constitutional violations implemented by the Defendant against the fundamental protection of Plaintiff's private Rights from June, 2023 to the present & current day has spawned both compensatory & punitive damages, which will include the following constitutional infringements & damages:

a) (damage) depriving Plaintiff of his Right to circulate communication: (infringement) Amendment One & Article One, Section Eight, without prejudice, A4V Raynard-Deanco Wilder, Principal,

b. (damage) forcible seize & hold of Plaintiff's property : (infringement) Amendment Four & Amendment Eight, without prejudice, A4V Raynahd-Deanco Wildeh, Principal,

c. (damage) depriving Plaintiff of liberty & property without due process : (infringement) Amendment Five, without prejudice, A4V Raynahd-Deanco Wildeh, Principal,

d. (damage) depriving Plaintiff of his Right to Contract : (infringement) Article One, Section Ten & Amendment Four, without prejudice, A4V Raynahd-Deanco Wildeh, Principal,

e. (damage) depriving Plaintiff of his Right to possess, use, & enjoy a determinate thing : (infringement) Amendment Nine: without prejudice, A4V Raynahd-Deanco Wildeh, Principal,

f. (damage) depriving Plaintiff of his Right to the Freedom of arbitrary or/& undue external restraint : (infringement) Amendment Nine, without Prejudice, A4V Raynahd-Deanco Wildeh, Principal,

g. (damage) use of monopoly as an excessive use of force : (infringement) Amendment Eight, without prejudice, A4V Raynahd-Deanco Wildeh, Principal,

h. (damage) depriving Plaintiff of his Right to a reasonable degree of autonomy : (infringement) Amendment Nine, without prejudice, A4V Raynahd-Deanco Wildeh, Principal.

PERSONAL HARM DAMAGES :

Section 1983 creates a "species of tort liability", & the Court add that "the elements & prerequisites for recovery of damages under the law of torts." Monroe v Pape, under protest. A4V Raynahd-Deanco Wildeh, Principal. The Plaintiff is obligated to put on proof that he was actually injuried by his deprivations before he could recover more then nominal damages. Educated by Carey v. Piphus, Section 1983 plaintiff's have been able to put on proof of recovery for virtually all sorts of

injuries that one might see in more ordinary litigation, including recoveries for mental anguish & emotional distress, feelings of unjust treatment, reputation harm, economic loss, fear, anxiety, humiliation & personal indignity, as well as for physical injury & out-of-pocket expenses. Dignitary harm, as well as mental & emotional distress can be established by the victim's testimony without the need of expert or corroborating testimony, Fisher v. Dillard University. Under protest. A4V Raynard-Deanco Wilder, Principle! The following are 'personal harm' damages resulting from Defendant's constitutional violation(s):

1. **STRESS**: the accumulation of music, games, etc. carries great value for **anyone** who is in the Plaintiff's position; for, aside its relaxing & soothing nature, it offers & provides **(a)** an escape from having to exist in a stressful environment of seventy-plus (70+) diverse mentalities, psychologies, sociologies, & characteristics in a small spacing of very minimum movement & NO privacy; **(b)** an escape from the pain of being seperated from family, friends, associates, diverse socialisms, etc., **(c)** a positive method of escape verses drugs, homemade alcohol, violence, &/or any other negative behavior traits, &/or **(d)** a way to remain focused on positive achievements: as the old maxim says, "Music sooths the savage beast," & in these days, video games do the same. The lost of such an advantage after one has experienced it for a while is a psychological devistation that makes it harder to deal with the stress because one has put soo much investment & dependency on this property that one has customized to execute this purpose. The lost of property & enability to confide in loved ones by way of mail has plagued the Plaintiff with a 'Smiggal effect' (the turned halfling on Lord of the Rings: "My precious"), where tablet & property is his 'precious'.

2. **DEPRESSION**: a mental sufference that is leaving

Plaintiff in a whirlpool of loss & hopelessness for the retention &/or compensation of his property. This is a feeling of emptiness: an intense longing that can't be reached & a deep void that can't be filled; lost in the memories of what once was - & should still be - until it was maliciously, vehemently, & unlawfully taken away from him, like a loved one victimized by a murderous fiend.

3. LOSS OF SUPPORT: Plaintiff's ability to be contacted by family, friends, or associates who may have been distant, or maybe once under aged, or whatever the case may be, is NON-Existant! Plaintiff is unable to receive any moral support, financial support, ~~infom~~ informational support, or any other form of support that communication provides (support), due to Defendant restricting him from the United States Postal Service (tablet & kiosk). Plaintiff is constently suffering missed opportunities hourly, daily, weekly, monthly, yearly to communicate with somebody or anybody who may wish/desire to communicate with him. Whereas, it is even written in the Scriptures as an Universal Supreme Law that the Creator, YHVH Elohim, has proclaimed: "It is NOT good for man to be alone;" (Bereshith/Genesis 2:18) therefore He made man a 'counterpart' or 'helpmeet' - key word "help": someone to give support! Even the supreme Court acknowledged that the makers of the Constitution "recognized the significance of man's spiritual nature, of his feelings, & of his intellect. They knew that only a part of the pain, pleasure, & significance of life are to be found in material things." The Defendant bears no such recognition, or the care thereof, for they have deprived Plaintiff of the third most important possession the Creator has endowed upon all mankind: the Gift of Support! (i) is Breath, (ii) is Rights, & (iii) is Support.

4. Economical Liability: The state of Florida's Depart-

ment of Corrections have strict stipulations pertaining to 'qualifying' to enter into any vocational training program that they provide, which is a hinderance to Plaintiff's economical success. One of these stipulations, & the greatest hinderance, is the proximity of one's release date: any time beyond three years-six months don't qualify for avocation training; ~~wherea~~ whereas, at the present moment, Plaintiff has well over four years remaining; thus, NO economical gain. But as a cure to this cancer, Plaintiff was able to tender consideration for "How to do" voice instructions in diverse fields, "How to speak" voice instructions in a diverse language, "How to start" voice instructions for diverse careers, etc. that offered him training & directions; whereas, bi-lingual or multi-lingual people are always at a high demand, for example. For the Plaintiff, this was an opportunity that the state of Florida's Department of Corrections don't offer nor provide: an opportunity for economical advancement & growth, job opportunities, career options, etc. so that he may earn a lawful livelihood without becoming a statistic. Defendant's injustice against the Plaintiff denies him a more promising rehabilitation & economical growth that provides a more promising success rate & livelihood: an opportunity that was available to him at his fingertips. From June, 2023 to the present & current day is an approximate timeline of three (3) years: a three (3) year loss in the education & proper preperation of Plaintiff's time to gain a career & job training advantage; where, three (3) years is one year away from a bachelor's degree. Three years of valuable time lost (Issue#6).

5. Loss of Valuable Energy (Free Labor): making Plaintiff work without pay. This is in relation to Plaintiff's continuous expention of personal/private energy (physical energy, mental energy, emotional energy, spiritual energy) in a

fight for property & rights that's already his by Law & for the justice thereof. This is energy that **SHOULD NOT** be expended in any relation to the Defendant without them compensating for it, for at this moment, they have been employing Plaintiff's time (Issue #6) & energy. This is energy that could have been used towards building a career, if Defendant hadn't already took that Right away. This is energy that could have been used towards building a relationship with lost family & friends, if Defendant hadn't already took that Right. This is energy that could have been used towards building better health (Issue #7), but as a result of the Defendant's injustice, that to is also being took from the Plaintiff. Even after taking soo much from the Plaintiff, this is energy that could be used towards building a better relationship with the Creator, YHVH Elohim, but as a result of Defendant's injustice, this to has been/is being taken from the Plaintiff. All this energy being taken by the Defendant's refusal to compensate or remedy their wrong: all this energy expended without a retirement plan available. The examples above demonstrates the possibility of positive energy for positive gain: something for something; but the energy expended in this work, at the charge of Defendant's injustice & ~~to~~ the expense of Plaintiff's deprivations, is a negative energy that is, at this moment, producing NO gain. The Plaintiff is currently indebted of energy that **CANNOT** be replenished unto him: grey hairs that can't ungrow!

6. **LOST OF VALUABLE TIME**: time is always of the essence; this essence is that of physical capacity: exercise; mental capacity: education; spiritual capacity: prayer & meditation; economical capacity: livelihood; social capacity, environmental capacity, & community capacity. Wellness & Fitness training teaches that these are the Seven (7) Diminsions of Wellness that generates a healthy lifestyle. Contrarily, the excessive time Plaintiff have to put into this matter of injustice of the Defendant eliminates the

valuable time he could of had to dedicate to any one or any combonation of these health & fitness Dimensions. With negative expended energy comes expended loss of time: time that is invaluable; for as energy, time cannot be turned back.

8. Premature Mortality (High Mortality Rate): Experts have observed that movement is the basic function for which the human body was created & scientific findings have shown that 'physical inactivity' & a negative lifestyle 'seriously threatens health & hastens the deteriation of the body' & is one of the greatest threats to personal & public health & is often referenced in concerns about 'sitting disease', sedentary death syndrome (SeDS), & hypokinetic diseases. The average life expectancy in the united states is 78.7 years (76.2 for men & 81.2 for women). A healthy lifestyle, on average, 'adds' 5 to 6 years of being disability free. The United States Center for Disease Control & Prevention have 7 of 10 Americans die of 'preventive' chronic diseases. Spicifically, about 52% of all deaths in the united states are caused by cardiovascular disease (30.4%) & cancer (21.3%): a majority of these deaths could be prevented 'through a healthy lifestyle program'. The most prevalent degenerative diseases in the united states are those of the cardiovascular system. The umbrella of cardiovascular diseases includes such conditions as coronary heart disease (CHD), heart attacks, & strokes: according to the American Heart Association (AHA), more than one in three adults in the united states are afflicted with diseases of the cardiovascular system, including hypertension (high blood pressure) & CHD - participating in wellness & cardiovascular mortality drops one's rate. Among the benefits of 'regular physical activity & exercise' are a significant reduction in premature mortality & 'decreased risks' for developing heart disease, stroke, metabolic

syndrome, type 2 diabetes, obesity, osteoporosis, colon & heart cancers, high blood pressure, depression, & even dementia & Alzheimer's. Based on data from 13,344 people followed over an average of 8 years, a significant finding was a large drop in all-cause, cardiovasculat, & cancer mortality when people went from low fitness to moderate fitness - a clear indication that moderate-intencity physical activity, ~~acheiv~~ achievable by most adults, provides considerable health benefits & extends life.

Unfortunately, as just revealed in Issues 5 & 6, Plaintiff have to expend an excessive amount of time & energy, daily, in an attempt to seek due justice for the injustice overtaking his entire countenance. This excessive time consuming procedure requires long hours of sitting per day - searching & researching, writing & rewriting: approximately 4 hours in the morning, 4 hours in the afternoon, 4 hours in the evening, with a hunched back & hunged neck, with minimum time slots for eating, restroom use, shower, & occasional miscellaneous activities, all within the time frame of 6 a.m. to 9:30 p.m., at which time he prepares for bed. At the current age of fifty-two (52) years of age, this resultance of excessive daily sitting - due to the seeking of justice - puts Plaintiff at a very high risk of heart disease, heart attack, or stroke, as the experts testify. Thus, if the AVERAGE life expectancy in the united states is 78.7 years (76.2 for men) due to excessive daily sitting (inactivity = unhealthy lifestyle), then the mortality rate rises the greater the age: as it is written in the Scriptures, "For every matter there is an appointed time. . . a time to be born, & a time to die. . . Do not be wrong over much, & do not be a fool - why die before your time?" Fifty-two (52): Plaintiff's current age, is twenty-four (24) to twenty-six (26) years away from the life expectancy in the united states. Meaning, everyday the Plaintiff have to sit excessively to fight the Defendant's injustice -

an injustice that was/is uncalled for & could have been prevented or longed nominally remedied – is robbing Plaintiff <u>for years</u> of his life: 'a year for a day', putting him at great risk of developing "sitting disease"; whereas, expert testimony on sitting disease proclaims:

"Prolonged sitting is unnatural to the body, & research indicates that too much sitting is hazardous to human health & has a direct link to premature mortality. Even individuals who exercise five times a week for at least 30 minutes per session but otherwise spend most of the day sitting are accruing health risks. The human body requires time to recover (sit & sleep) from labor, tasks, & other typical daily activities. Most Americans, however, sit for way too many hours each day: on average, 8 hours or more per day. Our bodies are simply not designed for extended periods of sitting. As we sink into inactivity, our biological processes begin to change, down to a cellular & molecular level. Studies show that blood flow becomes sluggish & is more likely to form life-threatening clots in the lungs & legs. Arteries lose flexibility & have a lower capacity to expand & relax. Slower blood flow means less oxygen & glucose delivered to the brain & body, & as a result, cognitive function declines & the feeling of fatigue increases. During extended sitting, fat deposits accumulates in muscle cells, which interfers with insulin's ability to transport glucose into muscle cells. When you are sitting, the level of triglycerides (a type of fat found in the blood) jumps because inactive muscles also stops producing the enzyme lipoprotein lipose that usually captures these fats from the blood to form them into

fuel. Even HDL cholesterol (a good cholesterol) drops by 20% after as little as one hour of uninterrupted sitting. Death rates are high for people who spend most of their day sitting, even though they meet the minimum physical activity recommendations on a weekly basis."

8. MISSED OPPORTUNITY: while imprisoned at Lawtey Correctional Institution, Plaintiff was enrolled in the Ashland College Program. But after an institutional incident, he was exciled from Lawtey Correctional Institution & transported to Liberty Correctional Institution where he could continue to pursue his college education. After informing the education department of his presense, he was moved from C-Dorm to G-Dorm: the college program dorm. Due to some difficulties with the Ashland budget, Plaintiff's reinstatement was put on hold. During this time period, the Defendant came out with their New Terms of Agreement contract, which Plaintiff declined after reading the "Arbitration Agreement", at which point he was deprived of all access to his tablet & property. Recognising this as a breach of some form, Plaintiff began to search & research for some sort of method to rectify this injustice. This became time consuming & Plaintiff became engrossed, unable to balance the time between dealing with the Defendant & dealing with the Ashland College Program; therefore, because Plaintiff was obsessed with his tablet & finding a remedy that will return his lawful access to his property, he lost his opportunity to get a college schalorship / degree, which would have boosted his credentials on any job resemé. June, 2023 to the present & current day equates to three (3) years: three (3) years lost towards earning a bachelors-

even a master's - degree; for at one point, Plaintiff would have been able to reopen that grant & returned to the college program, but this matter has yet to resolve. Three yeas lost, nothing gained: the only one winning is the criminal. All crimes are commercial (27 CFR).

9. Lost Expenses: between the initial cost of the tablet & all property tendered by consideration, the Plaintiff has invested approximately $2,000.⁰⁰. Therefore, since June, 2023, the Defendant has deprived Plaintiff Two Thousand dollars ($2,000.⁰⁰) per day: from June, 2023 to the present & current day is approximate three (3) years-plus, which is an appoximation of 1,095 days-plus. Two thousand dollars ($2,000.⁰⁰) per each day; deprived. Two thousand dollars ($2,000.⁰⁰) that could have been used to quench Plaintiff's hunger or thirst, or to tender consideration for job & career books which he would still have possession of; but yet, every day he have to suffer the lost of two-thousand dollars ($2,000.⁰⁰).

These damages, both punitive & compensatory, would have been prevented if Defendant's misrepresentation of 'Good Faith' & fair dealings wouldn't have brought the Plaintiff under the oppressed condition of undue restraint, duress, & substantive unconscionability, due to their evil intent & determination to promote an illegal & fraudulent contract that ~~h~~ is wholley to their benefit: all of these damages would have been prevented if the Defendant cared to exercise 'good faith' & honored Plaintiff with a nominal reinstatement of property & tablet

To the Contrary, NO act of justice was exercised by the Defendant. The Plaintiff has been 'forced' to suffer the

the 'taking' of his property & Rights without compensation or any form of consideration. To reiterate the Law (les mercatory), both the UCC & the common law agree that a sale of goods is a 'transfer of title' from a seller to a buyer 'for a consideration' known as the price. The UCC requires that the seller tender their delivery as a condition to the buyer's duty to accept them &, unless agreed otherwise, pay for them; whereas 'tender' as used here, merely means 'to proffer' or 'make available'. Once the seller has made the goods available to the buyer, the buyer must tender payment before taking 'possession'. Meaning that, once the Plaintiff had tendered consideration for the transfer of title & retention in accord to the ordinary course of business & the conformity of the contract, then that particular product (goods) NO longer belonged to the Defendant. The Defendant has NO rights, NO power, NO authority - delegated or quasi - to restrict or deprive Plaintiff of his property & Rights.

The constitution prohibits, not mere takings of property, but takings without 'just compensation'. Thus, the Court has held that the constitutional violation in one sense is not complete or 'ripe' until just compensation has first been denied (Williamson Cty Regional Planning Comm'n v. Hamilton Beach, Under protest. A4V Raynahd-Deanco Wilder, Principal). This denial has been communicated by Defendant's refusal to acknowledge Plaintiff's Notices in Exhibits A, B, & C: pg. 3. All torts & damages herein communicated was 'preventable' if the Defendant cared to exercise 'good faith' instead of succumbing to their inappropriate motive & evil intent to 'force' Plaintiff into accepting their illegal & fraudulant contract. Therefore, based on the information communicated herein, it constitutionally stands that the Defendant is solely accountable for all the torts & damages herein presented, & is liable for all injuries incurred, wherefore compensatory & punitive damage - as well as

injury-has been clearly communicated, all remedies should be recovered on the account thereof:

Assuming that the Plaintiff produces evidence from which a fact finder could & does find unconstitutional motivation, the Plaintiff will recover unless the Defendant can pursuade the fact finder by a preponderance of the evidence that they would have done what they did anyways, even absent their unconstitutional motivation. Thus, if the Plaintiff would not have suffered "but for" the unconstitutional considerations, he will be able to recover against the Defendant. Mount Healthy City School Dist. Bd of Ed v. Doyle, Under protest, A4V Raynard-Deanco-Wilder, Principle

Thus, it is proven by the series of events: NO new terms of agreement seeking Governing Power, NO unconstitutional motivation & evil intent; NO unconstitutional motivation & evil intent, NO infringements & constitutional violations upon the Plaintiff; NO infingements & constitutional violations upon the Plaintiff, NO injuries & damages; NO injuries & damages, NO remedies of recovery.

## REMEDIES

All commerce is ruled by Contract! An offer & acceptance communicates an unconditional willingness to be bound, the acceptance of the offer clinches the contract. Once a contract has been made, that contract is as binding upon the parties as any statute or any other law: one party cannot withdraw without additional agreement by the other party or parties. If one party does not hold up to its end of the bargain, the other party has legal remedies.

PUNITIVE DAMAGE:

"A distinct majority of the states do not allow punitive damages for breach of contract. However, when a breach of contract is accomplished by a seperate, independent tort (e.g. fraud) this tort may give rise to punitive damages. (This is the rule formulated in RESTATEMENT (SECOND) OF CONTRACTS §335 (1981)) Also, actions that breach a contract may be considered tortious (constitute a tort), too, in which case the suit may have contract & ~~court~~ tort courts, the latter seeking punitive damages. . . . Indeed, most courts remain adament that for punitive damage to be in play, something else must be present - a tort, a special fiduciary relationship - something besides just a deal "gone bad", no matter how outrageous one side's breach may seem."

"In the case of Fraud, the defrauded party can rescind the contract. However, he or she has an alternative remedy: to affirm the contract & bring an action in tort to receive damages for the deceit."

"Fraud is a grave offense in the eyes of the law. In any case where it can be proved, the victim has a real advantage over the perpatrator. Our analysis of business torts & crimes points out that not only is fraud a tort, it is also a crime. If the fraud is particularly aggravated, malicious, or oppressive, it can give rise to punitive damages."

Thus, seeing that the Plaintiff never discharged the contract - due to the Defendant never responding & remedying the Breach of Contract with Termination, where responce & remedy would have discharged the contract - Plaintiff affirms an action in tort, seeking the following remedies in exchange for being victimized by the Defendant via the commercial crimes attached thereof; whereas, all crimes are commercial 27 CFR:

1. **In Exchange** for the commercial crime (tort) of Fraud,

award Plaintiff in the amount of Twenty-five Thousand dollars/Zero cents ($25,000.00) in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601, per every day he suffered under Fraud at the charge of the Defendant from June, 2023 to the present & current day this Matter is settled. Without prejudice, A4E Raynard-Deanco Wilder, Beneficiary, Non-resident alien,

2. **In Exchange** for the commercial crime & tort of Oppression, award Plaintiff **in the amount of** Twenty-five Thousand dollars/Zero cents ($25,000.00) in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601, per ~~day~~ every day he suffered under Oppression at the charge of the Defendant from June, 2023 to the present & current day this Matter is settled. Without prejudice, A4V Raynard-Deanco Wilder, Beneficiary, Non-resident alien,

3. **In Exchange** for the commercial crime & tort of Extortion, award Plaintiff **in the amount of** Twenty-five Thousand dollars/Zero cents ($25,000.00) in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601, per every day he suffered under Extortion at the charge of the Defendant from June, 2023 to the present & current day this Matter is settled. Without prejudice, A4V Raynard-Deanco Wilder, Beneficiary, Non-resident alien,

4. **In Exchange** for the commercial crime & tort of Undue Re-

straint, award Plaintiff **in the amount of** Twenty-five Thousand dollars/Zero cents ($25,000.⁰⁰) in silver or gold specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A, Title 31, UCC 3-305, UCC 3-601, per every day he suffered under Undue Restraint at the charge of the Defendant from June, 2023 to the present & current day this Matter is settled. Without prejudice. A4V Raynard-Deanco-Wilder, Beneficiary, Non-resident alien,

5. **In Exchange** for the commercial crime & tort of Duress, award Plaintiff **in the amount of** Twenty-five Thousand dollars/Zero cents ($25,000.⁰⁰) in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601, per every day he suffered under Duress at the charge of the Defendant from June, 2023 to the present & current day this Matter is settled. Without prejudice. A4V Raynard-Deanco-Wilder, Beneficiary, Non-resident alien,

6. **In Exchange** for the commercial crime & tort of Substantive Unconscionability, award Plaintiff **in the amount of** Twenty-five Thousand dollars/Zero cents ($25,000.⁰⁰) in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601, per every day he suffered under Substantive Unconscionability at the charge of the Defendant from June, 2023 to the present & current day this Matter is settled. Without prejudice. A4V. Raynard-Deanco-Wilder, Beneficiary, Non-resident alien.

COMPENSATORY DAMAGE: CONSTITUTION

"Every person who, under the color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or 'other person' in the jurisdiction thereof to the deprivation of any right, privileges, or immunities secured (protected) by the Constitution & laws, **shall be liable to the party injured in an action of law.**"

"An official can at under color of law even when they is acting contrary to it & can be personally liable in damages for their violations of the Constitution."

1. **In Exchange** for trespassing & violating Plaintiff's Right to Communicate & Circulate Communication 'under color of' law, fundamentally protected, under protest, at Amendment One, award Plaintiff **in the amount of** Two Thousand dollars/ Zero cents ($2,000.00) per day for every day he suffered from January, 2025 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601, without prejudice, A4V Raynard-Deanco Wilder, Beneficiary, Non-resident alien,

2. **In Exchange** for trespassing & violating Plaintiff's Right to be Secure against Unreasonable Seizure 'under color of' law, fundamentally protected, under protest, at Amendment Four, award Plaintiff **in the amount of** Two Thousand dollars/Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of

April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601, without prejudice. A4V Raynard-Deanco Wilder, Beneficiary, Non-resident alien,

3. **In Exchange** for trespassing & violating Plaintiff's Right to Possess, Use, & Enjoy a Determinate Thing 'under color of' law, fundamentally protected, under protest, at Amendment Nine, award Plaintiff **in the amount of** Two Thousand dollars /Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601, without prejudice, A4V Raynard-Deanco Wilder, Beneficiary, Non-resident alien,

4. **In Exchange** for trespassing & violating Plaintiff's Right to NOT be Deprived of Life, Liberty, & Property without Due Process 'under color of' law, fundalmentally protected, under protest, at Amendment Five, award Plaintiff in the amount of Two Thousand dollars /Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601, without prejudice. A4V Raynard-Deanco Wilder, Beneficiary, Non-resident alien,

5. **In Exchange** for trespassing & violating Plaintiff's Right to Contract 'under color of' law, fundamentally protected, under protest, at Article One, Section Ten & Amendment Four, award

Plaintiff in the amount of Two Thousand dollars / Zero cents ($2,000.°°) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. without prejudice. A4V Raynard-Deanco Wilder, Beneficiary, Non-resident alien,

6. In Exchange for trespassing & violating Plaintiff's Right to a Reasonable Degree of Autonomy 'under color of' law, fundamentally protected, under protest, at Amendment Nine & Amendment Four, award Plaintiff in the amount of Two Thousand dollars / Zero cents ($2,000.°°) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. without prejudice, A4V Raynard-Deanco Wilder, Beneficiary, Non-resident alien,

7. In Exchange for trespassing & violating Plaintiff's Right to be Free of Arbitrary & Undue Restraint 'under color of' law, fundamentally protected, under protest, at Amendment Nine & Amendment Four, award Plaintiff in the amount of Two Thousand dollars / Zero cents ($2,000.°°) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. without prejudice. A4V Raynard-Deanco Wilder, Beneficiary, Non-resident alien, &

8. In Exchange for trespassing & violating Plaintiff's Right to be Free from Excessive Use of Force 'under color of' law, fundamentally protected, under protest, at Amendment Eight, award Plaintiff in the amount of Two Thousand dollars/Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. without prejudice, A4V Raynahd-Deanco Wilder, Beneficiary, Non-resident alien.

9. In Exchange for trespassing & violating Plaintiff's Right to Life by Earning a Living, fundamentally protected, under protest, at Amendment Five & Amendment Nine, award Plaintiff in the amount of Two Thousand dollars/Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. without prejudice, A4V Raynahd-Deanco Wilder, Beneficiary, Non-resident alien.

COMPENSATORY DAMAGE: PERSONAL HARM

"Section 1983 Plaintiffs have been able to put on proof of recovery for virtually all of the sorts of injuries that one might see in more ordinary litigation, including recovery for mental anguish & emotional distress, feelings of unjust treatment, reputational harm, economic loss, fear, anxiety, humiliation & personal dignity, as well as for physical injury & out of pocket expenses."

"Accordingly, it is possible to recover the traditional range of compensatory damages from an official from the harm that he inflicts because of his constitutional violations."

Thus, Plaintiff seeks the following recoveries as a remedy In Exchange for the personal harms inflicted upon him at the charge of the Defendant's actions against him:

1. In Exchange for suffering the personal harm of Stress, award Plaintiff in the amount of Two Thousand dollars / Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current ~~day~~ day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. Without prejudice, A4V Raynahd-Deanco Wilder, Beneficiary, Non-resident alien,

2. In Exchange for suffering the personal harm of Depression, award Plaintiff in the amount of Two Thousand dollars / Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. Without prejudice, A4V Raynahd-Deanco Wilder, Beneficiary, Non-resident alien,

3. In Exchange for suffering the personal harm of Loss of Support, award Plaintiff in the amount of Two Thousand dollars / Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. Without prejudice, A4V Raynahd-Deanco Wilder, Beneficiary, Non-resident alien,

4. In Exchange for suffering the personal harm of Economical Liability, award Plaintiff in the amount of Two Thousand dollars /

Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United State, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. Without prejudice, A4V Raynahd-Deanco Wilder, Beneficiary, Non-resident alien,

5. In Exchange for suffering the personal harm loss of Valuable Energy (Free Labor), award Plaintiff in the amount of Two Thousand dollars/Zero cents ($2,000.00) per day for everyday he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. Without prejudice, A4V Raynahd-Deanco Wilder, Beneficiary, Non-resident alien,

6. In Exchange for suffering the personal harm of Loss of Valuable Time, award Plaintiff in the amount of Two Thousand dollars/Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. Without prejudice, A4V Raynahd-Deanco Wilder, Beneficiary, Non-resident alien,

7. In Exchange for suffering the personal harm of Premature Mortality (High Mortality Rate), award Plaintiff in the amount of Two Thousand dollars/Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Com-

missioners C.C.A., Title 31, UCC 3-305, UCC 3-601. Without prejudice, A4V Raynahd-Deanco Wilder, Beneficiary, Non-resident alien,

8. In Exchange for suffering the personal harm of Missed Opportunity, award Plaintiff in the amount of Two Thousand dollars / Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. Without prejudice, A4V Raynahd-Deanco Wilder, Beneficiary, Non-resident alien, &

9. In Exchange for suffering the personal harm of Out-Of-Pocket Expence, award Plaintiff in the amount of Two Thousand dollars / Zero cents ($2,000.00) per day for every day he suffered from June, 2023 to the present & current day this Matter is settled, in gold or silver specie or gold bullion, lawful money in the several states of the Union, United States, United States of America (North): Executive Order of April 5, 1933, HJR 192, Gold Bullion Coin Act of 1985, Title 12, Echart v. Commissioners C.C.A., Title 31, UCC 3-305, UCC 3-601. Without prejudice, A4V Raynahd-Deanco Wilder, Beneficiary, Non-resident alien.

"The constitution prohibits, not mere takings of property, but takings without 'just compensation'. Thus, the Court has held that the constitutional violation in one sense is not complete or 'ripe' until just compensation has first been denied."

"The power to . . . take private property by force without compensation to the owner . . . may be exercised, as it always has been, by irresponsible authority, but it cannot be considered as belonging to a government founded upon law." Julliard v. Greenman. Under protest, A4V Raynahd-Deanco Wilder, Principal!

For the mere taking of Plaintiff's property without any compensation, fundamentally protected, under protest, at Amendment Five, refund the Two Thousand dollars / Zero cents ($2,000.00) UCC 3-305, UCC 3-601,

to the Plaintiff's INMATE TRUST FUND ACCOUNT under the TRUST's NAME: RAYNARD WILDER #321765 from whence it came, in the manner of consideration it was given, with the additional consideration it was given, with the additional consideration bonded to said Amendment in accord to the ordinary course of business of merchant & buyer. Option! Provide Plaintiff with a tablet of the current model with all his property intact & fully functioning, which includes EMail & radio, but void of Defendant's product & services. This 'option' only pertains to this Section!

In all case, reinstate Plaintiff's Right to communicate & circulate communication via the United States Postal Service/EMail!

The remedies seeked are beyond nominal, for the damages incurred are beyond nominal; whereas, all could have been prevented easily via nominal means if the Defendant didn't insistently choose to push to such extremities; therefore, said remedies are a reflection of the Defendant's extreme behavior. Furthermore, the damages enforced upon the Plaintiff's livelihood is to the extreme of unknown numerations (financially) & possibilities, for any career choice chosen beared the logical possibility of Plaintiff experiencing anything from a minimum success to an overnight success that could lead Plaintiff into becoming a Fortune 500 Entrepreneur within five (5) years of his release into society: success cannot be dictated or measured, but it can be 'pursued'. Yet, at Plaintiff's age of 57 years upon his release from the state of Florida's Department of Corrections, any success is better then NO success, which is the state of existance the Defendant has left the livelihood of the Plaintiff in by their acts of deprivation: a NO success rate; thus, the Defendant is promoting Plaintiff's chances at being a failure & a negative statistic. Furthermore, the price of learning is now more expensive & less conveniant; making its attainability a lot more difficult, if even possible. The minimum space provided becomes more minimum, meaning the diversity is less diverse. The remedy saught covers all expenses to assure Plaintiff's success.

"The laws that state which party to a contract is entitled to a remedy also bind the other party. These rules are as much a part of the contract as if they have been a part of the original contract. Any subsequent laws that denies, obstructs, or impairs this right, by discharging a condition relating to appraisement, exemptions, or redemptions, impairs the obligation of the contract."

Thus, as been presented herein, the Plaintiff has satisfied all the supreme Court Article Three prerequisites; whereas the Court has insisted that the Plaintiff must allege that he has suffered 'injury in fact' or is imminently threatened with such injury, Plaintiff must be able to allege that the injury is 'fairly traceable' to the Defendant's violation of some legal norm, & the Plaintiff must be able to show that the harm he has alleged will be 'redressable' by the relief that he has saught. Elk Grove Unified Sch. Dist. v. Newdow, under protest. Taking this satisfaction into account along with him meeting the satisfaction of the burden of Pleading & Providing the elements of his claim, the Plaintiff has satisfied every necessary requirement for relief.

"The UCC provides that the remedies provided for 'be liberally administered to the end that the aggrieved party shall be put in as good as position as if the other party had fully performed.' The expression 'liberally administered' requires the court to lean over backwards in complying with the 'make whole' principle in attempting to access the damages."

## CONCLUSION

"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty & the pursuit of Happiness. — That to secure these Rights, Governments are instituted among Men, deriving their just powers from the consent of the governed..."

From hence all rights & laws were formed in this continental land called North America. All rights & laws enumerated & unenumerated in the constitution & its Bill of Rights are based on these three (3) unalienable Rights, for every natural Rights of Man will fall under one of these three (3) unalienable Rights, just as these three (3) Rights fall under the Supreme Right of Equality. Therefore, in order for there to be equality, Elohim gave every man their equal proportion to the Rights of liberty, life, & property: NOT one man is exempt.

All laws are subordinate to these Rights, for all laws were created to "protect" these Rights: meaning, these Rights are sovereign & the laws are its subject. To violate any provision of the constitution is to violate one or more of these unalienable Rights; which is to imply that your fellow man is undeserving of these Rights endowed by the Creator, therefore he's not your equal, but is inferior to you: thus comes the existence of 'Arbitrary' & the undue restraint of one's equality... Liberty Has Fallen! Therefore, to secure (protect) these Rights, governments are instituted among Men.

The Truth is self-evident, that the Creator ~~creat~~ created all Men equally within their own independent Right of Life, Liberty & Property; whereas an independent Man is a private unenfranchised Man, which is a natural breathing living being. To secure (protect) their independence, an association of unenfranchised Men instituted (formed, created) We the People. In their Duty & Debt to protect the independent unenfranchised Man's unalienable Rights from being infringed upon, We the People (Libertarians) created a compact called the united states constitution for the several states of the Union (a supreme Article of Confederation) as an irrevocable promise reflecting their Duty & Debt to the private unenfranchised Man: making this constitution as being an irrevocable promise <u>to protect</u> the private Rights of the private unenfranchised Man - thus is the constitution's Duty & Debt.

Therefore, in its duty & debt to protect the private Rights of all Men equally, the constitution formed/created/instituted the United

States Government to protect its duty & debt to all Men equally; thus, the duty & debt of the united states government is to 'insure' the private Rights of all Men equally: this 'insurance' is the duty & debt of the united states government. Therefore, as an 'assurance' (policy) that the insurance of the united states government's duty & debt to protect the private Rights of all Man equally, the united states government formed/created/instituted 'franchised persons' (a united states franchise) called "United States person" - person of the United States - as an united states government 'policy' (an insurance policy) that bears the guarantee of the united states government (pledge of allegiance) that the protection of the private Rights of all Men is equally 'Guaranteed' (Guarantee Warranty): thus is the duty & debt of all united states persons!

Whereas, it is understood that the Plaintiff: Raynard-Deanco Wilder, Natural Breathing Living Being, a private unenfranchised Emancipated/Independent sojourner & settler amongst you, bears the guarantee of the united states insurance policy: RAYNARD DEANCO WILDER, & all derivatives thereof.

It is also understood that the Defendant is an association of natural breathing living beings - private unenfranchised Men - masquerading in the capacity of a legally incorporated company exercising the powers & functions of a united states person insurance policy: SECURUS TECHNOLOGIES, INC. / JPay.

Whereas the Defendant, in its capacity, is a united states person who bears the guaranteed warranty that the Plaintiff's private Rights is insured from infringement. Thus, in their capacity, the Defendant is governed by the Law of the Constitution, having 'pledged' their fidelity & obediance to bring NO harm or injury to the private Rights of the Plaintiff. Contrarily, in its capacity, the Defendant, in a breach of trust, violated their duty & debt to the constitution by infringing - bringing injury & harm - upon the private Rights of the Plaintiff as follows:

1. by their willingness to move forward with their Obligation of the

contract by ~~perform~~ performing in its conformity; infringing upon Plaintiff's Right of Contract by way of Arbitrary: violating Plaintiff's Liberty & its constitutional protection against impairment (Article One, Section Ten) & deprivation (Amendment Five),

2. by making a legal determination to nullify & void their contract without additional agreement from the Plaintiff; infringing upon Plaintiff's Right to enforce the contract via Arbitration: violating Plaintiff's Liberty & its constitutional protection against impairment (Article One, Section Ten) & unreasonable seizure (Amendment Four),

3. by refusing Plaintiff his legal right to the tendering of their product & service; infringing on Plaintiff's Right to possess, use, & enjoy a determinate thing: violating Plaintiff's pursuit of Happiness & its constitutional protection to accumulate (Amendment Nine) & not be deprived (Amendment Five) thereof, &

4. by restricting Plaintiff from possessing, using, & enjoying his private/personal property; infringing on Plaintiff's Right to possess, use, & enjoy a determinate thing without undue restraint: violating Plaintiff's Liberty & pursuit of Happiness & its constitutional protection against deprivation (Amendment Five).

These violations of Defendant's duty & debt to the Constitution led to the accumulation of multiple infringements upon the private Rights of the Plaintiff & their protection by fundamental means. What started as a simple breach of contract that simply warranted the nominal reinstatement of Plaintiff's property (despite what he was seeking at the time) as a lawful remedy has escalated into a fundamental breach engrossed with constitutional violations & criminal intent that warrants both punitive & compensatory damages.

As herein shown, because the Defendant was adament about leaving NO possibilities of anyone exercising or participating in an Article Three suit (or class action suit) against them, they resulted to unconstitution- & criminal (fraud, oppression, extortion)- actions as a means to gain complete success of this evil intent. It's obvious by their terms of agreement that the Defendant intends to have everyone waive their

constitutional guarantees in order to use their product & service.

As witnessed herein, the Defendant don't care about the Plaintiff's sufferings, nor do they care about their extremities, so long as they acquire the Plaintiff's acceptance of their terms. Yet the Law supports that people whose constitutionally protected Rights have been violated can sue the wrongdoer 'personally' for redress & that the damages awarded serve to vindicate the underlying constitutional protection & deter future illegalities.

Had this desire for all to submit to arbitration - whereas Liberty is Freedom from arbitrary & protected by the constitution - which will render them safe from constitutional, even administrative, litigation had not plagued the intent of the Defendant, then there would have never been a new terms of agreement - seeing that the Arbitration Agreement is the 'only' significant change to the original contract agreement, til this day - & everything that have transpired, herein communicated, against the Plaintiff by the Defendant would have never transpired.

Thus, as it stands by Law, if the Plaintiff would not have suffered 'but for' the unconstitutional considerations from the Defendant, he will be able to recover against the Defendant, for any just factfinder could see the Defendant's unconstitutional motivation; & unless the Defendant can persuade the factfinder by a 'preponderance of the evidence' that they would have done what they did to the Plaintiff anyways, regardless of the intent behind the new terms of agreement's arbitration requirement, Plaintiff is able to recover against the Defendant. (Conley v. Gibson, under protest).

In light of all that has been presented herein, the Plaintiff ask that this court do not look at the fact that the vast majority of the people identified as the "INMATE" population has accepted the fraudulant & illicit terms of agreement for "that the majority may prevail is a posterior to the form of government, & the results from it. It is not a rule binding upon mankind's natural state. There, every man is independent of all laws, except those prescribed by nature. He is not bound

by any institutions formed by his fellow man without his consent." Cruden v. Neale, under protest.

The Plaintiff seeks this court to identify the fact that the Defendent's conscious & sound decision to ignore the Notices delivered to them by Plaintiff, as presented in the Exhibits, is both a fundamental breach (in accord to a Nachfrist notice violation) & an anticipatory breach (in accord to their refusal to perform as agreed). Also, the Law does not require perfection nor professionalism on behalf of the Plaintiff's pleading, nor was he required to set out the details upon which he base his claim; to the contrary, all was required is a "short & plain statement of the claim," that gave the Defendant fair notice of what his claim is & the grounds on which it rest. Conley v. Gibson, under protest.

In exercising your guarantee to the Plaintiff: to protect his private Rights by constitutional means & administer due justice, Plaintiff seeks this court to acknowledge that "the Contract is the Law of the Case." The UCC does not change or end the common law, but adds uniformity to it: (Scriptures) "Do not think that I came to destroy the Law or the Prophets. I did not come to destroy but to complete." Thus, in its uniformity it is established that all commerce is ruled by Contract - where there is no Contract there is no Case (Erie R.R. Co. v. Tompkins, under protest), & any Contract signed is a valid Contract - where an offer cannot be revoked once the offeree has clearly commenced to perform: performance of all parties is the 'signature' of all parties - only parties that have signed the Contract can enforce fulfilling the Contract.

The new Terms of Agreement contract is invalid, for their is 'NO offer' & there is 'NO acceptance' between the Defendant & the Plaintiff. Therefore, for the Defendant to proceed in accord to the new terms of agreement against the Plaintiff - as if the valid contract is null & void - without his consent is an abuse of authority 'under color of' law & an act of arbitrary. The original contract between Plaintiff & Defendant is the only contract that is of Validity & Existence; there-

fore, the "offer & acceptance" of this contract is the "**Law of the Case**".

In the same respect, an unrebutted Affidavit is the "**Judgment of the Case**". Where New Terms of Agreement contract may be considered as an "offer" by the Defendant, they would be the "offeror" & the Plaintiff the "offeree"; yet, the Plaintiff responded via the deliverance of Truth Affidavits attached to a Breach of Contract Notice (Exhibit A) & a Notice of Tort Claim (Exhibit B), "counteroffering" the Defendant's offer; thus, the Plaintiff is the "offeror" & the Defendant the "offeree". Defendant's refusal to respond/rebut the Notices/Affidavits constitutes as an "Acceptance by Silence". The Law supports that if an offeree has a duty to speak through an existing relationship, his silence is acceptance; whereas an existing contract & past transactions constitutes as an "existing relationship"; whereas offering a new contract to void an old contract is ~~an~~ proof of an "existing relationship". Because of a presumption of the existance of a relationship, the offeror has the right to expect a reply from the offeree:

> "Acceptance of an offer not by explicit words but through the lack of an offeree's responce in circumstances in which the relationship between the offeror & the offeree justifies both the offeror's expectation of a reply & the offeror's reasonable conclusion that the lack of one signals acceptance. • Ordinarily, silence does not give rise to an acceptance of an offer, but this exception arises when an offeree has a duty to speak." Black's Law Dictionary, 7th Edition.

The Defendant accepted the Truth, Sovereignty, & Judgment of the Truth Affidavits & Notices when they indorsed these Judgments by their silence.

Therefore, as this Case stands, the valid contract is the Law of the Case & the Notices with Affidavits is the Judgment of the Case: all that is left to be settled is the Remedy to be Recovered to the Plaintiff. Injuries arising from a constitutional ~~violation~~ deprivation will ordinarily have to be reducible to common law components in order to be compensated. Uniform common law rules of damages, federal rather

than state law, ordinarily apply in Section 1983 litigation.

Accordingly, it is possible to recover the traditional range of compensatory damages from the Defendant for the harm that he inflicts because of his constitutional violations. In this regard, the supreme Court has stated that there should be NO recovery beyond proved injury to reflect the 'inherent' value of lost constitutional protective rights: allowing the jury to assess damages based on the 'inherent' value of the rights in question because "damages for this type of injury are more difficult to measure then damages for a physical injury or damages to one's property." whereas, it has been held that the precise value that the jury place upon any constitutional right which they find was denied to a Plaintiff is within their discretion, & that they might want to consider "the importance of the right in our system of government." Memphis Community School Dist. v. Stachura, under protest.

Punitive damages have historically been available under ordinary tort law to deter & punish egregious behavior. Punitive damage are available under Section 1983 to achieve similar goals. Section 1983 creates a "species of tort liability" & "the elements & prerequisites for recovery of damages . . . shall parallel those for recovery of damages under the law of torts." Monroe v. Pape, under protest. The Plaintiff was obligated to put on proof that he was actually injured by his deprivations, as the damages confess. Yet, Section 1983 plaintiffs have been able to put on proof of recovery for virtually all of the sorts of injuries that one might see in more ordinary litigation, Carey v. Piphus, under protest; these harms can be established by the victim's testimony without the need for expert or corroborating testimony, Fisher v. Dillard University, under protest.

The Plaintiff has satisfied the obligation of his burdens to show proof of injury, its effect thereof, & modes of redress. The Defendant bears the burden to produce & place into evidence the Document that witness them as the holder in due course of a commercial or contract agreement between them & the Plaintiff to justify their injurous actions, & the burden to prove by a preponderance of the evidence that

~~They~~ they would have committed these acts against the Plaintiff anyways, regardless of the intent behind the new terms of agreement arbitration requirement. The Plaintiff would not have suffered these injuries & damages herein communicated "but for" the Defendant's evil intent & callous injustice against him; therefore, Plaintiff is lawfully able to recover.

Furthermore, let it here be established & made aware, that the core basis - or center of gravity - behind the Defendant's actions against the Plaintiff is within the merger of the two entities: JPay & Securus Technologies, herein identified as Defendant. The 'merger' itself is clearly a Monopolistic (Horizontal) merger between two entities operating the same type of business, increasing their negotiating power for the bid of a state/government contract with their combined wealth & revenue, which substantially lessen competition, & which also increases product & service availability. Of course, this will be a Clayton Act violation of the federal antitrust law; & every person who shall monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several states, or with foreign nations shall be deemed guilty of a felony. Though this petition with the Defendant & the state government is of no co-relating significance here, the feloneous Monopolistic (Horizontal) merger between the two entities is; for it is the core basis of the injuries, & its damages, executed against the Plaintiff by said entities herein identified as Defendant.

Before the merger, all was in align with the 'perfect tender rule'; six (6) months or so after the merger, starting in June, 2023, the perfect tender rule was broken, the contract between Plaintiff & Defendant was breached, & all injuries & damages forced upon the Plaintiff by the Defendant as communicated herein has began; making the merger the core basis of Plaintiff's injuries, for if there was no merger, there would be no new terms of agreement; if there's no new terms of agreement, there's no injuries; if there's no injuries, there's no damages: the merger brought all to pass: NO Merger, NO evil intent.

Any person who shall be injured in his business or property by reason of anything forbidden in the antitrust laws may sue thereafter in any district court of the united states in the district in which the defendant resides or is found or has an agent, without respect to the amount in controversy, & shall recover threefold the damages by him sustained, & the cost of suit, including a reasonable attorney's fee. A foreign state shall not be immune from the jurisdiction of courts of the united states or of the states in any case in which the action is based upon a commercial activity carried on in the united states by the foreign state; whereas, "commercial activity" means either a regular course of commercial conduct or a particular commercial transaction or act.

Plaintiff trust that this judicial 'office' will hold to its Oath/Vow/Pledge to its delegated judicial authority, where the constitution belongs to the judiciary to ascertain its meaning, as well as the meaning of any particular act proceeding from the legislative branch; whereas, if there shall happen to be a variance between the two, that which has the superior obligation & validity ought to be preferred: in other words, the constitution ought to be preferred to the statute.

I, Me, My, MySelf: Raynard-Deanco Wilder, Natural Breathing Living Being, private unenfranchised Emancipated Man, Do Hereby Invoke the considerate judgment of mankind & the gracious favor of 𐤉𐤄𐤅𐤄 (YHVH) 𐤀𐤋𐤄𐤉𐤌 (Elohim) to warrant this Section 1983 as a sincere Act of Justice.

**WHEREFORE**: in any action brought in the court of the united states or of a state, a foreign state, a political subdivision thereof, or any agency or instrumentality of a foreign state shall serve an answer or other responsive pleading to the complaint within sixty (60) days after service has been made.

Notice to the Principal is Notice to the Agent & Notice to the Agent is Notice to the Principal

# OATH

I, Me, My, MySelf: Raynard-Deanco Wilder, Natural Breathing Living Being, Do Hereby Declare under penalty of perjury under the supreme Law of the Land that the foregoing Section 1983 is true & correct to the best of My knowledge. Executed without the united states on this 20th day of July, 2026.

# CERTIFICATE OF SERVICE

I, Me, My, MySelf: Raynard-Deanco Wilder, Natural Breathing Living Being, Independent & Emancipated Free Man on the Land, Do Hereby Certify that a true & correct copy of the foregoing Section 1983 is sent via U.S. Mail to the United States District Court of Texas, District, on this 20th day of July, 2026.

Respectfully Submitted
Raynard-Deanco Wilder
Natural Breathing Living Being, Principal, Without Prejudice, 3-305, 3-601, Title 31 U.S.C. 5118, Accept for Value

Witnesses:
The Creator
The Heaven
The Earth

# EXHIBIT "A"

(Renumbered Top Right)

LIBERTY CI
SEP 23 2024
FOR MAILING DP RW



Breach Of Contract Notice With Termination

Dear Shareholders, Directors, & Officers (People) of Securus,

This letter concerns the Implied-In-Fact Contract entered between Me, Raynard Deanco Wilder, Creation & Son of יהוה אלהים, In the Image & Likeness of אלהים, a Natural Breathing Living Being, whom He called Adam, אהיה אשר אהיה, אלהים, a Free Man on the Land, a Private Man on the Land, an Unfranchised Man on the Land, a Settler & Sojourner on the Land, Independent, ישראל, יהושע, & the Shareholders, Directors, & Officers (People) of Secures, via My Commercial entity INMATE: RAYNARD D. WILDER #321765, in the beginning of Their services with the Department of Corrections consumers.

Whereas any contract you signed is a valid contract & you must fullfill it, long as it's between two living beings, with all the contract revealed for the parties.

The purpose of this letter is to place You on notice that You have Materially Breached the above refererenced Agreement as follows:

The Offer

Sometime around late 2018 J-Pay offered their services with the JP5 Tablets to provide the ability to purchase music & game or rent movies, amonst other things, which includes, but is not limited to, videogram & a picture gallery. The purchase of private: music, games, & videograms, as well as the reception of photos, was backed by Their promise/guarantee that I will be able to enjoy the use of these properties until the day I Am released back into society, at which time, I will be able to either take My tablet - with

everything I have purchased on it - with Me or I can turn the tablet in & have the contents of My private property converted to a hard-drive & sent to Me upon My release into society

The Acceptance

During Their promotional period in late 2018, I purchased a small J-Pay Tablet as an acceptance to the offer that They presented, in accordance to the terms in which they presented. This acceptance was further evidenced via My purchasing of music, stamps, & eventually, games. Both offer & acceptance was honored by both parties; therefore, this offer & acceptance was a Mutual Agreement to a valid Implied-In-Fact Contract.

Since then, J-Pay came into some form of agreement with the People of Securus, but the Contract with Me remained intact. Then around June, 2023, the People of Securus offered a new Terms of Agreement Contract that requires Me to waive certain Rights. I declined Their new offer &, for doing so, they deny Me access (use, possess, & enjoyment) to My property, Breaching the Contract that was already established & in progress.

I, Raynard Deanco Wilder, Creation & Son of אלהים יהוה, In the Image & Likeness of אלהים, a Natural Breathing Living Being, whom He called Adam, אהיה אשר אהיה, אלהים, a Free Man on the Land, a Private Man on the Land, an Unfranchised Man on the Land, a Sojourner & Settler on the Land, Independent, ישראל, יהושע, IS Entitled to live in the scope of My Unalienable Rights without being victimized or punished by My fellow Man:

1) Whereas it is My understanding that 'All' men are created equal & are endowed by Their Creator with Unalienable Rights, such as Life, Liberty, & the Pursuit of

Happiness (Property),

2) Whereas it is My understanding that 'Liberty' is the freedom from arbitrary & undue restraint (external),

3) Whereas it is My understanding that the 'Pursuit of Happiness' is the Right to possess, use, & enjoy a determinate thing – the Right of ownership; also, any external thing over which the Rights of possession, use, & enjoyment are exercised,

4) Whereas it is My understanding that:

a) Possess is to:

i) have as belonging to,

ii) have as property, &/or

iii) own

b) Use is to:

i) employ for some purpose,

ii) put into service, &/or

iii) avail oneself

c) Enjoy is to:

i) take pleasure in,

ii) have & use with satisfaction,

iii) have the benefits of, &/or

iv) undergo an improvement

5) Whereas it is My understanding that these Rights are permanently 'furnished by the Creator' & cannot be alienated, transferred, surrendered, or capable of being repudiated,

6) Whereas it is My understanding that recognition of the inherent dignity & of the equal & unalienable rights of all members of the Human Family is the foundation of freedom, justice, & peace in the world,

7) Whereas it is My understanding that 'Justice' is:

a) the administration of what is just;

b) righteousness

c) fairness
d) the administration of law,
8) Whereas it is My understanding that these Unalienable Rights are 'Absolute' & 'Natural',
9) Whereas it is My understanding that 'Absolute Rights' is a Right that belong to every Human Being, such as the Right of private property,
10) Whereas it is My understanding that 'Natural Rights' is a Right that is conceived as part of Natural Law & that is therefore thought to exist independently of rights created by government or society, such as the Right of Life, Liberty, & Poverty,
11) Whereas it is My understanding that what government does & provide ligitimately is in its pursuit of its Duty to Provide protection for these Unalienable Rights, which Debt & Duty is never extinguished nor discharged, & is perpetual,
12) Whereas it is My understanding that no matter what the government provides for a Man in matter of convenience & safty, the Natural Living Being: Free, Private, &/or Unfranchised Man owes nothing to the government.
13) Whereas it is My understanding that when government fails in its Duty to Provide protection of these Unalienable Rights, it is an abandonment of any & all powers, authority, or vestige of sovereignty,
14) Whereas it is My understanding that the majority shall prevail is a posterior to the form of government, & the result from it. It 'is not' a rule 'binding' upon Mankind's natural state; every Man is independent of all laws, except those prescribed by nature; 'he is not bound' by any institution formed by his fellow Man without his consent,
15) Whereas it is My understanding that the power to commit violence, perpetuate injustice, take property by force without compensation to the owner, & compel the

receipt of promise to pay in place of money may be exercised as it always has been, by irresponsible authority, but it cannot be considered as belonging to a government founded upon law,

16) Whereas it is My understanding that 'force' is a strength or power exerted upon an object,

17) Whereas it is My understanding that 'usurp' is:
a) to seize & hold by force or without legal right,
b) to use without authority or right; employ wrongfully
c) to commit forcible or illegal seizure of an office, power, etc.,

The Shareholders, Directors, & Officers (People) of Securus deprives Me of My Unalienable Right to exercise possession, use, & enjoyment of My Private Property purchased from Them for a perminent possession, use, & enjoyment, as the first offer & acceptance 'implied'. This is an abuse of Their monopoly, using such monopoly to the extreme of taking by 'force' the Private Property I purchased from Them. This act of victimization upon Me is a usurpation of My Unalienable Right to posseso, use, &/or enjoy a determinated thing (Pursuit of Happiness), as follows:

The People of Securus has committed multiple commercial crimes against Me, Raynard Deanco Wilder, Creation & Son of אלהים יהוה, In the Image & Likeness of אלהים, a Natural Breathing Living Being, whom He called Adam, אהיה אשר ✱אהיה, אלהים, a Free Man on the Land, a Private Man on the Land, an Unfranchised Man on the Land, a Sojourner & Settler on the Land, Independent, ישראל, יהושע, by way of the Commercial entity INMATE: RAYNARD WILDER #321765:

1) Whereas it is My understanding that 'legal' is, of, or relating to law, or falling within the province of law; also, the giving of one's consent,

2) Whereas it is My understanding that 'law' is the regime that orders human activity & relations through a systematic application of the forces of politically organized society, or through social pressure, backed by force, in such a society; also known as the legal system,

3) Whereas it is My understanding that the law of commerce is one-half (1/2) standing of the Law of the Land,

4) Whereas it is My understanding that all commerce is ruled by contract,

5) Whereas it is My understanding that a 'contract' is a legally enforcable agreement,

6) Whereas it is My understanding that once a contract has been made, that contract is as binding upon the parties as any statute or any other law, & one party cannot withdraw without additional agreement by the other party or parties,

7) Whereas it is My understanding that 'offer & acceptance' communicates the mutual consent that is essential to form a contract - without them, there is no contract,

8) Whereas it is My understanding that an 'offer' can be transmitted by acts or works, spoken or written, directly to the offeree, or through any medium whatsoever,

9) Whereas it is My understanding that an offer may be pulled back anytim before it is accepted,

10) Whereas it is My understanding that an offer cannot be revoked once the offeree has clearly commenced to perform - the commencement is treated as consideration,

11) Whereas it is My understanding that the common law gave special status to acceptance by the same medium as was used to transmit the offer,

12) Whereas it is My understanding that the 'acceptance' of an offer clinches the contract,

13) Whereas it is My understanding that words don't always communicate acceptance - actions can suffice,

14) Whereas it is My understanding that the People of Securus 'offered' Their services of providing Me permanent music & games for a price, which I, Raynard Deanco Wilder, Independent, Natural Breathing Living Being, 'accepted' via purchasing the music & games of My desire, through My Commercial entity INMATE: RAYNARD WILDER #321765, in Pursuit of My Happiness,

15) Whereas it is My understanding that My acceptance of the first offer was clear & unqualified, & accepted in the manner required by the offer,

16) Whereas it is My understanding that there was ~~an~~ a mutual agreement to the offer & acceptance,

17) Whereas it is My understanding that this offer & acceptance was the basis of a consideration & that the considerate offer & acceptance was appearantly legal,

18) Whereas it is My understanding that both an offer & an acceptance communicates an unconditional willingness to be bound - without them, there's no deal,

19) Whereas it is My understanding that this mutual agreement between Me & the People of Securus, by inheritence, 'DID NOT' negotiate any specific or special terms of agreement,

20) Whereas it is My understanding that by the People of Securus' conduct & My own, an Implied-In-Fact Contract was legally established,

21) Whereas it is My understanding that any contract you signed is a valid contract & that you must fulfill it, long as it's between two living beings, with all the contract revealed for both parties,

22) Whereas it is My understanding that I, Raynard Deanco Wilder, Creation & Son of יהוה אלהים, In the Image & Likeness of אלהים, a Natural Breathing Living Being, whom He called Adam, אהיה אשר אהיה, אלהים, a Free Man on the Land,

a Private Man on the Land, an Unfranchised Man on the Land, a Sojourner & Settler on the Land, Independent, ישראל, יהושע, IS, in fact, one-half (1/2) equal party to an Implied-In-Fact Contract between MySelf & the People of Securus by way of My Commercial entity INMATE: RAYNARD WILDER #321765 & Their Commercial entity Securus Technologies, LLC,

23) Whereas it is My understanding that the Implied-In-Fact Contract is binding & cannot be broken,

24) Whereas it is My understanding that once a contract is in place, the parties are legally required to perform their mutual obligations,

25) Whereas it is My understanding that if one party to a contract does not hold up to its end of the bargain, the other party has legal remedies,

26) Whereas it is My understanding that mere informalities does not make a contract less binding,

27) Whereas it is My understanding that "all" crimes are commercial,

28) Whereas it is My understanding that commercial crimes are:

a) murder,

b) robbery,

c) counterfeiting,

d) kidnapping,

e) larceny,

f) dealing in illegal drugs,

g) practicing law or makeing a legal determination without the permission or consent by assent of any party to a contract.

h) prostitution, & its like,

i) etc.,

29) Whereas it is My understanding that by the People of Securus' open statement in Their Terms of Agreement Contract: "By using our product & services, you agree to these Terms &

Conditions", They have took it upon Themselves to make a legal determination to terminate Our original Agreement without My permission or consent by assent,

30) Whereas it is My understanding that a 'monopoly' is a strength & power held by the one who have monopoly status,

31) Whereas it is My understanding that the People of Securus has taken My Private Property by force of Their monopoly without any compensation to Me by Their legal determination to terminate Our original Mutual Agreement,

32) Whereas it is My understanding that the People of Securus took it upon Their Selves to seize & hold My Private Property without legal right,

33) Whereas it is My understanding that the People of Securus is currently robbing Me of the money I spent for Their products & services by seizing & holding My Private Property without legal right &/or compensation.

The People of Securus honored My first acceptance to the first original offer, Establishing a Mutual Offer & Acceptance Agreement to an Implied-In-Fact Contract. In mid-2023, approximately in June, the People of Securus made an unlawful legal determination to nullify & void Our original Agreement without My permission or consent by assent. By a 'monopoly' being a strength & power held by the one who have monopoly status, & 'force' being a power or strength, the People of Securus abused Their monopoly status by taking My Private Property by force without any compensation to Me. This illegal seizure & hold is resulting in a robbery - which is the illegal taking of one's property, ownership, or valuables by force - of the money I spent on Their product & services in accordance to the Mutual Agreement of the Implied-In-Fact Contract that We had in progress. It is evident by the continued existance of this unjust treatment, that the People of Securus intends to continue to perpetuate injustice upon Me.

The People of Securus are attempting to force Me into a new contract (coercion) by taking away My Rights of ownership, use, & enjoyment (Pursuit of Happiness) of the Property I purchased under an Implied-In-Fact Contract.

All the information above is a Notice of the People of Securus' crime against Me, Raynard Deanco Wilder, Creation & Son of אלהים יהוה, In the Image & Likeness of אלהים, a Natural Breathing Living Being, Independent, by way of My Commercial entity, INMATE: RAYNARD WILDER #321765. If one party to a contract does not hold up to its end of the bargain, the other party has legal remedies. By Me not being released back into society, I should have full access to My Private Property as the Agreement of the Implied-In-Fact Contract stipulated; for the Agreement only stipulated two (2) forms of terminations:

1) Their contract with the Department of Corrections being discontinued/revoked, or
2) My release from the Department of Corrections;

no other stipulations applied. My refusal to re-negotiate a 'new' contract does not nullify, void, or terminate the existing contract already in 'full' progress. The People of Securus' decision to terminate Our contract without My consent results in a Material Breach, which awards Me remedies.

The following list of damages is a result of the Material Breach of Contract Implemented by the People of Securus:

1) Use of time: The filing of this Breach called for an extensive use of private time: researching, noting, drawing up the format of this Breach (continueously), etc.; time that could have & would have been used towards rehabilitation, exercise, & other ventures - such as writing My book;
2) Use of energy: A lot of energy was extended & expended in

filing this Breach of Contract: physical energy, mental energy, etc.; energy that could have been used in a field where I can get a job &/or start a career;

3) Health complications:

a) Physical strain — The result of the time & energy exerted in filing this Breach of Contract is physical pains such as:

i) back & shoulder aches from sitting in a cramped position & bent forward in order to write (at long periods), due to being in a bunk-bed,

ii) cramps in My fingers from constently having to write — whether it be notes from research or the Breach itself,

iii) stress on My kneese from sitting down long periods of time on a flat lumpy mat on a hard steel bunk or a hard steel floor locker, &

iv) crooks in My neck from having to look down in order to write & humped over due to the bunk above Me;

b) Physical stress — Having to work long hours a day to earn gain time & then having to continue working long hours on this Breach of Contract instead of being able to relax (while listening to music) & relieve the stress of the day from My muscles, joints, etc.;

c) Emotional stress — This whole process is exhaustive & frustrating, not only making Me weary but also disconcerting & disconsolate due to the weariness, & the pains, & also the energy & time spent on writing this Breach of Contract;

d) Mental stress — All the weight of the combined issues above is causing Me to break at times: negative lashing out because I've become agitated & irritated due to the lack of rest from doing this Breach of Contract; having to endure the headaches; constently going from anger to sadness because everybody's enjoying their property while I'm being forced to relinquish My property unless I accept the injustice act the People of Securus is bestowing upon Me, as the majority had,

4) Absolute Right, Natural Right, Unalienable Right, & Common Law Right Violation: The Pursuit of Happiness is an Unalienable Right endowed by the Creator, אלהים יהוה, that is both recognised & acknowledged by the Law of the Land as being Absolute & Natural & protected by Common Law & the Constitution of the United States of America; by the People of Securus depriving Me of My Property, They are depriving Me of My Pursuit of Happiness,

5) Usurpation: 'To seize & hold by force &/or without legal right', this is the root of the Breach of Contract: the People of Securus using Their strength & power, that is backed by Their monopoly, to unlawfully seize & hold My Private Property,

6) Being a victim of the following Commercial crimes:

a) Robbery — 'The illegal taking of one's property, ownership, or valueables by force', whether the taking is temporary or permanent doesn't change the nature of the crime. By the People of Securus utilizing the force of Their monopoly to deprive Me of My Property, They are illegally using that force to take the money I spent on the Property, to take the Property itself, & to take My ownership to the property,

b) Making a legal determination to a contract without the permission or consent by assent to the parties - all parties - of the Contract: Once a contract is in place, the parties are legally required to perform their mutual obligations; once that contract has been made, that contract is as binding upon the parties as any statute or any other law, & one party cannot withdraw without additional agreement by the other party or parties. The People of Securus made a legal determination to nullify, void, &/or terminate Our Implied-In-Fact Contract Agreement that was already in progress: an offer cannot be revoked once the offeree has clearly commenced to perform. The absence of My permission or consent by assent

to nullify, void, &/or terminate the Implied-In-Fact Contract between the People of Securus & MySelf renders Their legal determination to nullify, void, &/or terminate Our Implied-In-Fact Contract Agreement as being unlawful.

7) Hindrance to Education & Rehabilitation: Amongst the material I purchased are educational seminars & vocations to assist Me in the career field I have planned to dedicate MySelf & invest in, such as: Starting an On-line Business & Building a Recording Studio; as-well-as lessons in speaking French & diverse career minded seminars. Therefore, I Am being deprived of an education that is designed to go towards My rehabilitation & preparation the re-entrance into society. Via the tax earned currency of My family, I have enrolled in various of institutions of learning for which the People of Securus is denying Me access/entrance, leaving Me ignorant, & encouraging Me to fail upon My release into society by limiting My chances of getting a good secure job or starting a good secure career.

If one party to a contract does not hold up to its end of the bargain, the other party has legal remedies. Therefore, in light of all the damages enlisted above, due to this Material Breach, I require the following remedies to be awarded to Me:

1) Being the amount of money I've spent with the People of Securus/J-Pay for the accumulation of My Private Property is approximately Two-Thousand Dollars ($2,000), I require that I be refunded the Two-Thousand Dollars ($2,000), tax free, into My Commercial entity, INMATE: RAYNARD WILDER #321765, Department of Corrections Trust Fund Account from whence it came,

2) For the expending of My time: award Me Two-Thousand Dollars ($2,000) per day, In THE FORM of silver specie, from the month of June, 2023, to the day this Breach of Contract

is signed, stamped, & delivered by the Notary,

3) For the exertion of My energy: award Me Two-Thousand Dollars ($2,000) per day, IN THE FORM of silver specie, from the month of June, 2023, to the day this Breach of Contract is signed, stamped, & delivered by the Notary,

4) For My suffering of physical strain: award Me Two-Thousand Dollars ($2,000) per day, IN THE FORM of silver specie, from the month of June, 2023, to the day this Breach of Contract is signed, stamped, & delivered by the Notary,

5) For My suffering of physical stress: award Me Two-Thousand Dollars ($2,000) per day, IN THE FORM of silver specie, from the month of June, 2023, to the day this Breach of Contract is signed, stamped, & delivered by the Notary,

6) For My suffering of emotional stress: award Me Two-Thousand Dollars ($2,000) per day, IN THE FORM of silver specie, from the month of June, 2023, to the day this Breach of Contract is signed, stamped, & delivered by the Notary,

7) For My suffering of mental stress: award Me Two-Thousand Dollars (2,000) per day, IN THE FORM of silver specie, from the month of June, 2023, to the day this Breach of Contract is signed, stamped, & delivered by the Notary,

8) For the Violation of My Absolute Right, Natural Right, Unalienable Right, & Common Law Right of the Pursuit of Happiness: award Me Twenty-Five Thousand Dollars ($25,000) per day, IN THE FORM of silver specie, for the month of June, 2023, to the day this Breach of Contract is signed, stamped, & delivered by the Notary,

9) For the Act of usurpation bestowed upon Me: award Me Twenty-Five Thousand Dollars ($25,000) per day, IN THE FORM of silver specie, for the month of June, 2023, to the day this Breach of Contract is signed, stamped, & delivered by the Notary,

10) For the Commercial crime of Robbery enacted upon Me:

award Me Twenty-five Thousand Dollars ($25,000) per day, IN THE FORM of silver specie, from the month of June, 2023, to the day this Breach of Contract is signed, stamped, & delivered by the Notary.

11) For the Commercial crime of making a legal determination to a contract without the permission or consent by assent to all parties of the contract - Me being the other party to the contract & the victim of the unlawful determination: award Me Twenty-Five Thousand Dollars ($25,000) per day, IN THE FORM of silver specie, from the month of June, 2023, to the day this Breach of Contract is signed, stamped, & delivered by the Notary.

12) For depriving Me of education & rehabilitation: award Me Fifty-Thousand Dollars ($50,000) per day, IN THE FORM of silver specie, from the month of June, 2023, to the day this Breach of Contract is signed, stamped, & delivered by the Notary.

All of the remedies above are to be forwarded to My Commercial entity's INMATE: BAYNARD WILDER #321765 Trust Fund Account within the Florida Department of Corrections (FDC), tax free. If You, the People of Securus, fail to take the steps outlined above in a timely manner, I will take every legal action required to enforce all My Rights under the Law to its maximum capacity. By asserting My Rights in this letter, I do not waive any other Rights that I Am Entitled to: All Rights Reserved & Enforced!

Wilder, Baynard

Baynard Deasco Wilder,
Agent, Attorney in Fact,
With the Autograph

## CERTIFICATE OF SERVICE

I, Raynard Deanco Wilder, Creation & Son of אלהים יהוה, In the Image & Likeness of אלהים, a Natural Breathing Living Being, whom He called Adam, אהיה אשר אהיה, אלהים, a Free Man on the Land, a Private Man on the Land, an Unfranchise Man on the Land, a Sojourner & Settler on the Land, Independent, ישראל, יהושע, certify that a true & correct copy of the Breach of Contract Notice with Termination has been mailed via U.S. Mail to the People of Securus on the date this Breach of Contract Notice with Termination is executed & notorized. In witness whereof, I, by the voluntary act of My hand, apply & affix My autograph & seal hereto, & affirm under the penalty of pains & purjury that the foregoing is true, correct, & complete upon My private knowledge, this 23 day of September 2024.

# TRUTH AFFIDAVIT

In Commerce, everything must be stated in Truth, I, the Power of Attorney in Fact, a Natural Breathing Living Being, a Free Man, a Private Man, an Unfranchised Man, an Independent, & Secured Party & NOT a STATUTORY PERSON upon the land of Florida, do hereby solemnly declare, say, & state: 1) Secured Party is competent for stating the matters set forth herewith; 2) Secured Party has personal knowledge about the facts stated herein; 3) Everything stated in this Truth Affidavit is the Truth, the Whole Truth, & nothing but the Truth & all stated is true, correct, complete, & not misleading. NO THIRD PARTIES ALLOWED.

PLAIN STATEMENT ABOUT THE FACTS:

(a) For Resolving a Matter it must be expressed; (b) In Commerce Truth is Sovereign; (c) An Unrebutted Affidavit becomes the judgment in Commerce; (d) Truth is expressed in the Affidavit Form; (e) An Unrebutted Affidavit stands as Truth in Commerce; (f) A Truth Affidavit, under Commercial Law, can only be satisfied by a Rebuttal about the Truth Affidavit, by payment, by agreement, by resolution by a jury according by the rules for Common Law.

A LAWFUL CONTRACT has (1) Offer, (2) Consideration, (3) Acceptance by all Parties for the Contract &; (4) The Signature by all Parties involved with the Contract. Full disclosure about the CONTRACT is imperative.

1. In January, 2023, I was made to turn My J-Pay Tablet in.
2. In February, 2023, I received a Securus Tablet
3. Securus inherited the Implied-In-Fact Contract I had

with J-Pay in February, 2023.

4. Approximately in June, 2023, the People of Securus offered to re-negotiate a new contract.
5. I declined the People of Securus' offer of new contract.
6. The People of Securus refused Me access to My Property on My tablet because I won't accept Their offer of new contract.
7. The People of Securus unlawfully made a legal determination to nullify & void the original contract without My permission or consent by assent.

NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENTS & NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPALS

RAYNARD D. WILDER, GRANTOR
SECURED PARTY SIGNATURE

This document is prepared by Raynard Deanco Wilder

Wilder, Raynard

Raynard Deanco Wilder, Agent
Attorney in Fact, With the Autograph

Witnesses

The Heaven & the Earth
Abraham, Yitshaq, Ya'aqob
יהוה אלהים, יהושע

# TRUTH AFFIDAVIT
## with Specific Negative Averment & Denial of Corporations Existance

One Natural Breathing Living Child of יהוה אלהים, the Image & Likeness of אלהים (the only אלהים there is, who is the Source of all Rights) known as Raynard Deanco Wilder, having unlimited liability under the laws of nature, declares in One's own handwriting, knowledge & conviction that the followin facts are true, correct, complete & not misleading, for the best of One's knowledge.

1. The People of Securus Technologies, LLC, 4000 International Parkway, Carrolton, Texas 75007, Breached the Contract between Me, Raynard Deanco Wilder, in the State of Florida, & Them by way of My Commercial Entity, INMATE: RAYNARD WILDER #321765
2. The People of Securus is using Their monopoly to usurp Me from the possession, use, & enjoyment of My property.
3. The People of Securus is depriving Me of My Unalienable Right of Pursuit of Happiness via usurpation.
4. The People of Securus is robbing Me of the money I spent on these [deprived] properties.
5. The People of Securus is hindering Me from Job/career base education & rehabilitation.

I Am not a fictional limited entity! I Am a Natural Born Child of יהוה אלהים, Creator, Father. I Am not a surety or accomodation party for any fictitious person.

RAYNARD D. WILDER, RAYNARD DEANCO WILDER, R. DEANCO WILDER, WILDER, WILDER, RAYNARD D., or any derivatives thereof, CITY OF TALLAHASSEE, STATE OF FLORIDA,

FL., WASHINGTON, D.C., DISTRICT OF COLUMBIA, THE UNITED STATES FEDERAL CORPORATION, UNITED STATES, UNITED STATES OF AMERICA, U.S., U.S.A., FBI, FEDERAL MARSHALLS, U.S. POSTAL SERVICE, AND ALL BAR ASSOCIATES AND ATTORNEYS/LAWYERS/COUNSELORS/ESQUIRES/JUDGES & One denies the existence for the above CORPORATIONS & FICTIONS, & all departments/branches/divisions/subsidiaries of the above corporations/fictions & all other limited liability fictional entities that are or may be associated with any charges, complaints, claims or judgments against Me as a Natural Child of אלהים יהוה. One specifically negatively avers the existence of the above named corporations.

Any use of the legal name BAYNARD D. WILDER, or any derivatives thereof, in correspondence sent for Me under pretext by the nonexistent FICTIONS LISTED ABOVE, OR ANY OTHER FICTIONAL LIMITED LIABILITY ENTITY sent in care for My Private Property NON-domestic c/o, Tallahassee, Florida, used in unauthorized & unaccepted correspondence is owned by Me by Trademark/Copyright & I have Power of Attorney in Fact over the same.

Should any man or woman deem that the statements above are not true, please answer by notorized affidavit in their handwriting using their Given Name at Birth for autograph within five (5) days, for the notary address. All Creator given Rights are Claimed.

Executed without the UNITED STATES, I declare under penalty of perjury under the laws of the united states of America that the foregoing is true & correct. Without Prejudice, UCC 1-207.

Wilder, Raynard
Raynard Deanco Wilder,
Child of אלהים יהוה,
Attorney in Fact, with the
Autograph

Witnesses

The Heaven & The Earth
Abraham, Yitshaq, Ya'aqob
יהושע, אלהים יהוה

# TRUTH AFFIDAVIT

## Conditional Acceptance For Proof of Claim

I, Raynard Deanco Wilder, Creation & Son of יהוה אלהים, In the Image & Likeness of אלהים, a Natural Breathing Living Being, whom He called Adam, אהיה אשר אהיה, אלהים, a Free Man on the Land, a Private Man on the Land, an Unfranchised Man on the Land, a Sojourner & Settler on the Land, Independent, ישראל, יהושע, Do Hereby Present this Conditional Acceptane of Proof of Claim Truth Affidavit to the People of Securus to provide proofs of claim for contract Materially Breached & Rights unlawfully Violated.

The Material Breach Claim brought against the People of Securus by Me, My, MySelf is a Declaration of Truth in Commerce. If there is any human being that is being unjustly damaged by any statement therewith or herein, if he/she will inform Me by facts, I will sincerely make every effort & amend My ways.

I hereby & herein reserve the Right for amending & making amendment for this document as necessary in order that the Truth may be ascertained & proceeding justly determined.

If any living soul has information that will controvert & overcome this Material Breach Claim, since this is a Commercial matter, please advise Me IN WRITING by DECLARATION/AFFIDAVIT FORM within ten days from recording hereof, providing Me with your counter declaration/affidavit, proving with particularity by all requisite actual evidentiary facts & all requisite actual laws, & not merely the ultimate facts & law conclusions,

that this Material Breach is substantially & materially false sufficiently for changing My or the Fictions status & factual declaration.

Your silence stands as consent, & tacit approval, for the factual Material Breach here being established as fact as a law matter & this declaration will stand as final judgement in this matter; & for the sum certain stated therewith, will be in full force & effect against the People of Securus, due & payable & enforceable by law.

The criminal penalties for commercial fraud are determined by jury, by law, the monetary value is set by Me for violation against My Rights, for breaching the law, for breaching the contract, for breaching the Constitution in the sum certain amount as stated herein/therewith for dollar specie silver coin, lawful money for the united states of America as defined by Article I, Section 10 under the Constitution by We the People of the united states of America & will be due & payable on the eleventh day or any day thereafter as use occurs after filing by Me, in the public records for the county of ____________, state of Florida, under this declaration.

The Undersigned I, Me, My, MySelf, the Agent, holder-in-due-course for original, do herewith declare, state, & say that I, Agent, issue this with sincere intent in truth, that I, My, MySelf, the undersigned Agent, Am ~~correct~~ competent by stating the matter set forth herein & therewith, that the contents are true, correct, complete, & certain, admissible as evidence, reasonable, not misleading, & by My best knowledge, by Me, My, MySelf undersigned addressee.

Notice For The Agent Is Notice For THe Principal &
Notice For The Principal Is Notice For The Agent.

This instrument is prepared by Raynard Deanco Wilder.

Acceptance:
RAYNARD D. WILDER, GRANTOR
SECURED PARTY SIGNATURE

Executed without the UNITED STATES, I declare under penalty of perjury under the laws of the united states of America that the foregoing is true & correct. Without Prejudice. All Rights Reserved & Enforced!

Wilder, Raynard
Raynard Deanco Wilder,
Agent, Attorney in Fact,
With the Autograph
Non-Domestic
Florida, North America

Witnesses

The Heaven & The Earth
Abraham, Yitshaq, & Ya'aqob
יהושע, אל-שדי אלהים יהוה

# TRUTH AFFIDAVIT

## Grant of Exclusive Power of Attorney to Conduct All Business And Legal Affairs of Principal Person

## POWER OF ATTORNEY IN FACT

I, RAYNARD D. WILDER, RAYNARD DEANCO WILDER, WILDER, RAYNARD D., or any derivatives thereof, SECURED PARTY/CORPORATE FICTION, STATE OF FLORIDA, do hereby appoint Raynard Deanco Wilder, Creation & Son of יהוה אלהים, In the Image & Likeness of אלהים, a Natural Breathing Living Being, as Agent with Power of Attorney in Fact, nondomestic, Florida, North America, to take exclusive charge of, manage, & conduct all of my business & legal affairs, & for such purpose to act for me in my name & place, without limitations on the power necessary to carry out this exclusive purpose of attorney in fact as authorized:

1. To take possession of, hold, & manage my real estate & all other property;
2. To receive money or property paid or deliver to me from any source;
3. To deposit funds in, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to each coupons, bonds, or certificate of deposits, to endorse checks, notes or other documents in my name, to have access to, & place items in or remove them from any safety deposit box standing in my name individually or

jointly, & otherwise to conduct bank transactions or business for me in my name;

4. To pay my just debts & expenses, including reasonable expenses incurred by my attorney in fact Raynard Deanco Wilder, in exercising this exclusive power of attorney;

5. To retain any investments, invest, & to invest in stocks, bonds, or other securities, or in real estate or other property;

6. To give general & special proxies or exclusive rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization to pay assessments or subscriptions called for in connection with shares or securities;

7. To sell, exchange, lease, give options, & make contracts concerning real estate or other property for such considerations & on such terms as my attorney in fact Raynard Deanco Wilder may consider prudent;

8. To improve or develop real estate, to construct, alter, or repair building structures & appurtenances or real estate; to settle boundary lines, easements, & other rights with respect to real estate; to plant, cultivate, harvest, & sell or otherwise dispose of crops & timber, & do all things necessary or appropriate to good husbandry;

9. To provide for the use, maintanance, repair, security, or storage of my tangible property

10. To purchase & maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact Raynard Deanco Wilder may consider prudent.

The Agent/Natural Breathing Living Being, Raynard Deanco

Wilder, is hereby authorized by law to act for & in control of the SECURED PARTY / CORPORATE FICTION RAYNARD D. WILDER, or any derivatives thereof. In addition, through the exclusive power of attorney, to contract for all business & legal affairs of the principal person: WILDER, RAYNARD D., SECURED PARTY / CORPORATE FICTION.

The term "exclusive" shall be construed to mean that while these powers of attorney are in force, only my attorney in fact may obligate me in these matters, & I forfeit the power to obligate myself with regard to the same. This grant of Exclusive Power is Irrevocable during the lifetime of the Agent / Natural Breathing Living Being, Raynard Deanco Wilder.

Executed & sealed by the voluntary act of my hand, this ____ day of ____ Two Thousand Twenty-Four (2024)

Acceptance:
RAYNARD D. WILDER, GRANTOR
SECURED PARTY SIGNATURE

Executed without the UNITED STATES, I declare under penalty of perjury under the laws of the united states of America that the foregoing is true & correct. Without Prejudice. All Rights Reserved & Enforced!

I, the above named exclusive attorney in fact, do hereby accept the fiduciary interest of the herein named SECURE PARTY & will execute the herein-granted power-of-attorney with due diligence.

Wilder, Baynard
Baynard Deanco Wilder,
Agent, Attorney In Fact,
With the Autograph

Witnesses

The Heaven & the Earth
Abraham, Yitshaq, Ya'aqob
יהוה אלהים שדי אל, יהושע haMassiah

# TRUTH AFFIDAVIT

## A Declaration Of Trademark, Copyright, & Ownership Of Right of Publicity

I Do Hereby Proclaim the Name, Raynard Deanco, Wilder, Creation & Son of יהוה אלהים, In the Image & Likeness of אלהים, a Natural Breathing Living Being, Spirit - Blood - Flesh, an אלהים, Born on the Fifth (5th) Day of the Ninth (9th) Month in the Year One-Nine Seven-Three (1973), on the portion of land formally called Florida, North America, mortal son of Timothy Willi-Fred Wilder, Natural Breathing Living Being, Spirit - Blood - Flesh.

I Do Hereby Declare the name, RAYNARD D. WILDER, & any derivatives thereof, to be a legal CORPORATE FICTION, naturalized in My Likeness without My permission or consent by assent, making any Trademarks, Copyright, & Ownership of legal Claim to the legal CORPORATE FICTION, RAYNARD D. WILDER, & any derivative thereof, by any other than Me, MySelf, I, My, Agent Raynard Deanco Wilder, to be invalid, void, nullified, & unenforce-able.

Verified Declaration by an Affidavit for Truth in Commerce & Contract Presented by Me, Raynard Deanco Wilder, Natural Breathing Living Being & Agent of legal CORPORATE FICTION RAYNARD D. WILDER, & any derivatives thereof, under the Emancipation Proclamation ratificated XIIIth Amendment of 1865 in the lawful U.S. Constitution of 1787 to 1868 - before the adoption of the unconstitutional XIVth Amendment & its incor-porated Civil Rights Act.

Agent with Power of Attorney to represent the SECURED PARTY CORPORATE FICTION.

I, Me, My, MySelf, Agent, Baynard Deanco Wilder, Natural Breathing Living Being, Spirit - Blood - Flesh, an אלהים, the undersigned for the Freed Slaves & Their Posterity, Born upon the land within one of the several states united for North America, Do Hereby Solemnly Declare :

1. The Emancipation Proclamation ratificated XIII th Amendment of 1865 deemed the former slaves & their Posterity Forever Free;
2. The Emancipation Proclamation ratificated XIII th Amendment of 1865 set into Law that the former slaves & their Posterity will NOT be 'citizens';
3. The Emancipation Proclamation ratificated XIII th Amendment of 1865 set into Law that these Free People are not to be repressed by the U.S. military & executive government (Congress);
4. The Emancipation Proclamation ratificated XIII th Amendment set into Law that the U.S. military & executive government (Congress) is vowed/pledged to recognize & maintain the Freedom of the former slaves & their Posterity;
5. The Emancipation Proclamation ratificated XIII th Amendment of 1865 set into Law that the U.S. military & executive government (Congress) maintain & recognize the Right of the former slaves & their Posterity to make any effort for their 'actual' Freedom, which include, but not limited to, laboring faithfully for wages;
6. It is the executive government's (Congress') duty & obligation via oath/pledge to reserve, protect & defend the Emancipation Proclamation ratificated XIII th

Amendment of 1865

7. The Civil Rights Act adopted XIV th Amendment is an unconstitutional contradictory to the Emancipation Proclamation ratificated XIII th Amendment of 1865 via stripping the former slaves & their Posterity of their 'actual' Freedom by coercing them into being 'subjects' (property) to the United States;

8. The U.S. executive government (Congress) had no delegated authority to make the former slaves, nor their Posterity, 'citizens' (subjects) of the United States, rendering all citizenship of the former slaves & their Posterity unlawful, invalid, void, nullified, & unenforceable;

9. The Civil Rights Act adopted XIV th Amendment was adopted via force, duress, & coercion; also making it unlawful, invalid, void, nullified, & unenforceable;

10. The Maternity Act (Birth Certificate) is deemed unconstitutional & was repealed, making the filling out, signing, & filing of the birth certificate unlawful, invalid, void, nullified, & unenforceable;

11. A valid contract consist of: a) competent parties, b) Mutual Agreement, c) Consideration, d) Legality of Subject Matter;

12) The Civil Rights Act adopted XIV th Amendment & Maternity Act (Birth Certificate) ~~did~~/~~does~~/don't meet the requirement of legality & therefore, any derivatives spawning from the two (2) illegitimate Acts was/is/will be unlawful, invalid, void, nullified, & unenforceable;

13. Every man is independent of all laws, except those prescribed by nature & nature's Creator;

14. Every man is not bound by any institutions formed by man without his consent;

15. The person/SECURED PARTY known as BAYNARD D.

WILDER, & all derivatives thereof, is a fiction without form or substance, & any resemblance (likeness) for any natural breathing living being/body or dead body is entirely intentional in commercial fraud by Genocide acts & Repress acts for the Posterity of the former slaves by the alleged Governmental officials & agents of the Commercial Corporation & Commercial Courts for the disfranchising purpose of restricting the Posterity of the former slaves of their 'actual' Freedom, which includes, but not limited to, Life, Liberty, & the Pursuit of Happiness, for their own self enrichment via Civil Procedure outside the authority of Law.

A matter must be expressed for being resolved in commerce. An expressed Truth is sovereign. Truth is expressed in the form of an Affidavit.

An Affidavit not rebutted stands as Truth in commerce. An Affidavit not rebutted after thirty (30) days becomes the judgement in commerce. A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution, or by Common Law rules, by a jury.

I, Me, My, MySelf, Agent Am expressing Truth by this Verified Declaration in the Nature of an Affidavit of Truth in Commerce & Contracted by Waiver for Tort presented by Me, Raynard Deanco Wilder, Natural Breathing Living Being, Set-apart One for the former slaves & their Posterity under Original Emancipation Proclamation ratified XIII th Amendment of 1865 for the united several states of North America.

WHEREAS, the public record is the highest evidenced form, I, Me, My, MySelf, Agent Am hereby timely creating public record by Declaration with this Verified in the Nature for a

Truth Affidavit in Commerce & Contract by Waiver for Tort presented by Me, Raynard Deanco Wilder, Natural Breathing Living Being, Agent, Set-apart One for/under former slaves & their Posterity under Original Emancipation Proclamation ratified XIII th Amendment of 1865 for the united several states of North America

I, Me, My, MySelf, Agent, do hereby solemnly Proclaim/Declare:

1. All Rights bestowed upon Me is endowed by My Creator, My Father, My אלהים, אלהים יהוה;
2. All Rights endowed by the Creator, אלהים יהוה, are Absolute, Natural, & Unalienable;
3. I have the Absolute Natural Unalienable Right to control the use of My own Name, picture, image or likeness & prevent another from using it for commercial benefit without My consent;
4. I have an Absolute Natural Unalienable Right to a livelihood, vocation, profession, career, etc., by way of commerce, trade, bargain, or any means of labor & derivatives thereof;
5. I Am the Rightful owner & controller of My Name, image or likeness & all commercial benefits & attachments therein;
6. I, Raynard Deanco Wilder, Creation & Son of יהוה אלהים, In the Image & Likeness of אלהים, a Natural Breathing Living Being, אלהים, Set-apart One, Agent, DO NOT give no man, person, entity, corporation, association, institution, or any derivatives thereof, give My consent or permission, nor the right to any interest, use, or ownership of My Name, picture, image or likeness, nor to be benefactor, trustee, holder-in-due-course, creditor, or any derivatives thereof, of

the Name, picture, image or likeness of MySelf in Spirit-Blood-Flesh (Live Birth) or in commerce/fiction (naturalization);

7. I have placed a copyright on the Fiction/SECURED PARTY known as RAYNARD D. WILDER, & all derivatives thereof, Trademark/Fiction, SECURED PARTY is now My Private Property & cannot be used without My prior written consent, & then only in the terms written out in this contract;

8. The Fiction is My perfected security & registered by contract with Me & with the Secutary under State of Florida as such for five (5) years & is My recorded copyright Fiction by this Declaration under original common law jurisdiction for one-hundred (100) years & is My Private Property;

9. Using My Fiction on any document associated in any manner with My Estate or Me, the holder-in-due-course, Agent, Exempt from Levy, without My written prior consent is strickly forbidden & chargeable against each user & issuer in the amount, the sum certain for one-thousand (1,000.00) dollars, silver specie, a lawful coinage for the united states of America per user & per issuer per fiction.

10. Using My Fiction for the intended gains for themselves (the issuer or user) or for others for any of My Rights, My Private Property or any part about My Estate without full disclosure & My written prior consent is strickly forbidden & chargeable per each user & issuer, in the amount of the sum certain for one-million (1,000,000.00) dollars silver specie in lawful coinage for the united states of America as defined under Article I, Section 10 of We the People Contract/Constitution for the united states of America per using Fiction including

any past, present, or future use;

11. Using My Fiction on any document associated in any manner with My Estate or Me, the holder-in-due-course, Agent, & Exempt from Levy, without My written prior consent is all the evidence required for enforcing this agreement/contract & evidence that any & all users & issuers are in full agreement & have accepted this agreement/contract under the conditions & terms so stated & set forth herein & is due & payable under the terms & conditions set forth herein by this agreement/contract.

I, Me, My, MySelf, Agent Am not an expert in the Law of Man, however, I do know right from wrong. If there is any human being that is being unjustly damaged by any statement herein, if he/she will inform Me by facts, I will sincerely make every effort & amend My ways.

I hereby & herein reserve the right for amending & making amendment for this document as necessary in order that the Truth may be ascertained & proceeding justly determined.

If any living soul has information that will controvert & overcome this Declaration, since this is a commercial matter, please advise Me IN WRITING by DECLARATION/AFFIDAVIT FORM within ten (10) days from recording hereof, providing Me with your counter-Declaration/Affidavit, proving with particularity by stating all requisite actual evidentiary facts & all requisite actual laws, & not merely the ultimate facts & law conclusions, that this affidavit by Declaration is substantially & materially false sufficiently for changing My or the Fiction's status & factual declaration.

Your silence stands as consent, & tacit approval, for the factual declarations here being established as fact as a law matter & this affidavit by Declaration will stand as final judgment in this matter; & for the sum certain herein stated will be in full force & effect against all parties, due & payable & enforceable by law.

The criminal penalties for commercial fraud are determined by jury, by law, the monetary value is set by Me for violation against My Rights, for breaching the law, the contract, the Constitution in the sum certain amount as stated herein for dollars specie silver coin lawful money for the united states of America as defined by Article I, Section 10 under the Constitution, by We the People of the united states of America & will be due & payable on the eleventh day or any day thereafter as use occurs after filing by Me, in the public records for the county of ________, state of Florida, under this declaration.

The Undersigned I, Me, My, MySelf, the Agent, holder-in-due-course for original, do herewith declare, state, & say that I, Agent, issue this with sincere intent in truth, that I, My, the undersigned Agent, Am competent by stating the matters set forth herein, that the contents are true, correct, complete, & certain, admissible as evidence, reasonable, not misleading, & by My best knowledge, by My, Me undersigned addressee.

Notice for the agent is notice for the principal & notice for the principal is notice for the agent. Notice for the county clerk for the county of ________, state of Florida, & record court for original jurisdiction, is notice for all.

This instrument is/was prepared by Raynard Deanco Wilder.

Acceptance:
RAYNARD D. WILDER, GRANTOR
SECURED PARTY SIGNATURE

Executed without the UNITED STATES, I declare under penalty of perjury under the laws of the united states of America that the foregoing is true & correct. Without Prejudice, All Rights Reserved & Enforced!

Wilder, Raynard
Raynard Deanco Wilder, Agent,
Attorney in Fact, With the
Autograph
Non Domestic
Florida, North America

Witnesses

The Heaven & The Earth
Abraham, Yitshaq, & Ya'aqob
יהוה אלהים, יהושע haMassiah

# SECURITY AGREEMENT

## NON-Negotiable NON-Transferable

Parties
SECURED PARTY:
RAYNARD D. WILDER, & all derivatives thereof
DEPARTMENT OF CORRECTIONS
TALLAHASSEE, FLORIDA
SOCIAL SECURITY NUMBER 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

Agent:
Raynard Deanco Wilder, & all derivatives thereof
Non-domestic
Florida, North America

This Security Agreement ("Agreement") is made & entered into on September 23rd 2024 by & between the Natural Breathing Living Being Raynard Deanco Wilder; herein after known as 'Agent' & the Strawman/Dummy Corporation RAYNARD D. WILDER; herein after known as SECURED PARTY.

NOW THEREFORE, it is hereby agreed as follows:

In consideration for the SECURED PARTY agreeing to provide certain Collateral & goods, identified herein below, & certain accomodations to the SECURED PARTY, including, but not limited to, allow the SECURED PARTY to act as an instrument, functioning primarily as a transmitting utility, for the purpose of conducting comm-ercial activity for the benefit of the Agent; &, as security for payment of all sums due, or to become due or owing by SECURED PARTY to Agent, SECURED PARTY hereby grants to Agent a security interest in the Collateral described

herein below & agrees to provide to Agent the Indemnification Bond also contained herein below.

The security interest granted herein secures any & all indebtness & liabilities, whatsoever, owed by SECURED PARTY to Agent, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, & howsoever evidenced. This security interest is also given to secure any other debts that may be owed by SECURED PARTY to Agent from time to time as stated herein ~~ble~~ below.

## COLLATERAL

All Property of SECURED PARTY, is hereby the property & security of the Agent, & before any of the property can be exchanged, sold, tendered or in any manner disposed of, it must be compensated to the Agent for the property. This property now owned & hereafter acquired includes, but is not limited to: All Accounts, Contract Rights, Chattel Paper, General Intangibles, Inventory, Equipment & Fixtures; whether owned now or acquired later, all accessions, additions, replacements, & substitutions; all records of any kind relating to any of the foregoing; all proceeds (including insurance, bonds, stocks, general intangibles & accounts proceeds), together with all the other real & personal property including but not limited to: ALL hospital, county, state, federal or international Birth Certificates registered in the SECURED PARTY name & ALL documents & instruments created using said birth documents; Social Security Number 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, & all documents &/or instruments created using said Social Security Number (SSN) & all proceeds thereof; all DEBTOR'S Treasury Accounts & all proceeds thereof;

any & all marriages & the production thereof; proceeds, products, accounts & fixtures from crops, mind head, wellhead, with transmitting utilities etc., rents, wages, all income, land & mineral; water & air rights, cottage(s), house(s), buildings, bank accounts, bank deposit box(es) & the contents therein, savings account, retirement plans, stocks, bonds, securities, benefits from trusts, inheritances gotten or to be gotten, inventory in any source, all machinery either farm or industrial, livestock, livestock equipment, vehicles, auto(s), truck(s), 4 wheelers, 3 wheelers, all boats & water craft, aircraft, motor homes, 5th wheel trailers or mobile homes, motorcycles, jewelry, wedding bands &/or rings, watch(es), household goods, appliances, any type furniture, kitchen utensils, cooking utensils, radio(s), television(s), musical instruments &/or equipment(s), sports equipment, all armor, guns, hand guns, artillary, & any type property held for my benefit by either myself or others, until the dishonor agreement, held by the SECURED PARTY is satisfied to full & acknowledgment of the same is completed. Any property not specifically listed, named or listed by make, model, serial number, etc. is included as the same.

The SECURED PARTY agrees to notify all employers & creditors of the same, as all SECURED PARTY'S wages are property of the Agent & are noticed accordingly.

The SECURED PARTY's rights include the use of said Collateral as may be needed from time to time.

INDEMNITY CLAUSE

Know ALL MEN BY THESE PRESEN, that I, BAYNARD

D. WILDER, (SECURED PARTY), am held firmly bound unto Raynard Deanco Wilder, (Agent) in the sum of present Collateral Values & any debts or losses claimed by any & all persons against the Commercial Transactions & Investments of aforesaid Collateral up to the penal sum of One Hundred Million Dollars ($100,000,000) lawful money of the united states of America, for the payment of which, well & truly be made, I bind myself, my heirs, executors, administrators & third party assigns, jointly & severally & firmly by these presents.

The conditions of the above bond is, that whereas the Collateral described herein above & utilized for the purpose of transmitting goods in Commercial Activity by the SECURED PARTY are in pursuance of the Statutes in such case made & provided indentured to the Agent by which indenture the said Agent ~~covenat~~ covenanted to do certain things as stated in this agreement.

The conditions of this obligation are such that if the Agent suffers any loss of Vested Rights in the said Collateral Property or Monetary Losses due to debts claimed against the aforesaid Collateral Property, or the SECURED PARTY, who binds himself by this obligation to make advanced payments from the SECURED PARTY'S treasury, IMF, BMF, IRAF, EPMF (temporary, permanent & current) accounts to any & all who make debt claims against any of the Collateral or Vested Rights in said Collateral of the Agent. This obligation shall bind the Secured Party in all respects, to fully & faithfully comply with all applicable provisions of law.

This bond shall effect as of the date hereon & shall remain in full force & effect until the surety (SECURED PARTY) is released from liability by the written order of the UNITED STATES & provided that the surety may cancel this bond & be relieved of further liability hereunder by delivery within thirty (30) days,

written notice to the Agent. Such cancellation shall not affect any liability incurred or accrued by SECURED PARTY hereunder prior to the termination of said thirty (30) day period. The SECURED PARTY will promply reissue a bond before the end of the thirty (30) day period of an amount equal to or greater than the value of this instrument unless the parties agree otherwise.

The Secured Party, without the benefit of discussion or division, does hereby agree, covenant & undertake to indemnify, defend & hold the Agent harmless, from & against any & all claims, losses, liabilities, costs, interests, & expenses (herein after referred to as 'claims' or a 'claim') including, without restriction, all legal costs, interests, penalties & fines suffered or incurred by the Indemnified Party arising as a result of the Indemnified Party having its personal guarantee with respect to any loan or generally any indebtness of the SECURED PARTY, including, without in any way restricting the generality of the foregoing amount owing ~~by~~ by the SECURED PARTY to all creditors.

The Indemnified Party (Agent) shall promptly advise the Indemnifying Party (SECURED PARTY) of any Claim & provide the same with full details ~~of~~ thereof, including copies of any document, correspondence, suit or action received by or served upon the Indemnified Party. The Indemnified Party shall fully cooperate with the Indemnifying Party in any discussion, negotiations or other proceedings relating to any Claim.

DEFAULT

The following shall be events of default hereunder: a) failure by SECURED PARTY to pay any debt secured hereby when due; b) failure by SECURED PARTY to perform any obligations secured hereby when the same should be performed.

This document represents the agreement between the SECURED PARTY & Agent & may not be modified unless

agreed upon by both parties in writing & signed by both parties.

This Security Agreement is NOT dischargeable in bankruptcy court & holder in due courses' property is exempt from third party levy.

Should any portion of this agreement be judicially determined to be illegal, the remainder of the agreement shall not be affected by such determination & shall remain in full force & effect.

Executed & sealed by the voluntary act of my hand, this day of 2024. I am.

Acceptance:
RAYNARD D. WILDER, GRANTOR
SECURED PARTY SIGNATURE

Wilder, Raynard

Raynard Deardeo Wilder,
Agent, אלהים, Power
of Attorney In Fact, with
the Autograph

The Agent accepts the SECURED PARTY'S signature, accordingly.

Witnesses

The Heaven & The Earth
Abraham, Yitshaq, Ya'aqob
יהושע, אל שדי אלהים יהוה

# DEFINITIONS

As used in this Security Agreement, the following words & terms shall have the meanings ascribed to them in this section, non obstante.

* ‘Account(s)’ – (See Black's Law Dictionary, 6th ed., Account. See also UCC § 4-104, & UCC § 9-106.)
* ‘Agent’ – (See Black's Law Dictionary, 6th ed.)
* ‘Agreement’ – (See Black's Law Dictionary, 6th ed. See also UCC § 1-201(3))
* Artificial Person(s) – (See Black's Law Dictionary, 7th ed.)
* ‘Bailee’ (See Black's Law Dictionary, 6th ed.)
* Beneficiary – (See Black's Law Dictionary, 6th ed.)
* Buyer – (See Black's Law Dictionary, 6th ed.)
* Cancel – (See Black's Law Dictionary, 6th ed.)
* Cancellation – (See Black's Law Dictionary, 6th ed)
* Charge back – (Black's Law Dictionary, 6th ed. See also Surety)
* Chattel Paper – See Black's Law Dictionary, 6th ed)
* Claim(s) – 1) right to payment, whether or not such right is ~~reduced~~ reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable secured, or unsecured; or right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. 2) To demand as one's own, challenge of property or ownership of a thing which is wrongfully held. See Hill v. Henry, 66 N.J. Esq. 150, 57 Atl. 555. Also a claim is to state. See Douglas v. Beasly, 40 Ala. 147; Prigg v. Pennsylvania, 16 Pet. 615, 10 L. Ed. 1060.
* Collateral – property that is pledged to as security for the satisfaction of a debt. See Black's Law Dictionary 6th ed., Collateral, n.

* Contract – (See Black's Law Dictionary, 6th ed.)
* Creditor – means Raynard Deanco Wilder, a man to whom a debt is owing by another who is the "SECURED PARTY." One who has a right to require the fulfillment of an obligation or contract, one to whom money is due, &, in ordinary acceptation, has reference to financial or business transactions. See Black's Law Dictionary, 6th ed.
* Currency – (See Black's Law Dictionary, 7th ed)
* Derivatives – coming from another; taken from something preceding; secondary. That which has not its origin in itself, but owes its existence to something foregoing. Anything obtained or deduced from another. (See Black's Law Dictionary, 6th ed.)
* Debt – See Black's Law Dictionary 6th ed. See also Burke v. Boulder Miller & Elevator Co., 77 Colo. 230, 235 P. 574, 575, & U.S. Sugar Equalization Board v. P. De. Ronde & Co., C.C.A. Del., 7 F. 2d. 981, 984.
* Delivery – See Black's Law Dictionary, 6th ed.
* Goods – See Black's Law Dictionary, 6th ed.
* Entrusting – See UCC § 2-403 (2, 3 & 4)
* Incapacity – See Black's Law Dictionary 6th ed & 7th ed. See also UCC § 3-305 (6). 'Indemnities' – See UCC § 5-113).
* Indemnity – a collateral contract or assurance by which one person ~~eg~~ engages to secure another against an anticipated loss or to prevent him from being demnified by the legal consequences of an act or forbearance on the part of one of the parties or of some third person. See Nat'l Bank of Tifton v. Smith, 142 Ga. 663, 83 S.E. 526, 528, L.R.A. 1915B, 116. See Black's Law Dictionary, 7th ed. Indemnity.
* Instrument(s) – See Black's Law Dictionary, 6th ed, Instrument. See also UCC § 3-102 & §9-105.)
* Item(s) – part or parts of a whole. See also UCC § 4-104 (g).

* Liability — every kind of legal obligation, responsibility, or duty. Also the state of being bound or obliged in law or justice to do, pay or make good something. See Mayfield v. First Nat'l Bank of Chattanooga, Tenn., C.C.A. Tenn. 137 F. 2d 1013, 1019; Feil v. City of Coer d'Alene, 23 Idaho 32, 129 P. 643, 649, 43 L.R.A. N.S. 1095; Breslaw v. Rightmire, 196 N.Y.S. 539, 541, 119 Misc. 833. See Black's Law Dictionary 6th ed., Liability.
* Money — the medium of exchange authorized or adopted by a government as part of its currency.
* Natural Person(s) — a living soul, as distinguished from an artificial person created by law. See Black's Law Dictionary, 7th ed.
* Notice — warning of intimation of something
* Non obstante — a phrase used in documents to preclude any interpretation contrary to the stated object or purpose. See Black's Law Dictionary 6th ed.
* Party — a person concerned or having or taking part in any affair, matter, transaction, or proceeding, considered individually. See Black's Law Dictionary, 6th ed.
* Person(s) — See Black's Law Dictionary, 7th ed. See also UCC § 1-201 (30)
* Proceeds — See Blacks Law Dictionary, 6th ed.
* Property — in the strict legal sense, means an aggrogate of rights that are guaranteed & protected by the government & in the ordinary sense, indicates the thing itself, rather than the rights attached to it. See 62 Misc. Rep. 1891, 116 N.Y. Supp. 1000.
* Real Man/Natural Breathing Living Being — a real, live, flesh & blood man/woman: Raynard Deanco Wilder; "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellow man without his consent." Cruden v. Neale, 2 N.C. 338 (1796)

2.S.E.20

* Representative – See Black's Law Dictionary, 6th ed.

* SECURED PARTY – means BAYNARD D. WILDER; See Blacks's Law Dictionary, 6th ed.

* Securities – See Black's Law Dictionary, 6th ed. See also UCC § 8-102 & UCC 8-105.

* Seller – See Blacks's Law Dictionary, 6th ed

* Signature – See UCC § 3-401 (considered signature)

* Signed – See UCC § 1-201 (39) (considered signature)

* Surety – See Black's Law Dictionary, 6th ed. See also UCC § 1-201 (40) (considered charge back)

* Value – See Black's Law Dictionary, 6th ed. See also UCC § 1-201 (44) & UCC § 3-303).

## GLOSSARY OF TERMS

* Accommodation Party – See Blacks's Law Dictionary, 6th ed. See also UCC Nutshell Series

* Contract Right – See UCC § 9-106

* Documents of Title – See UCC § 1-201(15) & UCC § 7-104. See also Black's Law Dictionary, 7th ed., Document of Title

* Dummy Corporation means BAYNARD D. WILDER, an artifical person or legal entity created by or under the authority of the law of the state or nation, composed, in some rare instance, of a single person (such as the SECURED PARTY). "The corporation is distinct from the individual or individuals who comprise it." Such entity subsists as a body politic under a special denomination, which is regarded in law as having a personality & distinct from that of ~~itsev~~ its several members. See Dartmouth College v. Woodward, (4 Wheat) 518, 636, 657, 4 L. Ed. 629; U.S. v. Trinidad Coal Co., 137 U.S. 160, 11 S. Ct. 57, 34 L. Ed 640; Andrews Bros. Co. v. Youngstown Coke Co., 86 F. 585, 30 39, 44; State

v. Thistle Down Jockey Club, 114 Ohio St. 582, 15 N.E. 709, 711; Congdon v. Congdon, 160 Minn. 343, 200 N.W. 76, 87; Forest City Mfg. Co. v. International Ladies' Garment workers' Union, Local No. 104, 233 Mo. App. 935, 111 S.W. 2d 934; In re Crown Heights Hospital, 183 Misc. 563, 49 N.Y.S. 2d 658, 660; Froelich & Kuttner of Manila, P.I. v. Sutherland, 57 App. D.C. 294, 22 F.2d 870, 872. And also "in rare instances where it list a single person (such as the SECURED PARTY) this would be considered a corporation sole, which consist only of that one person only in some particular station, who is incorporated by law in order to give them some legal capacities & advantages, particularly that of perpetuity, which in their natural persons they could not have." (or in the present situation, to give them some legal capacity or advantage of dealings in the corporate commercial activities which in their natural persons they could not have). See Step. Comm. 168, 169; First Parish v. Dunning, 7 Mass. 447; Reid v. Barry, 93 Fla. 849, 112 So. 846, 859. The court cases also state that a corporation may exist as Domestic &/or Foreign, with reference to the laws & the courts of any given state, a 'domestic' corporation is one created by, or organized under, the laws of that state; a 'foreign' corporation is one created by or under the laws of another state, Government, or country. (As in the present situation of a U.S. corporation in Puerto Rico, See (BMF) Business Master File). In re Grand Lodge, 110 Pa. 613, 1 A. 582; Fowler v. Chillingworth, 94 Fla. 1, 113 So. 667, 669; In re Ewles' Estate, 105 Texas 507, 143 P. 2d 903, 905. They also state that "A Corporation de facto is one existing under the color of law & in pursuance of an effort made in 'good faith' to organize a corporation under the statute; an association claiming to be legally ~~incor~~ incorporated company, & exercising the powers & functions of a corporation but without

actual lawful authority to do so." See Foster v. Hare, 26 Tex. Civ. App. 177, 62 S.W. 541; Cedar Rapids Water Co. v. Cedar Rapids, 118 Iowa 234, 91 N.W. 1081; Tulare Irrig. Dist. v. Shepard, 185 U.S. 1, 22 S. Ct. 531, 46 L.Ed. 773; Evans v. Anderson, 132 Minn. 59, 155 N.W. 1040, 1041. The fictitious named RAYNARD D. WILDER, a straw man, or dummy corporation created by the government corporation without knowledge or intent of the natural person Raynard Deanco Wilder, only exist under the color of law & claiming only to be legally incorporated for the purpose of commerce, & exercising the powers & functions of a corporation, without actual lawful authority to do so, but strictly for the benefit of the government corporations & its commerce. The government corporation shows the capital letter spelling of the SECURED PARTY name when they created the 'fictitious named' corporation, due to the need of a specific name required for each seperate legal entity's identification. Therefore, when a corporation is constructed, a name is always given to it, or supposing to be actually given, will attach to it by implication, & by that name alone it must sue & be sued, & do all legal acts, though a very minute variation therein is not material, & the name is capable of being changed (by competent authority) without affecting the identity or capacity of the corporation. See Wharton on Corporations. See also Black's Law Dictionary, 6th ed., Dummy.

* Duty of Care; Contractual Limitation — See UCC § 7-204
* General Intangibles — See Black's Law Dictionary, 6th ed.
* On Demand — See Black's Law Dictionary, 6th ed.
* Registered Form — See UCC § 8-102
* Remedy for Breach of Collateral — See UCC § 2-701
* Remedy of Indemnity — See UCC § 5-115
* Right to Reimbursement — See UCC § 5-114
* Rights Acquired to Indemnity — See UCC § 7-504 (4)
* Secondary Party — See Black's Law Dictionary, 6th ed., Secondary

Parties

* Agent means Raynard Deanco Wilder. See Black's Law Dictionary, 6th ed. (Also considered Creditor)
* Security Interest — See Black's Law Dictionary, 6th ed.
* Strawman means RAYNARD D. WILDER. See also Black's Law Dictionary, 6th ed.
* Transmitting Utility — To the extent that the context otherwise requires, means an implement used to transmit or to send from one person, thing or place to another; i.e. the SECURED PARTY/Dummy Corporation/Strawman is an implement utilized for the purpose of conducting commercial activities for the Agent.

# EXHIBIT "B"

(Renumbered Top Right)

1

# NOTICE OF TORT CLAIM

| | |
|---|---|
| Raynard-Deanco Wilder<br>Natural Breathing Living Being | Asseveration<br>Seal: EPT Certified |
| | ANUR Approved<br>Raynard D. Wilder |
| People of Securus Technologies<br>Shareholders, Directors, Officers | Delivered only in correct capacity as beneficiary to the Original Jurisdiction |

## JURISDICTIONAL NOTICE

All herein is established by Law via Affidavits & Declarations filed with the Secretary of State, State of Florida, & placed into public records, **establishing** My **status** as the Creation & Son of אלהים יהוה, in the image & likeness of אלהים, a Natural Breathing Living Being, whom He called Adam, אהיה אשר אהיה, אלהים, Seed of Abraham, a Free Man on the Land, a Private Man on the Land, an Unfranchised Man on the Land, a Sojourner & Settler on the Land, Independent, Posterity of The Freed Slaves, with Territorial Jurisdiction under the Authority of International Law established by the Emancipation Proclamation Treaty (EPT), a Supreme Law of the Land, which all Judges are bound thereby.

The Truths herein this Notice of Tort Claim, in its entirety, **IS NOT** a matter of questioning, speculation, assumption, presumption, asking, or any derivatives thereof; but **IS** a matter of facts, truths, acknowledgement, honorarium, respect, reservation, preservation, enforcement, judgement & Law.

I, Me, My, MySelf Am **NOT** a citizen, subject, individual, entity,

corporation, association, institution, or any derivatives thereof. I, Me, My, MySelf Am the Agent with Power of Attorney In Fact of the SECURED PARTY/CORPORATE FICTION RAYNARD WILDER, RAYNARD DEANCO WILDER, or any derivatives thereof, to take exclusive control of, manage, & conduct all of said SECURED PARTY'S/CORPORATE FICTION'S business & legal affairs, & to act for him in his name & place, without limitations on the Power necessary to carry out any exclusive purpose of attorney in fact. whereas, 'exclusive' is construed to mean that while this Power of attorney is in force, only I, the attorney in fact, may obligate the SECURED PARTY/CORPORATE FICTION in all matters.

I, Me, My, MySelf, Raynard-Deanco Wilder, Natural Breathing Living Being, Do Hereby Declare the name, RAYNARD WILDER, RAYNARD DEANCO WILDER, & any derivatives thereof, to be a CORPORATE FICTION naturalized in My Likeness without My permission or consent by assent, making any Trademark, Copywrite, & ~~Ownesh~~ Ownership of Legal Claim to the CORPORATE FICTION RAYNARD WILDER, RAYNARD D. WILDER, & any derivatives thereof, by any other then Me, My, MySelf, I, Agent, Raynard-Deanco Wilder, to be invalid, void, nullified & unenforceable.

whereas, the public record is the highest evidenced form, I, Me, My, MySelf, Agent, Beneficiary, have created public record by Declarations & Affidavits of My Private, Unenfranchised, Free, Independent & Territorial Jurisdictional 'Standing'. Verified in the Nature of a Truth Affidavit in Commerce & Contract by waiver for Tort presented by Me, Raynard-Deanco Wilder, Natural Breathing Living Being, Agent, Beneficiary, Set-apart One under Certified Emancipation Proclamation Treaty (EPT), lawfully ratified as a XIII th Amendment to the Constitution for the

several states of the Union, April 9, 1865, & warranted by said Constitution via Article II, Section 2; Article III, Section 2; & Article VI.

Raynahd Deames Wilder
Natural Breathing Living Being,
with the Autograph

# NOTICE OF TORT CLAIM

The following Notice of Tort Claim is Emancipation Proclamation Treaty (EPT) Certified!
The following Notice of Tort Claim is Absolute Natural Unalienable Rights (ANUR) Approved!

| | |
|---|---|
| Raynard-Deanco Wilder<br>Natural Breathing Living Being<br><br>People of Securus Technologies<br>Shareholders, Directors, Officers | Asseveration<br>Seal: EPT Certified<br>ANUR Approved<br>Raynard D. Wilder<br>Delivered only in correct capacity as beneficiary to the Original Jurisdiction |

I, Raynard-Deanco Wilder, Creation & Son of אלהים יהוה, In the Image & Likeness of אלהים, a Natural Breathing Living Being, whom He called Adam, Seed of יהוה by way of ישראל, אהיה אשר אהיה, אלהים, a Free Man on the Land, a Private Man on the Land, an Unfranchised Man on the Land, a Sojourner & Settler on the Land, Independent, Posterity of the Freed slaves, Do Hereby Declare & Proclaim the Moral Wrong committed against Me by the People of Securus' Material Breach of Contract.

## PRESENTMENT OF FACTS

Within the approximation of late 2018, J-Pay offered their services to the Prison Population within the Florida Department of Corrections of their JP5 Tablet to provide the ability, amongst other things, to purchase music & games, or rent movies. The

purchase of such private properties: music, games & videograms, as well as the reception of photos, was backed by their promise & guarantee that I will be able to use, possess & enjoy these private properties until the day I Am released back into society, at which time, I will be able to take My tablet - with everything I have purchased on it - with Me, or I can turn the tablet in & have the contents of My private property converted to a hard-drive & sent to Me upon My release into society.

This promotional period included the purchasing method of turning in Our MP3/MP4 to receive the small model tablet or get half off for the large model tablet.

During this promotional period in late 2018, I purchased the small model tablet by turning in a MP4 as an ~~accept~~ acceptance to the offer that they presented, & in accordance to the terms in which they presented. This acceptance was further evidenced & advanced via My purchasing of music, stamps, & games. Both offer & acceptance was honored by both parties, constituting this offer & acceptance as a Mutual Agreement to an Implied-In-Fact Contract between Me & the People of J-Pay.

Then in January of -23, while classified at Lawtey Correctional Institution, the employees thereof collected all the J-Pay Tablets, & in February of 2023 they replaced them with Securus Tablets, due to some form of agreement between the People of J-Pay & the People of Securus. Upon this emergence it is evident that the Implied-In-Fact Contract was intact due to there being **NO** notice to the contrary & the ability to purchase & use, possess & enjoy the private property of music, games & videograms proceeded as usual. Then approximately 6 months later: around June, 2023, the People of Securus offered a New Terms of Agreement Contract that requires Me to waive certain Rights. I declined their new offer &, for doing

6

so, they deny Me access (use, possession & enjoyment) to My tablet & to My private property within, resulting in a Material Breach of the Implied-In-Fact Contract that was already validly established & in progress.

On September 23, 2024, I have sent to the People of Securus via U.S. Mail a copy of a Breach of Contract Notice with Termination to the address They provided in Their New Terms of Agreement Contract, giving them an opportunity to compensate Me for damages inflicted due to this Material Breach (See attached Exhibit), or to deny all allegations; & yet, until this day, they have refused to answer, reply, or acknowledge My Claim: Their silence indicates an agreement to the Material Breach, due to the absense of a denial; it also indicates a lack or absense of honor & respect for a paying customer, a party to the contract, & a Natural Living Being: NO Dignity! NO Honor! NO Respect!

The coup de grâce of this Material Breach came into effect January 29, 2025 when the People of Securus restricted Me from any & all communication with any & all living beings via U.S. Mail.

In light of all the above, the People of Securus has committed multiple commercial crimes against Me, Raynard-Deanco Wilder, Creation & Son of אלהים יהוה, In the Image & Likeness of אלהים, a Natural Breathing Living Being, whom He called Adam, אהיה אשר אהיה, אלהים, Seed of ישראל, a Free Man on the Land, a Private Man on the Land, an Unfranchised Man on the Land, a Sojourner & Settler on the Land, Independent, Posterity of the Freed slaves, by way of My Commercial entity, INMATE: RAYNARD WILDER #321765, as follows:

1. Impede/Obstruction of Unalienable Right,
2. Robbery,
3. Making a legal determination without the permission or consent by assent of all Parties to a contract,
4. Usurpation

5. Oppression
6. Perpetual Injustice
a) Duress
b) Substantive Unconsionability
c) Undue Influence
7. Mail Violation.

IMPEDE/OBSTRUCTION of UNALIANBLE RIGHT:

The People of Securus honored My acceptance to the first/original offer, Establishing a Mutual Offer & Acceptance Agreement to an Implied-In-Fact Contract. By denying Me access to My property, the People deprives Me of My Absolute Natural Unalienable Right to exercise possession, use, & enjoyment of My Private Property (pursuit of Happiness) purchased from the People of Securus/JPay for a perminent possession, use & enjoyment, as the original offer & acceptance 'implied'.

The People of Securus offered Their services, via inheritance, of providing Me, Raynard-Deanca Wilder, a Natural Breathing Living Being, Unenfranchised & Independent, permanent use, possession & enjoyment of music & games, for a specified price, until the day I Am released into society, which I accepted via purchasing music & games of My desire through My Commercial entity, INMATE: RAYNARD WILDER #321765, in pursuit of My Happiness. This acceptance was clear & uncountered: accepted in the manner required by the offer. A Mutual Agreement to the offer & acceptance was established as the base of a consideration communicating an unconditional willingness to be bound!

By the People of Securus' conduct & My own, an Implied-In-Fact Contract was legally established under the 'terms' that I will be able to use, possess & enjoy My private property of music, games, videograms, etc. until the day I Am released back into society, at

which time I will be able to choose whether to keep My tablet or transfer all My private property to a hard-drive & sent to Me once released. NO other 'terms of agreement' was instituted, negotiated, notified or discussed! Therefore, the People of Securus' act of retaliation upon Me, as demonstrated herein, because I declined Their ~~counterofficer~~ counteroffer to renegotiate a new Contract constitutes a Moral wrong that Breaks & Violates the supreme Law of the Land, resulting in a Material Breach of Contract: for My refusal to renegotiate a new Contract DOES NOT nullify, void or terminate the existing Contract already 'In Full Life'.

ROBBERY:

By a 'monopoly' being a strength & power, & 'force' being a power or strength, & a 'robbery' being the illegal taking of one's property, ownership, or valuables by force, the People of Securus abused Their monopoly status to take My private property by force without any compensation to Me. This illegal seizure & hold is resulting in a robbery of the money I spent on Their product & services in accordance to the Mutual Agreement of the Implied-In-Fact Contract that we had in progress.

Whether the taking is temporary or permanent DOES NOT change the nature of the crime. By the People of Securus utilizing the force (strength & power) of Their monopoly to deprive Me of My property They are illegally using that force to take the money I spent on the property, as well as taking My Right of ownership to the property: it is evident that They commit these injustices because They feel that They are the holder-in-due-course of My Rights & Property, which will give them the Right to do so. Apparently, they have claimed ownership of My Property: whether temporarily or permanently. Their lack of proof to this presumption & assumption proves it to be false.

MAKING A LEGAL DETERMINATION TO A CONTRACT WITHOUT THE PERMISSION OR CONSENT BY ASSENT BY ALL PARTIES OF THE CONTRACT:

All commerce is ruled by contract: a legally enforceable agreement. Once a Contract has been made, that Contract is as binding upon the parties as any statute or any other law, & **one party cannot withdraw without additional agreement by the other party or parties.** An offer & acceptance communicates the mutual consent that is essential to form a contract. An offer can only be pulled back anytime 'before' it is accepted: it cannot be revoked once the offeree has clearly commenced to perform - the commencement is consideration. Acceptance of an offer clinches the Contract; words don't always communicate acceptance - actions can suffice.

Once a Contract is in place, the parties are legally required to perform their mutual obligations. Once that Contract has been made, that Contract is as binding upon the parties as any statute or any other law, & one party cannot withdraw without additional agreement by the other party. The People of Securus made a legal determination to nullify, void & terminate Our Implied-In-Fact Contract Agreement that was already In Full Life: **an offer cannot be revoked once the offeree has clearly commenced to perform.**

The absense of My permission or consent by assent to nullify, void or terminate the Implied-In-Fact Contract between the People of Securus & My Self renders Their legal determination to nullify, void & terminate said Contract Agreement as being unlawful & illegal.

USURPATION:

To seize & hold by force &/or without legal right. The People of

Securus, through the strength & power of Their monopoly, have unlawfully & illegally seized & held My Private Property, for no other reason except They feel that They ~~feel~~ have that power. But to the Contrary, when considering the Fact that once a contract is in place, the parties are legally required to perform their mutual obligation, & one party cannot withdraw without additional agreement by the other party, by Me declining Their offer to renegotiate a new Contract, there is NO Agreement, permission or consent by assent to nullify, void or terminate the Implied-In-Fact Contract already In Full Life. Therefore, the People of Securus has **NO Legal Right** to seize & hold My private property purchased under the Full Life of a valid Implied-In-Fact Contract.

OPPRESSION:

It is apparent that the People of Securus are experiancing a feeling of justified intervention in Their abusive denial of Me retaining My Absolute, Unalienable & Natural Right to own, possess, use &/or enjoy a determinated thing, in the form of the private property I purchased while under a valid Contract with said People: 'abusive' via the Commercial Crimes & Violations upon My Rights to coerce an Acceptance of Their new Terms of Agreement Contract, & a feeling of 'justified intervention' by way of utilizing Their monopoly to execute these Moral Wrongs under the presumption or assumption that They are the holder-in-due-course of My Rights & Property without any show of proof.

PERPETUAL INJUSTICE:

A) DURESS: coercion, either physical or mental, that deprive a Man of free will & leaves that Man with no reasonable alter—

native other than to ~~be~~ accept the contract terms as imposed on him or her. By the People of Securus' words in Their Terms of Agreement Contract: "By using Our product & ~~serves~~ services, you agree to these Terms & Conditions," they are acknowledging that if I don't agree to these new Terms & Conditions then I can no longer use Their product & servises; therefore, in order for Me to possess, use & enjoy My Property, in order to exercise My Right, I have to terminate the original Implied-In-Fact Contract & accept Their new Contract: its an all or nothing offer - meaning if I refuse I receive nothing, including what's already Mines by Law & Right. Meaning on Their own, the People of Securus made the legal determination to withdraw from the Implied-In-Fact Contract already In Full Life.

It is clear that the People of Securus did worse then leave Me with no 'reasonable' alternative, for They gave Me **NO** alternative other than to accept the New Contract Terms as imposed: showing NO respect, honor or regard to My Right as a Party - equal Party - to the Implied-In-Fact Contract already In Full Life.

**Substantive Unconsionability**: concerns the fairness of a contract; it may exist when there is an unjustified & harsh allocation of risks or costs or great price disparity. The People of Securus' New Terms of Agreement offer set asides My Right to be fully & lawfully compensated for any commercial crime &/or Right violation that may/will be unjustly set upon Me as the following Witness exemplifies:

In the beginning, the Implied-In-Fact Contract was made in Good Faith, allowing one to buy albums at a reasonable price or individual songs for no more then one dollar & ninty-nine cents ($1.99). Yet some time after, they will set a price for an album - hypothetically, twenty dollars ($20.00) - with the individual

songs of that album set at one dollar & ninty-nine cents, but when you click to purchase the album a message pops up that says, "Unavailable for download," yet you can buy the whole album by purchasing individual songs; meaning, if there are thirty-three (33) songs on that album set at twenty dollars ($20.00), one have to pay sixty-five dollars & sixty-seven cents ($65.67) to get that twenty dollar ($20.00) album.

Knowing that such methods violates the "reasonable commercial standards of fair dealing", the People of Securus seek to force one into a small claims arbitration court (non-Article III) through Their New Terms of Agreement Contract so that they won't be held fully accounted & suffer the full extent of a class action suite - or any other major suite - for violating the necessary Good Faith standard. As every corporation or field in commerce within the United States knows, every contract or duty in commerce imposes an obligation of Good Faith in its performance & enforcement; therefore, the price that the People of Securus set at a fixed rate for the purchase of an album or individual song is set forth in Good Faith of fair dealing; thus, to force one to pay more for an album then its set price via individual song purchase violates the Open Price Term. Also, by claiming an album is unavailable for download, yet allowing that album to be downloaded through individual songs, that's false advertisement; for, if you can purchase the whole album individually, then that album is available for download; They're forcing one to pay double, triple or quadriple the Market Price.

This is an example of what I have been subjected to, & a means to the need for the People of Securus to offer a New Terms of Agreement that will have Me waive My Right to a proper Claim of Controversy action against such intentional commercial crimes, wrongs &/or misconducts. In the original Implied-In-Fact Contract there were NO such terms of agreement imposed. The newly offered Terms of Agreement indicates a contrariness

to the rights of the original contract whereas a waiving of Rights is mandatory in light of the same services & products, making the cost too harsh & unjustified. Clearly, this new offer is beneficiary to the People of Securus only.

UNDUE INFLUENCE: accurs when one party takes advantage of another by reason of a superior position in a close or confidential relationship. Any contract that is in reality for the former's benefit, & not for the latter's, is presumed to be tainted with undue influence.

The New Terms of Agreement don't hold no difference in the People of Securus' services &/or products as at first; yet, it gives the People of Securus the benefit of not being held accountable via a proper Claim of Controversy action for any & all commercial &/or Rights violation that they know they will incur - as exemplified in the Open Price Term / Good Faith Standard demonstrated above; therefore, this new Terms of Agreement offer is clearly beneficial to the People of Securus only.

It should also be pointed out as a matter of 'Duress' that amongst the property I purchased are educational & career building siminars & study courses that contributes to the development & retention of trade secrets. Trade secrets can be exchanged, sold, or parlayed via advisory, making such educational/trade skills to be a commodity &/or product of economic value &/or use; Therefore, the taking (deprivation) of these career development opportunities is the sufferance of an economical loss to any & all business prospects that I intended to venture into; also to mention, these unjustifiable & wrongful acts promotes the failure of both domestic & social success upon My release into society & becoming a disgrace to family & loved ones, as well as society.

Mail Violation:

The People of Securus took the initative to advance Their moral wrong & perpetual injustice by invoking a coup de grace upon My Unalienable Rights. Effective since January 29, 2025, the People of Securus has abridged My Right & Freedom of speech & press with My Family, friends, loved ones, or any & all living beings via U.S. Mail. The People of Securus know & understand that by Department of Correction (Florida) policy I Am only able to receive books, magazines, periodicals, news papers & legal mail non-electronically; meaning that ~~they~~ They know & understand that the only way for Me to receive mail from loved ones or any & all living beings is through Their service; & yet, when there wasn't any special terms of agreement for these services, now I Am required to waive My Rights & Freedoms in order to exercise these Rights & Freedoms. Again, the waiving of Rights & Freedoms is mandatory in light of the same services, & the People of Securus uses Their superior position (monopoly) to be the sole benefactor of the Contract; for these Rights & Freedoms has already been endowed upon Mankind by the Creator, יהוה אלהים, & acknowledged by this Nation's Declaration of Independence & Constitution for the several states of the Union.

The People of Securus deprives My Absolute Natural Unalienable Right to communicate via U.S. Mail; for I Am unable to receive any mail from loved ones or any & all living beings.

DAMAGE AND REMEDIES:

I, Raynard-Deanco Wilder, Creation & Son of יהוה אלהים, In the Image & Likness of אלהים, a Natural Breathing Living Being, whom He called Adam, אהיה אשר אהיה, אלהים, Seed of ישראל, a Free Man on the Land, a Private Man on the Land, an Unfranchised Man on the Land, a Sojourner & Settler on the Land, Independent, Posterity of the Freed slaves, **IS**, in fact, one-half (1/2) Equal party to an Implied-In-Fact Contract

between My Self & the People of Securus via My Commercial entity, INMATE: RAYNARD WILDER #321765 & Their Commercial entity, SECURUS TECHNOLOGIES, LLC. This Implied-In-Fact Contract is binding & cannot be broken: once a Contract is in place, the parties are legally required to perform their mutual obligation; & if one party does not hold up to its end of the bargain, the other party has legal remedies - mere informalities does not make a Contract less binding.

The following list of ~~remedies~~ damages is the result of the Material Breach implemented by the People of Securus with the legal remedies I Am entitled & is demanding to be fulfilled:

1. For the **Violating & Impeding on My Natural Absolute Unalienable Right** to possess, use & enjoy a determinated thing **(Pursuit of Happiness)**, award Me Twenty-Five Thousand Dollars ($25,000.00) per day, **IN THE FORM** of silver or gold specie or gold bullion, lawful money in the United States/United States of America & America (NORTH), from the month of June, 2023 to the day this Notice For Tort Claim is signed, stamped, sealed & delivered.
2. For the **Impede/Obstruction of Unalienable Rights**, award Me Twenty-Five Thousand Dollars ($25,000.00) per day, **IN THE FORM** of gold or silver specie or gold bullion, lawful money in the United States/United States of America & America (NORTH), from the month of June, 2023 to the day this Notice For Tort Claim is signed, stamped, sealed & delivered.
3. For the Commercial crime of **Robbery**, award Me, ~~award~~ Twenty-Five Thousand Dollars ($25,000.00) per day, **IN THE FORM** of gold or silver specie or gold bullion, lawful money in the United States/United States of America & America (NORTH), from the month of June, 2023 to the day this Notice For Tort Claim is signed, stamped, sealed & delivered.
4. For the Commercial crime of **Making A Legal Determination Without The Permission or Consent By Assent of ALL Parties to A Contract**, award Me Twenty-Five Thousand Dollars ($25,000.00) per day, **IN**

**THE FORM** of gold & silver specie or gold bullion, lawful money in the United States/United States of America & America (NORTH), for the month of June, 2023 to the day this Notice For Tort Claim is signed, stamped, sealed & delivered.

5. For the Commercial crime of **Usurpation**, award Me Twenty-Five Thousand Dollars ($25,000.00) per day, **IN THE FORM** of gold or silver specie or gold bullion, lawful money in the United States/United States of America & America (NORTH), for the month of June, 2023 to the day this Notice For Tort Claim is signed, stamped, sealed & delivered.

6. For the Commercial crime of **Oppression**, award Me Twenty-Five Thousand Dollars ($25,000.00) per day, **IN THE FORM** of gold or silver specie or gold bullion, lawful money in the United States/United States of America & America (NORTH), for the month of June, 2023 to the day this Notice For Tort Claim is signed, stamped, sealed & delivered.

7. For the Commercial crime of **Perpetual Injustice** in the Nature of **Duress**, award Me Twenty-Five Thousand Dollars ($25,000.00) per day, **IN THE FORM** of gold & silver specie or gold bullion, lawful money in the United States/United States of America & America (NORTH), for the month of June, 2023 to the day this Notice For Tort Claim is signed, stamped, sealed & delivered.

8. For the Commercial crime of **Perpetual Injustice** in the Nature of **Substantive Unconsionability**, award Me Twenty-Five Thousand Dollars ($25,000.00) per day, **IN THE FORM** of gold or silver specie or gold bullion, lawful money in the United States/United States of America & America (NORTH), for the month of June, 2023 to the day this Notice For Tort Claim is signed, stamped, sealed & delivered.

9. For the Commercial crime of **Perpetual Injustice** in the Nature of **Undue Influence**, award Me Twenty-Five Thousand Dollars ($25,000.00) per day, **IN THE FORM** of gold or silver specie

or gold bullion, lawful money in the United States/United States of America & America (NORTH), for the month of June, 2023 to the day this Notice For Tort Claim is signed, ~~&~~stamped, sealed & delivered.

10. For the Commercial crime of **Mail Fraud**, award Me Twenty-Five Thousand Dollars ($25,000.00) per day, **IN THE FORM** of gold or silver specie or gold bullion, lawful money in the United States/United States of America & America (NORTH), from January 29, 2025 to the day this Notice For Tort Claim is signed, stamped, sealed & delivered.

11. For the **Hinderance of Educational & Career Building Opportunities** resulting in the sufferance of economic loss, award Me Fifty-Thousand Dollars ($50,000.00) per day, **IN THE FORM** of gold or silver specie or gold bullion, lawful money in the United States/United States of America & America (NORTH), from June, 2023 to the day this Notice For Tort Claim is signed, stamped, sealed & delivered.

12. **Use Of Time:** The filing of the Breach of Contract Notice With Termination & this Notice Of Tort Claim called for an excessive & extensive use of private & personal time that could have been better put to use: Rehabilitative, Educative, Wellness & Fitness, etc. Therefore, for the excessive & extensive expending of My Private/Personal Time, award Me Two Thousand Dollars ($2,000.00) per day, **IN THE FORM** of gold or silver specie or gold bullion, lawful money ~~for~~ in the United States/United States of America & America (NORTH), from June, 2023 to the day this Notice of Tort Claim is signed, stamped, sealed & delivered.

13. **Use of Energy:** A lot of energy was extended & expended in the filing of the Breach of Contract Notice With Termination & this Notice of Tort Claim: physical energy, mental energy, spiritual energy, that has been challenging, exhausting & stressful; energy that could have been more positively expended,

in such ways as vocational, professional, or in some sort of learning institute that may guarantee a job or some sort of career upon My release. Therefore, for the exertion of My energy, award Me Two Thousand Dollars ($2,000.00) per day, **IN THE FORM** of gold ~~or~~ silver specie or gold bullion, lawful money in the United States / United States of America & America (NORTH), for the month of June, 2023 to the day this ~~Tort~~ Notice of Tort Claim is stamped, signed, sealed & delivered.

14. **Physical Strain**: The results of the Time & Energy exerted in researching, preparing, composing & filing the Breach of Contract Notice with Termination & this Notice of Tort Claim are the following discomforts:

a) **Back & Shoulder Aches** from sitting in a cramped position & bent forward in order to write - at long periods - due to being in low bunk beds,

b) **Cramps In My Fingers** from consistently having to write & re-write & re-write notes, thoughts, formats & the documents themselves,

c) **Stress On My Kneese & Buttocks** from sitting down long periods of time on a flat lumpy matt that's on a hard steel bunk, & sitting down for long periods of time on a hard steel locker, &

d) **Crooks In My Kneck** from having to constently hang My head down in order to write, as-well-as being humped over due to the low bunk above Me. I have also developed a lump on the back of the right side of My neck.

Therefore, for My suffering of **Physical Strain**, award Me Two Thousand Dollars ($2,000.00) per day, **IN THE FORM** of gold & silver specie or gold bullion, for the month of June, 2023 to the day this Notice of Tort Claim is signed, stamped, sealed & delivered.

15. **Physical Stress**: Having to work long hours of a day to earn gain time, then having to continue to work long hours researching,

preparing, composing & filing the Breach of Contract Notice with Termination & this Notice of Tort Claim, instead of being able to relax while listening to music that I have purchased for My private possession, use & enjoyment; for it has been professionally proven that music sooths & that music is healing & that music relaxes.

Therefore, for My suffering of **Physical Stress**, award My Two Thousand Dollars ($2,000.00) per day, **IN THE FORM** of gold or silver specie or gold bullion, from the month of June, 2023 to the day this Notice for Tort Claim is signed, stamped, sealed & delivered.

16. **Emotional Stress**: This whole time consuming process is exhausting, challenging & frustrating; not only making Me weary & sapped of strength, but also restless, disconcerting & disconsolate, & at times, even helpless & hopeless of relief from the injustice articulated by the People of Securus.

Therefore, for My suffering of **Emotional Stress**, award Me Two Thousand Dollars ($2,000.00) per day, **IN THE FORM** of gold or silver specie or gold bullion, lawful money for the United States/United States of America & America (NORTH), for the month of June, 2023 to the day this Notice of Tort Claim is signed, stamped, sealed & delivered.

17. **Mental Stress**: All the weight of the combined pressure above carries a great degree of negative energy that has a negative impact on My mental capacity, such as lashing out due to becoming agitated & irritated because of the emotional stress, or physical stress, or physical pains; or constently seesawing from anger to sadness to depression, because everybody's enjoying their private property of music & games, but I have to suffer the above pressures because I don't want to re-negotiate a new contract... **I Am being 'punished' for invoking My Right!** Also, I have trained MySelf to work-out (exercise) to the music on My tablet, & now I Am less motivated to work-out

because I don't have access to My music.

Therefore, for My suffering of **Mental** Stress, award Me Two Thousand Dollars ($2,000.00) per day, **IN THE FORM** of gold & silver specie or gold bullion, lawful money in the United States/United States of America & America (NORTH), from the month of June, 2023 to the day this Notice of Tort Claim is signed, stamped, sealed & delivered.

18. Being the amount of funds I've spent for the ~~accumation~~ accumulation of My private property is approximately two thousand dollars ($2,000.00), I require that I be refunded the two thousand dollars ($2,000.00), tax free, into My Commercial entity, INMATE: RAYNARD WILDER #321765, Department of Correction's Inmate Trust Fund Account from whence it came... NOT the Securus'/JPay's Media Account.

The Two Thousand Dollars ($2,000.00) per day that I Am demanding is due to the Fact that I have spent that much on music & games for My private/personal possession, use & enjoyment: that's Two Thousand Dollars ($2,000.00) per day, an hour, a minute, a second that I Am being deprived of; Two Thousand Dollars ($2,000.00) per day, an hour, a minute, a second that I have to suffer the pains & anxieties caused by the People of Securus' unjust notion that I don't ~~deseurve~~ deserve to possess, use & enjoy My Property because I declined Their offer to re-negotiate a new Contract; therefore, I feel it's more sufficient, fair & righteous to accept 'per day' then per hour, per minute, per second.

The Twenty-Five Thousand Dollars ($25,000.00) that I Am demanding per day is because every day, hour, minute, second, the People of Securus is committing a crime against Me & the Rights that the אלהים (Creator) who created Me has given Me - & all Mankind - by vehemently pushing to attain; command & control said Rights. All crimes are

commercial & Twenty-Five Thousand Dollars ($25,000.00) for said offenses is generous.

The Fifty Thousand Dollars ($50,000.00) that I Am demanding per day is a fair speculation of an average yearly salary of someone with a College Degree or some form of higher education. I Am being deprived of an education that is designed to assist Me in My rehabilitation & preparation for re-entering society. By way of the tax earned currency of My Family, I have enrolled in various institutes of learning through My tablet. Plus, to mention, the People of Securus has educational/career programs in Their features; & yet, the People of Securus is denying Me access to My educational/career property & Their educational/career features, leaving Me ignorant, & promoting failure by encouraging Me to fail upon My release into society by limiting My chances of getting a good secure ~~job~~ job or starting a good secure career. Therefore, as the Scriptures established into Law "a day for a year".

All methods of remedies stipulated above are tax ~~free~~ free: any taxes due is in accord to the Agreement between the People of Securus & the Internal Revenue Service. Except as stipulated in Section 18 of the Damages & Remedies, all remedies are to be forwarded to My Authorized Trustee with ~~Temporary Power of~~ Attorney to be the Recipient of the above remedies in My Name: Jeanette Wilder, 6756 103 street, #69, Jacksonville, Florida. I Am not a fictional limited entity! I Am a Natural Born Child of אלהים יהוה, Creator & Father. I Am not a surety, guarantor or accomodation party for any ficticious person. By asserting My Rights in this Notice of Tort Claim, I do not waive any other Rights that I Am Entitled to: All Rights Reserved & Enforced!

All remedies are non-negotiable

NO THIRD PARTIES ALLOWED!

## SUMMARY

Me, My, MySelf, Agent, Baynard-Deanco Wilder, Natural Breathing Living Being, & the People of Securus entered into a lawful Implied In Fact Contract, by way of Their emergence with the People of JPay, which They (the People of Securus) Materially Breached, as demonstrated herein.

The People of Securus is requiring Me to waive My Right to an Article III Court & Judge in favor of an Arbitrator, within Their jurisdiction, who base their opinion via their discretion instead of Law. Basically, I, Me, My, MySelf will have to dance to the tune of the one who pays the piper.

As it stands, in order for Me to invoke the services of the People of Securus, I, Me, My, MySelf have to waive certain Unalienable Rights; & yet, the only way for Me, My, MySelf to invoke certain Unalienable Rights is through the services of the People of Securus: in order for Me, My, MySelf to invoke 'these' Unalienable Rights of Mine, I, Me, My, MySelf have to waive 'other' Unalienable Rights of Mine. The People of Securus are making unauthorized stipulations upon My, Me, MySelf's Rights & Property without showing/evidencing Proof of Claim that they are the holder-in-due-course of these Rights & Property.

It is established as a matter of Law in this Land that an "Entity cannot compel specific performance upon its corporate status or corporate rules unless it, like any other corporation, is the holder-in-due-course of some commercial or contract agreement between it & the one whom demands for performance is made, **& is willing to produce said document & place it into evidence** before trying to enforce its demands called statutes."

A matter must be expressed for being resolved in commerce. An expressed truth is Sovereign. Truth is expressed in the form of an Affidavit.

I, Me, My, MySelf have given the People of Securus Notice of Their Material Breach along with a Truth Affidavit, Affidavit of Negative Averment, Affidavit of Copyright, Trademark & Ownership, Affidavit of Power of Attorney, Affidavit of Conditional Proof of Claim, & a Security Agreement that stipulates all general intangibles & inventory in any source as Me, My, MySelf's Collateral; which includes, but is not limited to said Securus Tablet & all contents (inventory) purchased therein.

An Affidavit not rebutted stands as Truth in commerce. An Affidavit not rebutted after thirty (30) days becomes the judgement in commerce. A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution, by jury, or by common law rules.

I, Me, My, MySelf, Agent, Baynard-Deanco Wilder, have given the People of Securus fair warning within the Breach of Contract Notice with Termination (pg. 15 of Exhibit) that any failure on Their part to take steps in a timely manner, pertaining to this Material Breach, will require Me, My, MySelf to take legal action to enforce Me, My, MySelf's Rights, under the Law to its maximum capacity. The criminal penalty for commercial fraud are determined by jury or by Law. The monetary value is set by Me, My, MySelf for violation of Private Rights, for breaching the law, the contract & Their Vow/Oath/Pledge to the Constitution for the several states of the Union (United States/United States of America), in the sum certain amount as stated herein for dollar silver or gold specie or gold bullion, lawful money of the United States/United States of America as defined by Article I Section 10 of said Constitution, & will be due & payable within sixty (60) days from the deliverance of this Notice of Tort Claim to Me, My, MySelf's Trustee: Jeanette Wilder, 6756 103rd. Street, Apt. 69, Jackson-

ville, Florida 32210.

I Am NOT a sovereign, I Am a Shepherd in the Name of אלהים יהוה! I Am NOT a Secured Party, I Am a Ruler/Guardian of body, mind, soul, spirit! I Am NOT the principal, I Am the Head Servant of אלהים אהוה! As Witnessed by the Emancipation Proclamation Treaty (EPT) & warranted by the Constitution for the several states of the Union, I Am a Natural Breathing Living Diplomat sojourning amongst you with immunity against the United States ~~gov~~ executive government, including its military & naval authority thereof, & all its agencies, departments, divisions, instrumentalities, & all derivatives thereof.

Created in the Image & Likeness of אלהים, I have Territorial Jurisdiction & all Rights to all images & likenesses to My name, sculpture, feature, resemblance, & all derivatives thereof, with none to bear outside of the Trustee authorized herein, for the reasons stipulated in the 'Authorization To Opporate As Trustee' herein provided.

# OATH

I, Raynard-Deanco Wilder, Creation & Son of יהוה אלהים, In the Image & Likeness of אלהים, a Natural Breathing Living Being, whom He called Adam, אהיה אשר אהיה, אלהים, Seed of ישראל, a Free Man on the Land, a Private Man on the Land, an Unfranchised Man on the Land, a Sojourner & Settler on the Land, Independent, Posterity of the Freed slaves, Do Hereby Affirm under Penalty of Perjury that the Truths herein are of first hand private research, true, correct, complete, certain & not misleading on this day of 2025.

Raynard-Deanco Wilder
Autograph of Living Being

# AFFIDAVIT IN SUPPORT OF TORT CLAIM

The following Affidavit In Support Of Tort Claim is Emancipation Proclamation Treaty (EPT) Certified! The following Affidavit In Support of Tort Claim is Absollute Natural Unalienable Rights (ANUR) Approved!

Raynard-Deanco Wilder ] Natural Breathing Living Being ]

People of Securus, Technologies ] Shareholders, Directors, Officers

Asseveration
Seal: EPT Certified
ANUR Approved
Raynard D. Wilder
Delivered only in correct capacity as beneficiary to the Original Jurisdiction

In Commerce, everything must be stated in Truth; I, the Power of Attorney In Fact, a Natural Breathing Living Being, a Free Man, a Private Man, an Unenfranchised Man, an Independent, & NOT A STATUTORY PERSON upon the land called Florida, America (NORTH), do hereby solemnly declare, say, & state: 1) I, Natural Breathing Living Being, Attorney In Fact & Internationally Secured is competent for stating the matters set forth herein; 2) I, Natural Breathing Living Being, Attorney In Fact & Internationally Secured has personal knowledge about the Facts stated herein; 3) Everything stated in this Affidavit In Support Of Tort Claim is the Truth, the whole Truth, & nothing but the Truth & all stated is true, correct, complete, & not misleading. **NO THIRD PARTIES ALLOWED.**

**PLAIN STATEMENT ABOUT THE FACTS:**

a) For resolving a Matter it must be expressed; b) In Commerce Truth is Sovereign; c) An Unrebutted Affidavit becomes the judg-

ment in Commerce; d) Truth is expressed in the Affidavit Form; e) An Unrebutted Affidavit stands as Truth in Commerce; f) A Truth Affidavit, under Commercial Law, can only be satisfied by a Rebuttal about the Truth Affidavit, by payment, by agreement, by resolution by a jury according to the rules of common law.

**A LAWFUL CONTRACT** has 1) Capacity of the parties, 2) Mutual Agreement (a meeting of the minds), 3) Consideration, & 4) Legality of subject matter by all parties involved with the Contract. Full disclosure about the Contract is imparative.

In the Support of Tort Claim, I hereby Declare & Proclaim the following Facts:

**Fact:** In late 2018, JPay **offered** Their services to the prison population within the Florida Department of Corrections JP5 Tablets to provide the ability, amongst other things, to purchase music & games, or rent movies. The purchase of such properties as music, games & videograms, as well as the reception of photos was backed by Their **Promise** & **Guarantee** that I will be able to possess, use & enjoy these private properties until the day I Am released back into society, at which time, I will be able to take My tablet - with everything I purchased on it - with ~~it~~ Me, or I can turn the tablet in & have the content of My private properties converted to a hard-drive & sent to Me upon My release into society.

**Fact:** No other terms of agreement was instituted, negotiated, notified, or discussed.

**Fact:** In late 2018, during Their promotional period, I purchased a small model JPay Tablet by exchanging a MP4 as an **acceptance** to Their offer, in accordance to the terms They have imposed, & an Implied-In-Fact Contract was established.

**Fact:** From late 2018 to 2023, I commenced to perform within the scope of the Agreement of the offer & acceptance of said Contract.

**Fact:** In January, 2023, the People of Securus Technologies, LLC,

inherited the offer & acceptance of the Implied-In-Fact Contract with the prison population of the Florida Department of Corrections from the People of JPay.

Fact: After inheriting this Implied-In-Fact Contract, NO other terms of agreement was instituted, negotiated, notified, or discussed.

Fact: In June, 2023, the People of Securus Technologies, LLC counteroffered the Implied-In-Fact Contract that They inherited from the People of JPay by renegotiating a New Terms of Agreement Contract.

Fact: Declining counteroffer prohibits access to one's tablet & private properties therein.

Fact: September 23, 2024 I had sent the People of Securus Technologies, LLC, a Breach of Contract Notice With Termination to Their Legal Department, as provided by Their Terms of Agreement Contract, which ~~was~~ included a Truth Affidavit, Affidavit of Negative Averment, Conditional Acceptance For Proof of Claim, Exclusive Power of Attorney, Declaration Of Trademarks, Copyright & Ownership of Right of Publicity, & Security Agreement, giving the People of Securus Technologies, LLC an opportunity to deny or righten Their wrong.

The following Facts are the supreme Law of the Land with Sovereign Jurisdiction:

Fact: Every man is endowed with Unalienable Rights

Fact: Among these Unalienable Rights are Life, Liberty & the pursuit of Happiness.

Fact: Pursuit of Happiness is to possess, use &/or enjoy a determinate thing (Property).

Fact: I have the Unalienable Right to own property

Fact: These Rights cannot be surrendered, given, taken, changed, deprived, exchanged, etc.

Fact: I have the Unalianable Right to My Name, picture, likeness,

semblance, & all derivatives thereof.
Fact: I have the Unalienable Right to Contract.
Fact: A Contract can only be negotiated by two Natural Living Beings.
Fact: I, Raynard-Deanco Wilder, & all semblance thereof, Am a Natural Living Being.
Fact: The 'People' of Securus are Natural Living Beings.
Fact: Securus Technologies, LLC is NOT a Natural Living Being, but a person.
Fact: A 'person', in legal terminology, means & includes an individual, a trust, estate, partnership, association, company or corporation.
Fact: Securus Technologies, LLC CANNOT offer &/or negotiate a Contract.
Fact: The 'People' of Securus have the Unalienable Right to Contract.
Fact: The People of Securus has an obligation to Uphold & Protect the supreme Law of the Land.
Fact: The Declaration of Independence, Constitution for the several states of the Union, Laws in Pursuance thereof, & Emancipation Proclamation Treaty is the supreme Law of the Land.
Fact: "The makers of our Constitution undertook ~~conditions~~ to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings & of his intellect. They ~~new~~ knew that only a part of the pain, pleasure & satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions, & their sensations." - Supreme Court of the United States.
Fact: "Entity cannot compel specific performance upon its corporate statutes or corporate rules unless it, like any other corporation, is the holder-in-due-course of some commercial or

contract agreement between it & the one whom demands for performance is made, & is willing to produce said document & place it into evidence before trying to enforce its demands called statutes." – United States Supreme Court

**Fact:** "The power to commit violence, perpetuate injustice, take private property by force without compensation to the owner, & compel the receipt of promises to pay in place of money, may be exercised, as it always has been, by irresponsible authority, but it cannot be considered as belonging to a government founded upon law." – United States Supreme Court.

**Fact:** Once a Contract is in place, the parties are legally required to perform their Mutual Obligations.

**Fact:** If one party does not hold up to its end of the bargain, the other party has legal remedies.

"All that government does & provides ligitimately is in pursuit of its duty to provide protection for private rights... which duty is a debt owed to its creator, We the People & the private unenfranchised individual; which debt & duty is never extinguished nor discharged, & is perpetual. No matter what the government provides for us in manner of convenience & safty, the unfranchised individual owes nothing to the government." – Supreme Court of the United States.

"... we are of the opinion that there is clear distinction in this particular between an Individual & a corporation... the individual [flesh & blood man] may stand upon his constitutional rights [as it operates upon oath of office by the agent/officer who took the oath of office] as a [American] citizen [as 'citizen' equates to 'subject!'']. He is entitled to carry on his private business in his own way. **His power to contract is unlimited.** He owes no such duty to the State or to his neighbors to divulge his business; or

to open his doors to an investigation so far as it may tend to criminate him. He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life & property. [also, the State is not to violate the 'Life, Liberty & pursuit of Happiness!'] His rights are such as existed by the law of the land long antecedent to the organization of the State, & can only be taken from him by due process [jurisdiction] of law, & in accordance with the Constitution [Your Contract]. He owes nothing to the public so long as he does not trespass upon their rights.... & individual [man] may lawfully refuse to answer incriminating questions, unless protected by an immunity statute [agreement]." - United States Supreme Court.

NOTICE TO THE PRINCIPALS IS NOTICE TO THE AGENTS
NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPALS

This document is prepared by:
Raynard-Deanco Wilder

Raynard-Deanco Wilder
Autograph of Living Being

# AFFIDAVIT OF NEGATIVE AVERMENT

The following Affidavit of Negative Averment is Emancipation Proclamation Treaty (EPT) Certified!
The following Affidavit of Negative Averment is Absolute Natural Unalienable Right (ANUR) Approved!

| | |
|---|---|
| Raynard-Deanco Wilder<br>Natural Breathing Living Being | Asseveration<br>Seal: EPT Certified<br>ANUR Approved |
| several state of the Union<br>People of Securus,<br>Shareholders, Directors, Officers | Raynard D. Wilder<br>Delivered only in correct capacity as beneficiary to the Original Jurisdiction |

I, Me, My, MySelf, a Natural Breathing Living Being, Child of יהוה אלהים (the only אלהים there is, whom is the Source of all Rights), whom He called Adam, Independently named Raynard-Deanco Wilder, having unlimited liability & abilities under the Laws of Nature, Declares in One's own handwriting, knowledge & conviction that the following facts are true, correct, complete & not misleading, to the best of One's knowledge.

1. As of June, 2023, the People of Securus Technologies, LLC, Carrolton, Texas 75007, has denied Me continueous access to My private property of music & games because I declined Their offer to renegotiate a new Contract.
2. As of June, 2023, the People of Securus Technologies, LLC, Carrolton, Texas 75007, unlawfully made a legal determination to nullify, void, &/or terminate Our Implied-In-Fact Contract without My permission or consent by assent.
3. As of June, 2023, the People of Securus Technologies, LLC, Carrolton, Texas 75007, has Robbed Me of the money I spent on

music & games for a permanent possession, use & enjoyment during My incarceration, which became Official by Their refusal to answer, respond or acknowledge Breach of Contract Notice With Termination & compensate Me for the funds spent on the Property They have taken.

4. As of June, 2023, the People of Securus Technologies, LLC, Carrolton, Texas 75007, have been Oppressing Me by Their ~~absive~~ abusive denial of Me retaining My Absolute Natural Unalienable Rights to possess, use & enjoy a determinated thing & My Right to continue with the Implied-In-Fact Contract already In Full Life, for its Termination before its appointed time had to be a Mutual Agreement: a Mutual Agreement is required to make a Contract & a Mutual Agreement is required to terminate a Contract before its completion.

5. As of June, 2023, the People of Securus Technologies, LLC, Carrolton, Texas 75007, has been using Their monopoly status to coerce Me to agree to Their New Terms of Agreement Contract.

6. As of January 29, 2025, the People of Securus Technologies, LLC, Carrolton, Texas 75007 perpetuated Their injustice by denying Me access to receive mail (communication) from loved ones or any & all living beings.

7. Until this very day, the People of Securus Technologies, LLC, Carrolton, Texas 75007, has **NOT** given any response to the Breach of Contract Notice With Termination that I have filed with Their Legal Department on September 23, 2024; whereas, **silence is an agreement** to the Breach.

8. Until this very day, the People of Securus Technologies, LLC, Carrolton, Texas 75007, has **NOT** given any rubuttal to the Affidavits filed with the Breach of Contract Notice With Termination that I filed with Their Legal Department on September 23, 2024; whereas, refusal to rebut the Affidavits, point by point, acknowledges My Claim as True & therefore, **has become Law**.

9. Until this very day, the People of Securus Technologies', LLC,

Carrolton, Texas 75007, failure & refusal to provide proof of claim as required & requested by the Conditional Acceptance for Proof of Claim filed with the Breach of Contract & Notice with Termination that I filed with Their Legal Department on September 23, 2024, is Proof of Their acquiescence & agreement in respect to My Claim.

The People of Securus Technologies, LLC, Materially Breached Their Implied-In-Fact Contract to provide the ability for Me to possess, use & enjoy the private property of music & games upon purchase **until the day I Am released into society**; at which time, all private property will be transferred to a hard-drive & sent to Me if I decide to not keep the tablet purchased.

I Am not a fictional limited entity! I Am a Natural Born Child of יהוה אלהים, Creator & Father. I Am not a surety, guarantor or accomodation party for any fictitious person.

I, Me, My, MySelf, denies the existence of any FICTION &/or FICTIONAL LIMITED LIABILITY entity that are or may be associated with any charges, complaints, claims or judgments against Me as a Natural Living Child of יהוה אלהים. I, Me, My, MySelf specifically negatively avers the existence of any FICTION &/or FICTIONAL LIMITED LIABILITY entity.

Should any man or woman deem that the statements above are not true, please answer by notorized affidavit in their handwriting using their given Name at Birth for autograph. All Creator given Rights are Claimed, Reserved & Enforced. **NO THIRD PARTIES ALLOWED!**

# OATH

I, Raynard-Deanco Wilder, Creation & Son of אלהים יהוה, In the Image & Likeness of אלהים, a Natural Breathing Living Being, whom He called Adam, אהיה אשר אהיה, אלהים, Seed of ישראל, a Free Man on the Land, a Sojourner & Settler on the Land, a Private Man on the Land, an Un-franchised Man on the Land, Independent, Posterity of the Freed slaves, Do Hereby Affirm under Penalty of Perjury that the Truths herein are of first hand private research, true, correct, complete, certain & not misleading on this day of 2025.

Raynard-Deanco Wilder
Autograph of Living Being

# TRUTH AFFIDAVIT
# AUTHORIZATION TO OPPORATE AS TRUSTEE

The following Authorization To Opporate As Trustee is Emancipation Proclamation Treaty (EPT) Certified!
The following Authorization To Opporate As Trustee is Absolute Natural Unalienable Right (ANUR) Approved!

| | |
|---|---|
| Raynard-Deanco Wilder<br>Natural Breathing Living Being | Asseveration<br>Seal: EPT Certified |
| | ANUR Approved<br>Raynard D. Wilder |
| People of Securus,<br>Shareholders, Directors, Officers | Delivered only in correct capacity as beneficiary to the Original Jurisdiction |

A matter must be expressed for being resolved in commerce. An expressed Truth is Sovereign. Truth is expressed in the form of an Affidavit.

An Affidavit not rebutted stands as Truth in commerce. An Affidavit not rebutted after thirty (30) days becomes the judgement in commerce. A Truth Affidavit, under commercial law, can only be satisfied: by Truth Affidavit rebuttal, by payment, by agreement, by resolution, by jury, or by common law rules.

I, Me, My, MySelf, Raynard-Deanco Wilder, natural breathing living being, as Agent with Power of Attorney In Fact over SECURED PARTY/CORPORATE FICTION, STATE OF FLORIDA,

BAYNARD D. WILDER, RAYNARD DEANCO WILDER, WILDER, BAYNARD D., or any derivatives thereof, to take exclusive control of, manage, & conduct all his business & legal affairs, Do In Fact have Unlimited Power to execute Beneficiary Power, to contract for all business & legal affairs of the above named principal person. It is in My Power to obligate My Trademarked / Copywritten principal person in all matters.

As Beneficiary of the principal, I, Me, My, MySelf, Agent, do give Jeanette Wilder (mother) Authorization to Opporate as My Trustee for the SECURED PARTY / CORPORATE FICTION: RAYNARD D. WILDER, or any derivative thereof, with the Indemnity #569193388, Federal Employee Identification Number (FEIN) #569193388 & Birth Registration Number #95733388RDW. As My Authorized Trustee Jeanette Wilder has Power to:

1. take possession of, hold, & manage real estate or all other property in SECURED PARTY'S name;
2. receive money or property paid & delivered to SECURED PARTY from any source;
3. deposit funds in, make withdrawls from, or sign checks or drafts against any account standing in SECURED PARTY's name, individually or jointly, in any bank or other depository, to each coupons, bonds, or certificate deposits, to endorse checks, notes or other documents in SECURED PARTY'S name, to have access to & place items in any safty deposit box standing in SECURED PARTY'S name, individually or jointly, & otherwise to conduct bank transactions or business for Me in My SECURED PARTY'S name;
4. retain any investments, invest, & to invest in stocks, bonds, or other securities, or in real estate or other property.

The Undersigned I, Me, My, MySelf, Agent, holder-in-due-course, do herewith declare, state, & say that I, Agent, issue this with sincere intent in truth, that I, Me, My, MySelf, the Undersigned Agent, Am competent by stating the matter set forth herein, that the contents are true, correct, complete, & certain, admissible as evidence, reasonuble, not misleading, & by My best knowledge, by Me, My, MySelf, undersigned addressee.

Signed, Sealed, & Delivered on the day ~~of~~ of 2025.

Reynahd-Deanco Wilder
Natural Living Breathing Being, with the Autograph

# EXHIBIT "C"

(Numbered Top Right)

1

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

Mail Number:
Team Number:
Institution:

TO: (Check One) ☑ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Mental Health ☐ Dental ☐ Other

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Wilder, Raynard | 321765 | A1-37S | Wellness orderly | 2-3-26 |

**REQUEST** Check here if this is an informal grievance ☐

I'm having a problem with My Constitutionally protected Right to receive mail. On July 10th, 2024 I was put under investigation & sent back to Liberty from B2-15L. After getting out of confinement & receiving My propert it was noted that I didn't have My tablet nor was it listed in My property receipt. I made no issue of it because My refusal to agree to the new terms of agreement prevented Me from entering My tablet; but yet, I was still able to receive mail via the kiose, until approximately January 29, 2025, where I was blocked - & still blocked to this day - from entering into the kiose because I refuse to accept the new terms of agreement. This cuts Me off from all outside communication by way of mail: which is a Right not a privelege. I am asking you to ~~corr~~ help Me correct this matter so that I can communicate with family & friends who I cannot communicate with by phone. Thank You

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Wilder, Raynard DC#: 321765

DO NOT WRITE BELOW THIS LINE

**RESPONSE** email 2-3 **DATE RECEIVED:**

Securus has made a change to your account. If it does not work by 8A on 2/4 Let me know.

[The following pertains to informal grievances only:

Based on the above information, your grievance is ______________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): Official (Signature): R. Baker Date: 2/3/26

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Securus 2

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

Mail Number:
Team Number:
Institution:

TO: (Check One) ☑ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Mental Health ☐ Dental ☐ Other ______

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Wilder, Raynard | 321765 | A2-37S | Wellness Orderly | 2-9-26 |

## REQUEST

Check here if this is an informal grievance ☐

I reached out last week on the 3rd about ~~I~~ not being able to receive any mail by way of kiosk or otherwise. You informed Me that Securus has made a change to My account; but yet, after waiting multiple days beyond the date you've informed Me ~~will~~ all will be good: 2/4, the problem remains the same: I still can't log on & receive mail. If you can look further into this & correct the problem, I will greatly appreciate it.

Thank You

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Wilder, Raynard DC#: 321765

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

**DATE RECEIVED:** ______

email 2-11
3-3

try 0321765

**[The following pertains to informal grievances only:**

**Based on the above information, your grievance is ______. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]**

Official (Print Name): Official (Signature): [signature] Date: 3/3/26

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# LEGAL NOTICE

Raynard-Deanco Wilder
Natural Living Being,
Plaintiff
2225 Pat Thomas Parkway
Quincy, Florida

People of Securus/J-Pay
Legal Department,
Defendant
5360 Legacy Drive
Piano, Texas 75025

In re: NOTICE TO CORRECT A FUNDAMENTAL ERROR

Attn.: People of Securus/J-Pay, Legal Department

At this present time, I have not been able to exercise My Right to receive Mail via the kiosk due to Me not agreeing to your new "Terms of Agreement" in June, 2023; which has been an issue since January 29, 2025. It is a fact that you are aware that all Our mail that are non-business: books, magazines, etc., & that are non-legal is electronically transferred to Our tablets &/or kiosk accounts (E-Mail). By refusing Me access to My tablet &/or kiosk account for not agreeing with your terms, you are refusing Me access to My mail & My Right to send out mail. I Am demanding that you correct this fundamental misjustice so that I may have access to My Lawful & Legal Right to send out & receive mail.

Submitted by:
Raynard-Deanco Wilder
Natural Living Being

I affirm under penalty of purjury that the foregoing Legal Notice is true, correct & complete upon My personal knowledge. Issued on this 24th day of February, 2026.

4

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

# INMATE REQUEST

Mail Number:
Team Number:
Institution:

TO: (Check One)
☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Mental Health ☐ Dental ☑ Other L. Barber

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Wilder, Raynard | 321765 | A1-375 | Wellness | 3-24-26 |

## REQUEST

Check here if this is an informal grievance ☐

Unfortunately, I am still being deprived of My right to communicate via mail. I type My i.d. number: #321765 & My user name: yah & the New Terms of Agreement continues to pop up & vomit Me out when I do not accept. I have written 2 prior request as well as sent a notice to ~~your~~ the legal department of Securus to no avail. Failure to correct this injustice after this Inquiry/Notice will result in the maximum invoking of law. Let Us resolve this matter appropriately & righteously.

Thank You

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Wilder, Raynard DC#: 321765

DO NOT WRITE BELOW THIS LINE

## RESPONSE

DATE RECEIVED:

As long as you continue to decline the Terms of Agreement, you will not gain access to Securus/JPay/EMail.

[The following pertains to informal grievances only:

Based on the above information, your grievance is __________. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): Official (Signature): L. Barber Date: 3/24/26

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Maynard Wilder #3247?5
Madison Corr. Inst.
382 SW MCI WAY
Madison, Florida 32340




Mailed from a Correctional Institution

US POSTAGE PITNEY BOWES
CORRECTION
ZIP 32340 $ 006.34⁰
02 7W
0008043172 JUL 20 2026

RECEIVED
JUL 27 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District
Court of Texas
501 W. 10th Street
Room 310
Fort Worth, Texas 76102-3673

X-RAY

7/20/26 RW

RECEIVED
JUL 2 7 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS